**16SL-CC02854**

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## TWENTY-FIRST JUDICIAL CIRCUIT
## STATE OF MISSOURI

| | |
|---|---|
| RELIANT CARE MANAGEMENT COMPANY, L.L.C., ) | |
| and ) | Cause No.: _____ |
| ) | |
| THE BIG BLESSING, LLC, ) | Division: _____ |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WAYNE CHARLES MARSONETTE, ) | |
| **Serve at:    2614 Whitetail Lane** ) | |
| **O'Fallon, MO 63384** ) | |
| ) | |
| Defendant. ) | |

### PETITION

Plaintiff Reliant Care Management Company, L.L.C. and Plaintiff The Big Blessing, LLC, both citizens of Missouri, bring this action against Defendant Wayne Charles Marsonette to recover from Defendant approximately $166,702.11 that Defendant obtained from Plaintiffs through fraudulent means under the guise of acting as a safety and risk manager to Plaintiff Reliant Care Management Company, L.L.C. and acting as a pilot and aviation division manager to Plaintiff The Big Blessing, LLC.  Plaintiffs assert claims for conversion and civil theft, fraud, breach of loyalty, unjust enrichment, money had and received and negligent misrepresentation.

### THE PARTIES

1.    Plaintiff Reliant Care Management Company, L.L.C. (referred to as "RCMC") is a limited liability corporation formed under the laws of Missouri with its principal place of business in St. Louis County, Missouri.

1

Electronically Filed - St. Louis County - August 04, 2016 - 04:17 PM

2.     Plaintiff The Big Blessing, LLC (referred to as "The Big Blessing") is a limited liability corporation formed under the laws of Missouri with its principal place of business in St. Louis County, Missouri.

3.     Defendant Wayne Charles Marsonette ("Defendant") is a former employee of RCMC and a former independent contractor of The Big Blessing and, on information and belief, is a citizen of the State of Missouri, residing in St. Charles County, Missouri.

## JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction over this controversy in that the amount in controversy exceeds $25,000, exclusive of interest and costs.

5.     Venue is proper in this Circuit pursuant to RSMo 508.010 in that Plaintiff RCMC and was first injured in St. Louis County, Missouri by Defendant's wrongful acts or negligent conduct.

6.     Venue is proper in this Circuit pursuant to RSMo 508.010 in that Plaintiff The Big Blessing was first injured in St. Louis County, Missouri by Defendant's wrongful acts or negligent conduct.

## Facts

7.     Plaintiff RCMC contracts to provide management services to a number of skilled nursing facilities throughout the State of Missouri.

8.     The Blessing Center, L.L.C. was formed on March 10, 2009 to operate a nursing home in Hannibal, Missouri.  On March 20, 2009, the name of the entity was changed with the Missouri Secretary of State's Office to The Big Blessing, LLC, Plaintiff herein.

9.     On June 30, 2010, Plaintiff The Big Blessing purchased its first airplane, a Beechcraft Bonanza G36 aircraft (the "Bonanza").

2

Electronically Filed - St. Louis County - August 04, 2016 - 04:17 PM

10.     On July 23, 2010, Plaintiff The Big Blessing and Defendant executed a Pilot Services Agreement ("PSA") for the Bonanza.

11.     The PSA provided that Defendant would pay for any personal use of the aircraft at a market rate to be agreed to by the parties.  The PSA also stated that it did not grant Defendant any property rights or interest in the aircraft.

12.     Defendant was named Aviation Division Manager ("ADM") of Plaintiff The Big Blessing.

13.     Defendant authored an Aviation Division Policy and Procedure Manual ("AD Manual") effective June 21, 2010 to govern the operation of the Aviation Division of Plaintiff The Big Blessing.

14.     One of the AD Manual policies, Flight Scheduling and Authorization Procedures ("FSAP"), requires the president of Plaintiff The Big Blessing or his designee to approve all scheduled trips on company aircraft.

15.     Additionally, the FSAP provides that any use of the aircraft for non-company business (such as training) must be approved by the president of Plaintiff The Big Blessing.

16.     On July 30, 2010, Plaintiff The Big Blessing instituted a Use of Aircraft policy ("UA policy") regarding the use of company-owned aircraft.

17.     The UA policy requires the president of Plaintiff The Big Blessing to approve business related flights.

18.     The UA policy also provides that any user of the aircraft for personal, non-business use reimburse Plaintiff The Big Blessing for expenses as authorized by FAR 91.501(d).

19.     Defendant also served as Safety and Risk Manager ("SRM") for Plaintiff RCMC.

20.     As SRM, Defendant was to conduct safety meetings at skilled nursing facilities

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

and related entities with contracts with RCMC.

21.     To accommodate his duties with Plaintiff The Big Blessing and with Plaintiff RCMC, Defendant was issued a credit card in his name on the account of Plaintiff The Big Blessing.

22.     Defendant became an authorized user of a The Big Blessing credit card through the Bank of America, account number xxxx-xxxx-xxxx-9769 and, subsequently, a The Big Blessing credit card through Bank of America, account number xxxx-xxxx-xxxx-4011 (collectively, the "credit card")

23.     As an authorized user, Defendant was authorized to use said credit card to purchase items and services for the benefit of both Plaintiff RCMC and Plaintiff The Big Blessing, but did not have permission or authority to use said company credit card for his own personal use at his discretion.

24.     Plaintiff The Big Blessing and Plaintiff RCMC had an agreement pursuant to which Plaintiff The Big Blessing would pay for legitimate business-related expenses on the credit card incurred by either Plaintiff The Big Blessing or Plaintiff RCMC.

25.     In addition, Plaintiff RCMC agreed to reimburse Defendant $160 per month via an expense account for use of his personal cell phone for business purposes.

26.     During his employment, Defendant took Plaintiff The Big Blessing's aircraft without permission of the president of Plaintiff The Big Blessing to attend safety meetings at various Plaintiff RCMC facilities.

27.     Steve Long, Executive Director, Human Resources for Plaintiff RCMC, met with Defendant and informed him in clear terms that the usage of the company aircraft without permission was in direct violation of the FSAP of the AD Manual Defendant authored and the

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

UA policy, and was not to occur again.

28.      Defendant agreed to follow all policies regarding the use of the company aircraft and specifically not to use the aircraft for attending safety meetings.

29.      In addition, the president of Plaintiff The Big Blessing met with Defendant in the Plaintiff The Big Blessing's hangar after Defendant had met with Steve Long regarding the use of the aircraft to attend safety meetings.

30.      The president of Plaintiff The Big Blessing informed Defendant that in the event Defendant used Plaintiff The Big Blessing's aircraft to attend safety meetings going forward, his employment with Plaintiff RCMC and his independent contract status with Plaintiff The Big Blessing would be terminated immediately.

31.      Defendant agreed to not use Plaintiff The Big Blessing's aircraft to attend safety meetings again.

32.      On June 14, 2014, Defendant voluntarily resigned his positions with Plaintiff The Big Blessing and Plaintiff RCMC to become the Fire Chief for the Monarch Fire Protection District but requested to remain the Aviation Division Manager.

33.      Defendant agreed to act as a contract pilot for Plaintiff The Big Blessing when mutually agreeable to Plaintiff The Big Blessing and/or Plaintiff RCMC and Defendant.

34.      Defendant retained possession of the credit card until December, 2015.

35.      A review by Plaintiff The Big Blessing and by Plaintiff RCMC in December, 2015 of charges on the credit card by Defendant revealed questionable charges in the amount of $12,588.69 by Defendant on the credit card.

36.      On December 16, 2015, Steve Long sent an e-mail (the "Long e-mail") to Defendant with a spreadsheet attached detailing these charges seeking an explanation.

Electronically Filed - St. Louis County - August 04, 2016 - 04:17 PM

37.     In addition, Plaintiff The Big Blessing and Plaintiff RCMC were advised that since 2011, Defendant had used company aircraft for training of pilots and other personal use during his employment and/or independent contractor status.

38.     The unreimbursed amount owed for the use of company aircraft for training of pilots and other personal use by Defendant during Defendant's employment with Plaintiff RCMC and independent contractor status with Plaintiff The Big Blessing totaled $9,517.29.

39.     Plaintiff The Big Blessing and Plaintiff RCMC sent a letter via e-mail to Defendant dated December 23, 2015 demanding full payment of the unreimbursed use of aircraft charges.

40.     On December 29, 2015, Defendant, Steve Long and Robert Craddick ("Craddick"), general counsel of Plaintiff The Big Blessing and Plaintiff RCMC, met at the office of Plaintiff RCMC.

41.     During this meeting, Defendant acknowledged that a number of the charges sent to him in the Long e-mail were his personal expenses, pledged repayment of these charges and disputed some of the charges.

42.     Craddick advised Defendant that the investigation was continuing and payment of the acknowledged charges along with the unreimbursed amount for the aircraft use would be required immediately.

43.     Defendant responded by saying he did not have sufficient funds to pay these amounts but would make a payment after receiving a bonus on January 11, 2016.

44.     Defendant was advised partial payment was unsatisfactory to Plaintiff The Big Blessing and Plaintiff RCMC.

45.     On February 1, 2016, Steve Long received a check from Defendant in the amount

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

of $1500 along with a note indicating Defendant could only pay similar monthly installment amounts to pay off the nearly $22,000 debt because of Defendant's pending medical payment obligations.

46.     The check has not been cashed by Plaintiff RCMC or by Plaintiff The Big Blessing.

47.     A comprehensive investigation into Defendant's use of the credit card, aircraft and expense account has revealed unauthorized or inappropriate use in at least twenty (20) different categories from 2011 through 2015 (the "20 Categories").   The 20 Categories are as follows:

  a.  The charges acknowledged by Defendant referenced above currently total $5594.82 (the "Acknowledged Charges"). These charges include 23 charges for hotels, gun range purchases and restaurants after his full time employment with Plaintiff RCMC ended.  None of these charges were authorized.

  b.  On 14 occasions after Defendant terminated his employment with Plaintiff RCMC, he paid his personal cell phone charges with AT&T using the credit card.   Since his employment with Plaintiff RCMC included a monthly reimbursement of $160 for personal cell phone use on his expense account, these charges would not have been authorized during his employment and were not authorized after he terminated his employment.  The total of these charges is $2,757.21 (the "AT&T Charges").

  c.  On 16 occasions, Defendant used the credit card to pay for local hotels (inside the St. Louis area).  Since Defendant resided in St. Charles County, local hotel stays are not authorized for business purposes.  Three of these

7

charges occurred after Defendant terminated his employment with Plaintiff RCMC.  The total of these charges is $1,971.63 (the "Local Hotel Charges").

d.  On 12 occasions, Defendant used the credit card to pay for out of town hotels (outside the St. Louis area).  These hotels stays were not in conjunction with any company-related business and were personal expenses.  Four of these charges occurred after Defendant terminated his employment with Plaintiff RCMC.  The total of these charges is $2,736.78 (the "Out of Town Hotel Charges").

e.  On 53 occasions during his employment, Defendant used the credit card to pay for items and also received reimbursement for these charges or partial reimbursement on his expense account.  The charges include personal cell phone bills, hotel stays, gasoline purchases, restaurant charges and retail purchases.  The total of these charges is $7,930.29 (the "Doubly Reimbursed Charges").

f.  On 47 occasions, Defendant used Plaintiff The Big Blessing aircraft to attend safety meetings without permission of the president of Plaintiff The Big Blessing.  Thirty of these flights occurred after his meeting with Steve Long where Defendant was informed such use was prohibited, including flights on February 19, 20 and 22, 2013 (8, 9 and 11 days after the Steve Long meeting).  Almost none of the flights were logged in Plaintiff The Big Blessing's log book by Defendant as required.  The total of these charges is $29,333.50 (the "Safety Meeting Unauthorized Flight Charges").

Electronically Filed - St. Louis County - August 04, 2016 - 04:17 PM

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

g. On 14 occasions, Defendant used the credit card to pay for GoGoAir charges. These charges are linked to Defendant's American Airlines account and are for internet services on commercial flights and therefore not business related. Five of these charges occurred after Defendant terminated his employment with Plaintiff RCMC. The total of these charges is $559.30 (the "GoGoAir Charges").

h. On 7 occasions, Defendant used the credit card for purchases from Leon Uniform Company. None of the items purchased was business related. The total of these charges is $916.42 (the "Leon Uniform Company Charges").

i. On 8 occasions, Defendant used the credit card for restaurant purchases not related to any business purpose. Three of these charges occurred after he terminated his employment with Plaintiff RCMC. The total of these charges is $519.16 (the "Restaurant Charges").

j. Trevor Smith ("Smith") was a student Defendant trained from December 16, 2013 to July 14, 2014. Defendant did not have Smith sign a lease contract with Plaintiff The Big Blessing. Instead, Defendant charged Smith separately for the training flights. Smith kept his log book showing 110.4 hours in Plaintiff The Big Blessing's aircraft N626CB. During this period, Defendant charged himself for 25.5 hours in the Plaintiff The Big Blessing's copious notes log. This leaves a gap of 84.9 hours. There was one hour of flight time that was logged in Smith's personal logbook during a RCMC flight, leaving a total gap of 83.9 hours. Most of the logged times in Smith's logbook have Defendant's signature next to the entry. The necessary

9

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

reimbursement for these non-logged hours totals $12,310.50 (the "Trevor Smith Unlogged Flight Charges").

k.   In April, 2014, while on paid time off from Plaintiff RCMC, Defendant took a personal trip to California and used the credit card to purchase inflight WIFI, to rent two GMC Yukon XLs listing himself and Mary Bach as drivers, and to purchase vehicle emergency lights and Apple ITunes.  The vehicle emergency lights were purchased online and shipped overnight to Defendant at his hotel in California.   The total of these purchases is $2,145.64 (the "California Trip Charges").

l.   In December, 2013, while on paid time off from Plaintiff RCMC, Defendant took a personal trip to Las Vegas, Nevada along with a friend, Matt Matousek.  Defendant used the credit card to book the flights and hotel. Defendant collected Matt Matousek's portion in cash upon arriving in Las Vegas.  He did not fully reimburse the company for the entire amount.  The remaining balance owed is $377.33 (the "Las Vegas Trip 2013 Charges").

m.   In October, 2013, Defendant took a trip to Italy with his wife and used the company credit card to purchase airline tickets, hotels and car rental.  The total of these charges is $1,202.30 (the "Italy Trip Charges").

n.   In August, 2013, Defendant was scheduled to attend the Oshkosh Aviation Conference in Wisconsin for five days.  Defendant was authorized to use a certain company aircraft to attend the conference.  Defendant took an unauthorized aircraft to the conference. While at the conference, Defendant met with William Wobbe ("Wobbe"), a contract pilot for Plaintiff The Big

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

Blessing since March 21, 2011. While at the conference, Defendant used the credit card to purchase promotional items from a vendor (not promoting Plaintiff The Big Blessing but the vendor) and VIP tickets for himself and Wobbe. Less than three days into the conference Defendant and Wobbe left and flew from Wisconsin to St. Louis, where Defendant changed into the aircraft he was approved to take to Wisconsin. Defendant then flew Wobbe in the approved aircraft to Leesburg, Virginia where Wobbe disembarked and Defendant continued to South Carolina where Defendant attended the military graduation ceremony of a relative of his wife. In South Carolina, Defendant used the credit card for the hotel stay. The VIP tickets to the Oshkosh conference went partially unused. Defendant did not log the flight to South Carolina. Instead Defendant logged the approved aircraft as going to the Oshkosh conference. The total of the unapproved charges for this incident including Defendant's paid time off improperly used for a trip to another region of the country total $4,971.73 (the "Oshkosh Trip Charges").

o.  From December 31, 2012 to January 2, 2013, Defendant took a personal trip to Las Vegas, Nevada. Defendant used the credit card for a plane ticket and shuttle services. The total of these charges is $609.00 (the "Las Vegas Trip 2012").

p.  On June 28, 2012, while on duty with Plaintiff The Big Blessing, Defendant used the company aircraft for a personal trip to Denton, Texas. Defendant took along Jim Hunt ("Hunt"), a contract pilot for Plaintiff The Big Blessing since March 21, 2011, as the pilot so Defendant could pick up a police-style

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

Chevy Tahoe (a personal vehicle for Defendant).    Hunt dropped off Defendant in Texas so Defendant could pick up the vehicle and then flew the aircraft back to St. Louis by himself.  The total cost of the use of the aircraft and lost wages for work total $2,277.37.  On September 14, 2012, Defendant made another trip to Denton, Texas that is not accounted for in the aircraft logs.  Plaintiff The Big Blessing has no business interests in Texas.  The total charge for this unapproved trip is $2,120.00.   The total of both trips is $4,397.37 (the "Denton Texas Flight Trip Charges").

q.    On September 25, 2013, Defendant used the credit card to purchase a gun from a firearms dealer in Texas.  The total of this unauthorized charge is $475.40 (the "Texas Gun Purchases Charges").

r.    Throughout his employment, there have been various miscellaneous charges on the company credit card by Defendant for rental cars, continuing education, retail purchases, donations to a police department, car washes, gift cards and gun range charges.  Also, in January, 2015, Defendant used the credit card to pay for a physical examination after he terminated his employment with Plaintiff RCMC.  The total of these charges is $6252.35 (the "Miscellaneous Charges");

s.    Defendant Marsonette used various aircraft owned by Plaintiff The Big Blessing without paying for said use.  The total of these charges is $9,517.29 (the "Unpaid Lease Flights");

t.    Defendant Marsonette used various aircraft owned by Plaintiff the Big Blessing without permission of the president of The Big Blessing.  The

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

total of these charges is $72,124.09 (the "Unauthorized Flight Lease Fees Owed").

48.    In total, it is believed that Defendant incurred expenses and charges in the amount of $166,702.11, without Plaintiffs' permission or authorization or without Defendant Marsonette paying such amounts back to plaintiffs.

49.    Plaintiff The Big Blessing was responsible for and paid the unauthorized credit card charges.

50.    Defendant's actions were initially undetected because Defendant actively concealed the credit card charges and the use of the company aircraft from Plaintiff The Big Blessing and Plaintiff RCMC.

51.    Furthermore, Plaintiff RCMC viewed Defendant as a trusted employee, and it placed its complete trust and confidence in him.

## Count I

## Conversion and Civil Theft

52.    Plaintiff The Big Blessing and Plaintiff RCMC reallege and incorporate herein by reference the allegations contained in paragraphs 1 through 51 above.

53.    Defendant, without right or permission from either Plaintiff RCMC or Plaintiff The Big Blessing, improperly exercised control over and converted for his own personal use the credit card for which he charged items and services in excess of $25,000.00.

54.    Plaintiff The Big Blessing paid the credit card charges until the unauthorized use by Defendant was discovered and determined to be the personal charges of Defendant.

55.    Plaintiff The Big Blessing is entitled to the immediate return of the funds used to pay the charges and expenses identified in the 20 Categories, in excess of $25,000.00.

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

56.     Defendant's actions described herein were done willfully, wantonly, or maliciously, entitling Plaintiff The Big Blessing and Plaintiff RCMC to punitive damages.

WHEREFORE, Plaintiff The Big Blessing respectfully requests a judgment to be entered against Defendant, in an amount in excess of $25,000.00, plus pre- and post-judgment interest and costs, punitive damages, and for such other and further relief as the Court deems just and reasonable.

## Count II

## Fraud

57.     Plaintiff The Big Blessing and Plaintiff RCMC reallege and incorporate herein by reference the allegations contained in paragraphs 1 through 56 above.

58.     Defendant made representations to Plaintiff the Big Blessing and to Plaintiff RCMC regarding the use of the credit card and the use of Plaintiff the Big Blessing's aircraft and further identified in the 20 Categories.

59.     The aforesaid representations were false.

60.     The aforesaid representations were material.

61.     Defendant had knowledge of the falsity or his ignorance of the truth.

62.     Defendant intended that his representations should be acted upon by Plaintiff The Big Blessing and Plaintiff RCMC and in the manner reasonably contemplated

63.     Plaintiff The Big Blessing and Plaintiff RCMC were ignorant of the falsity of the representations.

64.     Plaintiff The Big Blessing and Plaintiff RCMC relied on the truth of the representations.

65.     Plaintiff The Big Blessing and Plaintiff RCMC had the right to rely on the

Electronically Filed - St.Louis County - August 04, 2016 - 04:17 PM

representations.

66.     Plaintiff The Big Blessing and Plaintiff RCMC were consequently and proximately caused injury thereby.

67.     Defendant's actions described herein were done willfully, wantonly, or maliciously, entitling Plaintiff The Big Blessing and Plaintiff RCMC to punitive damages.

WHEREFORE, Plaintiff The Big Blessing and Plaintiff RCMC respectfully request a judgment to be entered against Defendant, in an amount in excess of $25,000.00, plus pre- and post-judgment interest and costs, punitive damages, and for such other and further relief as the Court deems just and reasonable.

## Count III (brought by Plaintiff RCMC)

### Breach of the Duty of Loyalty

68.     Plaintiff The Big Blessing and Plaintiff RCMC reallege and incorporate herein by reference the allegations contained in paragraphs 1 through 67 above.

69.     As Plaintiff RCMC's employee, Defendant owed Plaintiff RCMC the duty of loyalty and was required not to act contrary to his employer's interests while employed.

70.     Defendant breached his duty of loyalty to Plaintiff RCMC by using the credit card for his own personal use, charging in excess of $25,000.00 without permission or authority to do so, and incurring the expenses delineated in the 20 Categories.

71.     As a proximate cause of Defendant's breach of loyalty, Plaintiff RCMC has been damaged in an amount in excess of $25,000.00, to be determined at trial.

72.     Defendant's actions described herein were done willfully, wantonly, or maliciously, entitling Plaintiff RCMC to punitive damages.

Electronically Filed - St. Louis County - August 04, 2016 - 04:17 PM

WHEREFORE, Plaintiff RCMC respectfully request a judgment to be entered against Defendant, in an amount in excess of $25,000.00, plus pre- and post-judgment interest and costs, punitive damages and for such other and further relief as the Court deems just and reasonable.

### Count IV

### Unjust Enrichment

73.      Plaintiff The Big Blessing and Plaintiff RCMC reallege and incorporate herein by reference the allegations contained in paragraphs 1 through 72 above.

74.      Defendant has been unjustly enriched by the amounts that Plaintiff The Big Blessing and Plaintiff RCMC have provided to him by way of paying the monthly company credit card charges during the relevant time period, and for the expenses incurred as delineated in the 20 Categories.

75.      Defendant in equity and good conscience should pay to Plaintiff The Big Blessing and Plaintiff RCMC as a result of Defendant's unjust enrichment an amount in excess of $25,000.00, to be determined at trial.

76.      Defendant's actions described herein were done willfully, wantonly, or maliciously, entitling Plaintiff The Big Blessing and Plaintiff RCMC to punitive damages.

WHEREFORE, Plaintiff The Big Blessing and Plaintiff RCMC respectfully requests a judgment to be entered against Defendant, in an amount in excess of $25,000.00, plus pre- and post-judgment interest and costs, punitive damages and for such other and further relief as the Court deems just and reasonable.

### Count V (brought by Plaintiff The Big Blessing)

### Money Had and Received

77.      Plaintiff The Big Blessing and Plaintiff RCMC reallege and incorporate herein by

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

reference the allegations contained in paragraphs 1 through 76 above.

78.     Plaintiff The Big Blessing paid Defendant's unauthorized credit card charges in excess of $25,000.00.

79.     Defendant acknowledged that he owed Plaintiff The Big Blessing for the unauthorized credit card charges of $5,594.82, and agreed to pay this sum in full.

80.     Thereafter, Defendant failed and refused to pay the $5,594.82, as well as the additional amounts.

81.     As a result of Defendant's failure and refusal to pay this stated sum, Plaintiff The Big Blessing has been damaged in the amount of $5,594.82, exclusive of interest and costs.

WHEREFORE, Plaintiff The Big Blessing respectfully request a judgment to be entered against Defendant, in the amount of $5,594.82, plus pre- and post-judgment interest and costs, and for such other and further relief as the Court deems just and reasonable.

## Count VI

## Negligent Misrepresentation

82.     Plaintiff The Big Blessing and Plaintiff RCMC reallege and incorporate herein by reference the allegations contained in paragraphs 1 through 81 above.

83.     Defendant made representations to Plaintiff the Big Blessing and to Plaintiff RCMC regarding the use of the credit card and the use of Plaintiff the Big Blessing's aircraft and further identified in the 20 Categories.

84.     The aforesaid representations were false due to Defendant's failure to exercise reasonable care in making the representations.

85.     The aforesaid representations were intentionally made by Defendant to Plaintiff The Big Blessing and to Plaintiff RCMC in Defendant's business transactions with Plaintiff The

Electronically Filed - St Louis County - August 04, 2016 - 04:17 PM

Big Blessing and Plaintiff RCMC.

86.     Plaintiff The Big Blessing and Plaintiff RCMC justifiably relied on the truth of the representations.

87.     Plaintiff The Big Blessing and Plaintiff RCMC had the right to rely on the representations.

88.     Due to Plaintiff The Big Blessing's and Plaintiff RCMC's reliance on the representations, Plaintiff The Big Blessing and Plaintiff RCMC were consequently and proximately caused injury thereby.

WHEREFORE, Plaintiff The Big Blessing and Plaintiff RCMC respectfully request a judgment to be entered against Defendant, in an amount in excess of $25,000.00, plus pre- and post-judgment interest and costs, and for such other and further relief as the Court deems just and reasonable.

Respectfully submitted,

**HESSE MARTONE, P.C.**

By:      */s/ Andrew J. Martone*
Andrew J. Martone, #37382
Markus P. Cicka, #42192
13354 Manchester Road, #100
St. Louis, MO  63131
(314) 862-0300 – Telephone
(314) 862-7010 – Facsimile
andymartone@hessemartone.com
markuscicka@hessemartone.com

*Attorneys for Plaintiffs Reliant Care Management Company, L.L.C. and The Big Blessing, LLC*

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | **Case Number:  16SL-CC02854** |
| Plaintiff/Petitioner:<br> RELIANT CARE MANAGEMENT COMPANY, L.L.C<br><div align="right">**vs.**</div> | Plaintiff's/Petitioner's Attorney/Address<br>MARKUS PAUL CICKA<br>1413 REDWOOD FOREST DR<br>BALLWIN, MO  63021 |
| Defendant/Respondent:<br>WAYNE CHARLES MARSONETTE | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **WAYNE CHARLES MARSONETTE**
<div align="center">Alias:</div>

**2614 WHITETAIL LANE
O'FALLON, MO  63384**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

       **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
       **SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.**

<u>   09-AUG-2016   </u>                              _____
      **Date**                                               **Clerk**

**Further Information:**
**EJ**

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
     Printed Name of Sheriff or Server                           Signature of Sheriff or Server

              **Must be sworn before a notary public if not served by an authorized officer:**

              Subscribed and sworn to before me on _____ (date).

*(Seal)*

              My commission expires: _____       _____
                                   Date                                Notary Public

**Sheriff's Fees, if applicable**
Summons             $_____
Non Est              $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $_____10.00_____
Mileage              $_____ (_____ miles @ $._____ per mile)
**Total**               $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-5993**    2    (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number: 16SL-CC02854 |
|---|---|
| Plaintiff/Petitioner:<br> RELIANT CARE MANAGEMENT COMPANY,<br>L.L.C<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARKUS PAUL CICKA<br>1413 REDWOOD FOREST DR<br>BALLWIN, MO  63021 |
| Defendant/Respondent:<br>WAYNE CHARLES MARSONETTE | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **WAYNE CHARLES MARSONETTE**
            Alias:

**2614 WHITETAIL LANE**
**O'FALLON, MO 63384**



**COURT SEAL OF**

**ST. LOUIS COUNTY**

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>09-AUG-2016</u>
Date

Further Information:
EJ

_____ /Clerk

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)
☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other
_____.

Served at _2614 Whitetail Ln, O'Fallon, MO. 63384_ (address)
in _St. Charles_ (County/City of St. Louis), MO, on _8/24/16_ (date) at _7:25 pm_ (time).

_Joe Mosier_     _Joe Mosier_
Printed Name of Sheriff or Server     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _8/26/16_ (date).
My commission expires: _1/2/17_
    Date         _Jaimie Maness_
                                  Notary Public

JAIMIE MANESS
Notary Public
(Seal)
Commission #13430690
Jefferson County
NOTARY SEAL
STATE OF MISSOURI
Commission Expires
01-02-17

**Sheriff's Fees, if applicable**
Summons    $_____
_____    $_____
Mileage    $_____ ( _____ miles @ $._____ per mile )
Supplemental Surcharge    $ 10.00
**Total**    $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-5993**   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                       54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | | | |
|---|---|---|---|
| RELIANT CARE MANAGEMENT COMPANY, L.L.C., | ) | | |
| | ) | | |
| and | ) | Cause No.: | 16SL-CC02854 |
| | ) | | |
| THE BIG BLESSING, LLC, | ) | Division: | 4 |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| WAYNE CHARLES MARSONETTE, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

**COME NOW** Plaintiffs Reliant Care Management Company, L.L.C. and The Big Blessing, LLC (collectively hereinafter "Plaintiffs"), by and through their attorneys and for their Motion for Default Judgment against Defendant Wayne Charles Marsonette ("Defendant") state as follows:

1.    Plaintiffs filed their Petition on or about August 4, 2016. A copy of the Petition is in the Court file.

2.    Service of Summons on Defendant was obtained on August 24, 2016. A copy of the return of service is in the Court file.

3.    An answer was due in this case on September 23, 2016.

4.    No counsel has entered an appearance on Defendant's behalf to answer or otherwise plead in this action.

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

5.      Defendant has also personally not appeared in the case to answer or otherwise plead in this action.

6.      Defendant is in default under Missouri law.

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in their favor and against Defendant Wayne Charles Marsonette, consistent with the proposed order.

Respectfully submitted,

**HESSE MARTONE, P.C.**

By:      */s/ Markus P. Cicka*
Andrew J. Martone, #37382
Markus P. Cicka, #42192
13354 Manchester Road, Suite 100
St. Louis, MO  63131
(314) 862-0300 – Telephone
(314) 862-7010 – Facsimile
andymartone@hessemartone.com
markuscicka@hessemartone.com

*Attorneys for Plaintiffs Reliant Care
Management Company, L.L.C. and The Big
Blessing, LLC*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed electronically with the Clerk of Court and sent via regular First Class U.S. Mail, postage prepaid on this 19th day of October, 2016, to:

Wayne Charles Marsonette
2614 Whitetail Lane
O'Fallon, MO  63384

*Defendant Pro Se*

*/s/ Markus P. Cicka*

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| RELIANT CARE MANAGEMENT COMPANY, L.L.C., | ) | |
| | ) | |
| and | ) | Cause No.:   16SL-CC02854 |
| | ) | |
| THE BIG BLESSING, LLC, | ) | Division:   4 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE CHARLES MARSONETTE, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF AMOUNT CLAIMED AND**
**AFFIDAVIT OF JOSE RAMON**

I, Jose Ramon, being duly sworn upon my oath, do state and testify that:

1.     I am an adult resident of Madison County, Illinois and I have firsthand knowledge of the matters set forth herein.

2.     I am employed by Reliant Care Management Company, L.L.C. ("RCM") as a Financial Analyst, and am authorized to provide this Affidavit on its behalf.

3.     Upon information and belief Defendant Wayne Charles Marsonette ("Defendant") is not a member of the Armed Services.

4.     RCM has management agreement with a number of nursing home facilities throughout the State of Missouri.

5.     The Big Blessing, L.L.C. ("The Big Blessing") owns a Beechcraft Bonanza G36 aircraft.

6.     Defendant was an independent contractor for The Big Blessing as a pilot pursuant

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

to a Pilot Service Agreement and later, Aviation Division Manager, from July 23, 2010 until termination of his services as an independent contractor in December 2015.

7.    Defendant was required to obtain approval for all scheduled trips on company aircraft which included all non-Company business trips, such as training, and all business-related flights.

8.    Defendant was required to reimburse Plaintiffs for all personal, non-business use expenses.

9.    Defendant became an authorized user of two RCM company credit cards through the Bank of America, account numbers xxxx-xxxx-xxxx-9769 and xxxx-xxxx-xxxx-4011 (collectively "the credit cards").

10.    As an authorized user, Defendant was authorized to use said credit cards to purchase items and services for the benefit of RCM, but did not have permission or authority to use said company credit cards for his own personal use at his discretion.

11.    Defendant was also reimbursed $160 per month via an expense account for personal cell phone use for business purposes.

12.    Defendant used the Bonanza aircraft without permission to attend safety meetings and was warned that another infraction would result in termination of his independent contractor status.

13.    Defendant subsequently resigned his position with RCM but remained as a contract pilot and Aviation Division Manager of The Big Blessing, retaining possession of the credit cards until December 2015.

14.    After Plaintiffs discovered some questionable credit card charges, an investigation followed, which revealed Defendant had misused the aircraft for unauthorized trips and personal

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

use.

15.     In total, it is believed that Defendant owes Plaintiffs in excess of $166,702.11, from administration or unauthorized credit card purchases, airplane use, and other unapproved purchases or expenditures, all without Plaintiffs' permission or authorization.

16.     "EXHIBIT 1 – INVENTORY OF DAMAGES" is a list of unauthorized charges made by Defendant Wayne Charles Marsonette that was prepared by me.

17.     RCM and/or The Big Blessing were responsible for and paid the unauthorized credit card charges and also paid for the expenses related to the unauthorized airplane use.

18.     Because Defendant was responsible for compiling, organizing and maintaining receipts for purchases he made on the company credit cards for himself, Plaintiffs were initially unaware of Defendant's large and repeated personal purchases.

19.     Because Defendant also maintained the airfact flight log and left off many of the personal flights, Defendant's actions were initially undetected.

20.     Furthermore, Plaintiffs viewed Defendant as a trusted employee, and they placed their complete trust and confidence in him.

21.     RCM has incurred a filing fee of $141.24 and service fees of $170.31.

22.     As of the date of this Affidavit, RCM has incurred attorney fees of at least $25,333.05.


[This section left blank]

Electronically Filed - St. Louis County - October 19, 2016 - 01:44 PM

I, Jose Ramon, have read and understood the preceding twenty-two (22) paragraphs and confirm their accuracy to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT.

_____
Jose Ramon

STATE OF MISSOURI        )
                         ) ss.
COUNTY OF ST. LOUIS      )

I hereby certify that on the _13th_ day of _October_ 2016, before me, _B. J. Just_____, a notary public in the state of Missouri, personally appeared Jose Ramon and made his Affirmation in due form of law that the matters and facts set forth in the Affidavit are true.

As witness my hand and notarial seal.

_____
Notary Public

My Commission Expires:

BJ JUST
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 02507685
My Commission Expires April 28, 2020

4

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

# EXHIBIT 1

# INVENTORY OF DAMAGES

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

Verified Yearly Unauthorized Charges Owed by Wayne Marsonette

| Transactions # | Year | Amount |
|---|---|---|
| 20 | 2015 | $3,673.86 |
| 237 | 2014 | 58,868.86 |
| 168 | 2013 | 63,913.90 |
| 74 | 2012 | 34,796.18 |
| 15 | 2011 | 5,083.44 |
| 1 | 2010 | 365.87 |
| 515 | Total | $166,702.11 |

Prepared by: JGR Management, LLC.
For: Reliant Care Mangement Company, LLC.
Date: 3/28/16.

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

# 2015 Wayne Marsonette Unauthorized Owed Charges

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category (1+2) | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Hotel | Audit review Report 12/24/15 Item | 9/25/2015 | Holiday INN Route 66 (Arrival date 9/23/15) | St. Louis, MO | | 151.58 | 0 | 151.58 | 151.58 | | 0 | 151.58 | 1 | Unauthorized charge for in town stay. Personal Expense. |
| 2 | AT&T | Audit review Report 12/14/15 Item | 9/25/2015 | AT&T**text2Pay | St. Louis, MO | | 309.38 | 309.38 | 309.38 | 0 | | | 309.38 | 1 | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 3 | Hotel | Audit review Report 12/14/15 Item | 9/13/2015 | Crowne Plaza Hotel (Arrival date 9/12/15) | Kansas City, MO | | 165.98 | 0 | 165.98 | 165.98 | | 0 | 165.98 | 1 | No flight recorded on the flight log for any planes for this date. 9/13/15 a Sunday. |
| 4 | Hotel | Audit review Report 12/14/15 Item | 9/10/2015 | Holiday INN Express (Arrival date 9/9/15) | O'Fallon, MO | | 135.64 | 0 | 135.64 | 135.64 | | 0 | 135.64 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 5 | Hotel | Audit review Report 12/24/15 Item | 9/5/2015 | Holiday INN Route 66 | St. Louis, MO | | 110.77 | 0 | 110.77 | 110.77 | | 0 | 110.77 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 6 | AT&T | Audit review Report 12/24/15 Item | 8/14/2015 | AT&T**text2Pay | St. Louis, MO | | 152.29 | 152.29 | 152.29 | 0 | | | 152.29 | 1 | This charge was approved and paid by the company credit card, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 7 | AT&T | Audit review Report 12/24/15 Item | 7/13/2015 | AT&T**text2Pay | St. Louis, MO | | 142.29 | 142.29 | 142.29 | 0 | | | 142.29 | 1 | This charge was approved and paid by the company credit card. Reliant Care Management made double payment for this charge. |
| 8 | AT&T | Audit review Report 12/24/15 Item | 6/15/2015 | AT&T**text2Pay | St. Louis, MO | | 177.29 | 177.29 | 177.29 | 0 | | | 177.29 | 1 | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 9 | N323DO - Aircraft Lease | 266 | 4/30/2015 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | | 580.00 | | | 580.00 | | SUMMARY: This unpaid invoice for lease of aircraft tail number N323DO by Chuck is still outstanding. This flight was record by Chuck on the log and booked. NOTES: Aircraft reported taking off from Creve Coeur Airport To Creve Coeur Airport. Chuck submitted 0.8 hour of flight time @ $725.00 per hour which came to $580.00 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 10 | AT&T | Audit review Report 12/24/15 Item | 4/13/2015 | AT&T**text2Pay | St. Louis, MO | | 177.25 | 177.25 | 177.25 | 0 | | | 177.25 | 1 | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 11 | Hotel | Audit review Report 12/24/15 Item | 4/11/2015 | Candlewood Suite South (Arrival date 4/10/15) | Springfield, MO | | 94.71 | 0 | 94.71 | 94.71 | | 0 | 94.71 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 12 | AT&T | Audit review Report 12/14/15 Item | 3/13/2015 | AT&T**text2Pay | St. Louis, MO | | 177.25 | 177.25 | 177.25 | 0 | | | 177.25 | 1 | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for double Payment (2) | Total Amount Owed by Chuck (1+2) | Category (1+2) | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Hotel | Audit review Report 12/28/15 Item | 2/13/2015 | Super 8 (Arrival date 2/13/15) | Wentzville, MO | | 85.52 | 0 | 85.52 | 85.52 | | 0 | $85.52 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 14 | AT&T | Audit review Report 12/14/15 Item | 2/13/2015 | AT&T**Text2Pay | St. Louis, MO | | 177.25 | 177.25 | 177.25 | 0 | | | $177.25 | 1 | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 15 | Hotel | Audit review Report 12/14/15 Item | 1/29/2015 | Doubletree Hotel (Arrival date 2/27/15) | Chesterfield, MO | | 246.95 | 0 | 246.95 | 246.95 | | 0 | $246.95 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 16 | Miscellaneous | Audit review Report 12/28/15 Item | 1/28/2015 | DOCCARD, INC. (Pilot Physical) | Saint Charles, MO | | 110.00 | 0 | 110.00 | 110.00 | | 0 | $110.00 | 1 | Personal Expense. |
| 17 | Hotel | Audit review Report 12/28/15 Item | 1/26/2015 | Holiday INN | Columbia, MO | | 144.88 | 0 | 144.88 | 144.88 | | 0 | $144.88 | 1 | Unauthorize charge. Personal Expense. No flight that day. |
| 18 | Hotel | Audit review Report 12/14/15 Item | 1/27/2015 | Hampton INN & Suites (Arrival date 2/16/15) | Chesterfield, MO | | 137.73 | 0 | 137.73 | 137.73 | | 0 | $137.73 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 19 | AT&T | Audit review Report 12/14/15 Item | 1/13/2015 | AT&T**Text2Pay | St. Louis, MO | | 177.18 | 177.18 | 177.18 | 0 | | | $177.18 | 1 | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 20 | Hotel | Audit review Report 12/14/15 Item | 1/6/2015 | Doubletree Hotel (Arrival date 1/03/15) | Chesterfield, MO | | 219.92 | 0 | 219.92 | 219.92 | | 0 | $219.92 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| TOTAL | | | | | | | $3,093.86 | | $3,093.86 | $2,183.68 | | | $3,673.86 | | |

## 2014 Wayne Marsonette Unauthorized Owed Charges

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for double Payment (2) | Total Amount Owed by Chuck (1+2) | Category (1+2) | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Hotel | Audit review Report 12/28/15 Item | 12/30/2014 | Holiday INNS Hotel (Arrival date 12/29/14) | Independence, MO | | 148.48 | 0 | 148.48 | 148.48 | | 0 | $148.48 | 1 | Unauthorize charge. Personal Expense. According to the flight log the aircraft N626GB Chuck lease the aircraft. |
| 2 | Hotel | Audit review Report 12/28/15 Item | 12/30/2014 | Doubletree Hotel (Arrival date 12/29/14) | Chesterfield, MO | | 171.89 | 0 | 171.89 | 171.89 | | 0 | $171.89 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 3 | N626GB - Aircraft Lease | 254 | 12/29/2014 | Creve Coeur Airport to East Kansas City Airport to Creve Coeur Airport | Kansas City, MO | BBB Lease | 478.50 | 0 | 195.26 | 478.50 | | | $478.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626GB by Chuck is still outstanding. This flight was record by Chuck on the flight log taking off from Creve Coeur Airport to East Kansas City Airport back to Creve Coeur Airport. Chuck submitted 3.3 hours of flight time @ $145 per hour which came to $478.50 to be paid to The Big Blessing, LLC for use of the aircraft. See Credit Card Statement for Fuel Charges. NOTES: Aircraft reported booked. |
| 4 | Hotel | Audit review Report 12/14/15 Item | 12/22/2014 | Doubletree Hotel (Arrival date 12/20/14) | Chesterfield, MO | | 114.21 | 0 | 114.21 | 114.21 | | 0 | $114.21 | 1 | Unauthorize charge for in town stay. Personal Expense. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category (1+2) | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Miscellaneous | Audit review Report 12/14/15 item | 12/21/2014 | Eagle Eye USA LLC Gun Range and Shop | Wentzville, MO | | 1,648.40 | | 1,548.40 | 1,548.40 | | | $1,548.40 | 1 | On 1/4/16 Reach out to the store and talk to Tom, he told me what was the purchase and that he would email me the receipt when he got a chance. He briefly told me that a gun was purchase as well as gun parts and other items. Chuck agree to pay this charge given that this charge was not business related. On 1/6/16 talk to Tom the manager of the store and he would not release the receipt to me because he didn't know who I was and it was against store policy to release information to third parties. He told him that I was calling on behalf of the credit card holder. He said he needed verification. I email Tom a copy of the credit card statement where Rick Deterfiane name appear on the statement. He said he would consider looking at it but would have to consult with his attorney to ask about releasing a copy of the receipt. I even told him that Chuck was the owner of the credit card and that it was a company card. On 1/9/16 reach out to Tom, he still was not cooperating as he said he was to busy right now to deal with it. I told him that I would try Jack on Monday 1/11/16 he said okay. If he still not willing to corporate with me on Monday I will mention to him that I will have our in house attorney file a subpoena against the store owner to get the receipt. |
| 6 | AT&T | Audit review Report 12/14/15 item | 12/13/2014 | AT&T**text2Pay | St. Louis, MO | | 177.18 | 177.18 | 177.18 | 0 | | | $177.18 | 1 | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 7 | Gogoair.com | Audit review Report 12/14/15 item | 12/1/2014 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to WiFi on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 8 | Hotel | Audit review Report 12/14/15 item | 12/6/2014 | Doubletree Hotel (Arrival date 12/03/14) | Chesterfield, MO | | 340.78 | 0 | 340.78 | 340.78 | | 0 | $340.78 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 9 | AT&T | Audit review Report 12/14/15 item | 11/13/2014 | AT&T**text2Pay | St. Louis, MO | | 177.18 | 177.18 | 177.18 | 0 | | 0 | $177.18 | 1 | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 10 | Gogoair.com | Audit review Report 12/14/15 item | 11/11/2014 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to The Big Blessing, LLC. No direct benefit to The Big Blessing, LLC. |
| 11 | Hotel | Audit review Report 12/14/15 item | 11/8/2016 | Crowne Plaza Hotel (Arrival date 11/07/14) | Tulsa, OK | | 94.22 | 0 | 94.22 | 94.22 | | 0 | $94.22 | 1 | Unauthorize charge. Personal Expense. Room 613 |
| 12 | Hotel | Audit review Report 12/14/15 item | 11/8/2014 | Crowne Plaza Hotel (Arrival date 11/07/14) | Tulsa, OK | | 94.22 | 0 | 94.22 | 94.22 | | 0 | $94.22 | 1 | Unauthorize charge. Personal Expense. Room 600 |
| 13 | Hotel | Audit review Report 12/28/15 item | 11/7/2014 | Doubletree Hotel (Arrival date 11/07/14) | Chesterfield, MO | | 68.65 | 0 | 68.65 | 68.65 | | 0 | $68.65 | 1 | 12/14/15 Unauthorize charge for in town stay. Personal Expense. |
| 14 | Hotel | Audit review Report 12/14/15 item | 10/30/2014 | Crowne Plaza Hotel (Arrival date 10/30/14) | Tulsa, OK | | 94.22 | 0 | 94.22 | 94.22 | | 0 | $94.22 | 1 | Unauthorize charge. Personal Expense. Room 420 |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | AT&T | Audit review Report 12/24/15 item | 10/22/2014 | AT&T*Text2Pay | St. Louis, MO | | 177.16 | 177.16 | 177.16 | 0 | | | 177.16 | 1 | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 16 | Restaurant | Audit review Report 12/28/15 item | 10/21/2014 | Buffalo Wild Wings | Chesterfield, MO | | 78.20 | 0 | 78.20 | 78.20 | | 0 | 78.20 | 1 | Unauthorize charge. No flight that day and Chuck no longer performing duties of Safety Director for Reliant Care Management, LLC. In addition, no flight flown by Chuck on 10/21/14 we also looked into when the last time Chuck flew any of the aircrafts. The results are as follows: (1) N926CB was taken out by Chuck on 10/11/14 and not until 12/29/14 was this aircraft flown by Chuck. (2) N952WB was taken out by Chuck on 10/9/14 and not until 11/23/14 was this aircraft flown by Chuck. (3) N323DD was taken out by Chuck on 9/5/14 and not until 12/8/14 was aircraft flown by Chuck. |
| 17 | Restaurant | Audit review Report 12/28/15 item | 10/20/2014 | Hubut Mongolian Grill | Saint Louis, MO | | 75.80 | 0 | 75.80 | 75.80 | | 0 | 575.80 | 1 | Unauthorize charge. No flight that day and Chuck no longer performing duties of Safety Director for Reliant Care Management, LLC. In addition, no flight flown by Chuck on 10/20/14 we also looked into when the last time Chuck flew any of the aircrafts. The results are as follows: (1) N926CB was taken out by Chuck on 10/11/14 and not until 12/29/14 was this aircraft flown by Chuck. (2) N952WB was taken out by Chuck on 10/9/14 and not until 11/23/14 was this aircraft flown by Chuck. N323DD was taken out by Chuck on 9/5/14 and not until 12/8/14 was aircraft flown by Chuck. |
| 18 | Restaurant | Audit review Report 12/24/15 item | 10/18/2014 | Stoney Rivers | Chesterfield, MO | | 463.09 | 0 | 463.09 | 463.09 | | 0 | 463.09 | 1 | Chuck admitted that this charge was personal and that he would reimburse the company. Receipt couldn't be provided by the company given the time period. |
| 19 | N926CB - Aircraft Lease | 245 | 10/12/2014 | Grand Glaize-Osage Beach Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | 162.24 | 174.00 | | | 174.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N926CB by Chuck is still outstanding. This flight was record by Chuck on the legbook. taking off from Grand Glaize-Osage Beach Airport to Creve Coeur Airport. NOTES: Aircraft reported. Chuck submitted 2.3 hours of flight time @ $145.00 per hour which came to $333.50 to be paid to The Big Blessing, LLC. for use of the aircraft. The charge was broken up into two days per flightaware flight-logged. As 0.45 1.2 hours was flight time from Grand Glaize-Osage Beach Airport to Creve Coeur Airport which came to 1.2 hours x $145 per hour = $174.00. Please see flight date entry 10/11/14 for the rest of the flight time. See Credit Card Statement for Fuel Charge. |
| 20 | N926CB - Aircraft Lease | 245 | 10/11/2014 | Creve Coeur Airport to Grand Glaize-Osage Beach Airport | Lake of Ozark, MO | BBB Lease | | | 171.00 | 159.50 | | | 159.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N926CB by Chuck is still outstanding. This flight was record by Chuck on the legbook. taking off from Creve Coeur Airport to Grand Glaize-Osage Beach Airport. NOTES: Aircraft reported. Chuck submitted 2.3 hours of flight time @ $145.00 per hour which came to $333.50 to be paid to The Big Blessing, LLC. for use of the aircraft. The charge was broken up into two days per flightaware flight-logged. As 1.1 hours was flight time from Creve Coeur Airport to Grand Glaize-Osage Beach Airport which came to 1.1 hours x $145 per hour = $159.50. Please see flight date entry 10/12/14 for the rest of the flight time. Have Aircraft Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Car Gasoline | Audit review Report 12/28/15 item | 9/24/2014 | Brush Creek Gas & Co. | Siloy,MO | | 57.79 | 0 | 57.79 | 57.79 | | 0 | $57.79 | 1 | Unauthorize charge. No flight that day and Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. In addition, no flight flown by Chuck on 9/24/14 we also looked into when the last time Chuck flew any of the aircrafts. The results are as follows: (1) N626CB was taken out by Chuck on 10/21/14 and not until 12/28/14 was this aircraft flown by Chuck. (2) N892WB was taken out by Chuck on 10/8/14 and not until 11/23/14 was this aircraft flown by Chuck. (3) N325DD was taken out by Chuck on 9/5/14 and not until 12/9/14 was this aircraft flown by Chuck. |
| 22 | AT&T | Audit review Report 12/14/15 item | 9/15/2014 | AT&T*text2Pay | St. Louis, MO | | 177.16 | 177.16 | 177.16 | 0 | | | $177.16 | 1 | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 23 | Car Gasoline | Audit review Report 12/28/15 item | 9/14/2014 | Shell Oil | Bowling Green,MO | | 72.92 | 0 | 72.92 | 72.92 | | 0 | $72.92 | 3 | Unauthorize charge. No flight that day and Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. In addition, no flight flown by Chuck on 9/14/14 we also looked into when the last time Chuck flew any of the aircrafts. The results are as follows: (1) N626CB was taken out by Chuck on 10/21/14 and not until 12/28/14 was this aircraft flown by Chuck. (2) N892WB was taken out by Chuck on 10/8/14 and not until 11/23/14 was this aircraft flown by Chuck. (3) N325DD was taken out by Chuck on 9/5/14 and not until 12/9/14 was this aircraft flown by Chuck. 1/25/16 After reviewing the receipt file for September 2014, I was able to locate the receipt for this charge. The receipt stated fuel for the Silverado Truck. RECEIPT SUBMITTED AND VERIFIED. |
| 24 | Gogoair.com | Audit review Report 12/14/15 item | 9/11/2014 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to the flight on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 25 | Restaurant | Audit review Report 12/28/15 item | 9/5/2014 | Edgewild Restaurant | Chesterfield, MO | | 98.16 | 0 | 98.16 | 98.16 | | 0 | $98.16 | 1 | Unauthorize charge. No flight that day and Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. In addition, no flight flown by Chuck on 9/5/14 we also looked into when the last time Chuck flew any of the aircrafts. The results are as follows: (1) N626CB was taken out by Chuck on 10/21/14 and not until 10/8/14 was this aircraft flown by Chuck. (2) N892WB was taken out by Chuck on 6/8/14 and not until 9/8/14 was this aircraft flown by Chuck. (3) N325DD was taken out by Chuck on 6/13/14 and not until 9/5/14 was this aircraft flown by Chuck. 1/25/16 After reviewing the receipts file for September 2014, the receipt had a handwriting note stating: "Dinner for Chuck & C...."""flight. RECEIPT SUBMITTED AND VERIFIED. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Car Gasoline | Audit review Report 12/28/15 Item | 9/1/2014 | 7 Eleven Gas Station | Chesterfield, MO | | 77.11 | 0 | 77.11 | 77.11 | | 0 | $77.11 | 3 | Unauthorize charge. No flight that day and Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. In addition no flight flown by Chuck on 9/1/14 we also locked into when the last time Chuck flew any of the aircrafts. The results are as follows: (1) N826CQ was taken out by Chuck on 8/12/14 and not until 10/8/14 was this aircraft flown by Chuck. (2) N952WB was taken out by Chuck on 6/8/14 and not until 9/8/14 was this aircraft flown by Chuck. (3) N823DD was taken out by Chuck on 6/13/14 and not until 9/5/14 was this aircraft flown by Chuck. 1/25/16 After reviewing the receipt for September 2014, I was able to locate the receipt for this charge. The receipt stated fuel for the Silverado Truck. RECEIPT SUBMITTED AND VERIFIED. |
| 27 | Car Gasoline | Audit review Report 12/28/15 Item | 8/26/2014 | Shell Oil Gas Station | New London, MO | | 48.16 | 0 | 48.16 | 48.16 | | 0 | $48.16 | 3 | Unauthorize charge. No flight that day and Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. In addition no flight flown by Chuck on 8/28/14 we also locked into when the last time Chuck flew any of the aircrafts. The results are as follows: (1) N826CQ was taken out by Chuck on 8/12/14 and not until 10/8/14 was this aircraft flown by Chuck. (2) N952WB was taken out by Chuck on 6/8/14 and not until 9/8/14 was this aircraft flown by Chuck. (3) N823DD was taken out by Chuck on 6/13/14 and not until 9/5/14 was this aircraft flown by Chuck. |
| 28 | AT&T | Audit review Report 12/24/15 Item | 8/13/2014 | AT&T*Text2Pay | St. Louis, MO | | 376.16 | 376.16 | 376.16 | 0 | | 0 | $376.16 | 1 | This charge was approved and paid by the company credit card. Requesting Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 29 | Hotel | Audit review Report 12/24/15 Item | 8/13/2014 | Holiday INN Express | O'Fallon, MO | | 139.18 | 0 | 139.18 | 139.18 | | 0 | $139.18 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 30 | N826CB Aircraft Lease | 232 | 8/12/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | 8B Lease | | | | 725.00 | | | $725.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N826CB by Chuck is still outstanding. This flight was reported by Chuck on the logged booked. NOTES: Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 5.0 hours of flight time @ $145.00 per hour which came to $725.00 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 31 | Googgle.com | Audit review Report 12/14/15 Item | 8/11/2014 | GOOGGLE.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to flying on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 32 | Car Gasoline | Audit review Report 12/28/15 Item | 8/11/2014 | Wildhorse Creek BP | Chesterfield, MO | | 76.78 | 0 | 76.78 | 76.78 | | 0 | $76.78 | 3 | Unauthorize charge. No flight that day and Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. In addition no flight flown by Chuck on 8/11/14 we also locked into when the last time Chuck flew any of the aircrafts. The results are as follows: (1) N826CQ was taken out by Chuck on 8/12/14 and not until 10/8/14 was this aircraft flown by Chuck. (2) N952WB was taken out by Chuck on 6/8/14 and not until 9/8/14 was this aircraft flown by Chuck. (3) N823DD was taken out by Chuck on 6/13/14 and not until 9/5/14 was this aircraft flown by Chuck. 1/25/2016 After reviewing the receipt for August 2014, the receipt showed that the fuel was for the Silverado Truck. RECEIPT SUBMITTED AND VERIFIED. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | N626C8 - Aircraft Lease | 232 | 8/10/2014 | Creve Coeur Airport to Bowling Green Miami Airport to Creve Coeur Airport | Bowling Green, MO | BBB Lease | | | | | | | $217.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626C8 was record by Chuck on the logbook by Chuck is still outstanding. This flight was record by Chuck on the logbook. NOTES: Aircraft reported taking off from Creve Coeur Airport to Bowling Green Miami Airport back to Creve Coeur Airport. Chuck submitted 1.5 hours of flight time @ $145.00 per hour which came to $217.50 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 34 | Car Gasoline | Audit review Report 12/28/15 item | 8/8/2014 | Shell Oil | Kingdom City, MO | | 90.86 | 0 | 90.86 | 90.86 | | 0 | $90.86 | 3 | Unauthorize charge. No flight that day and Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. In addition no flight flown by Chuck on 8/8/14 we also looked into when the last time Chuck flew any to the aircrafts. The results are as follows: (1) N626C8 was taken out by Chuck on 8/6/14 and not until 8/12/14 was this aircraft flown by Chuck. (2) N952WB was taken out by Chuck on 6/8/14 and not until 9/8/14 was this aircraft flown by Chuck. (3) N832DD was taken out by Chuck on 6/13/14 and not until 9/5/14 was this aircraft flown by Chuck. |
| 35 | N626C8 - Aircraft Lease | 232 | 8/6/2014 | Spirit of St. Louis Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | | 304.50 | | | $304.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626C8 was record by Chuck on the logged by Chuck is still outstanding. This flight was record by Chuck on the logbook. NOTES: Aircraft reported taking off from Creve Coeur Airport to Spirit of St. Louis Airport back to Creve Coeur Airport. Chuck submitted 2.1 hours of flight time @ $145.00 per hour which came to $304.50 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 36 | Hotel | Audit review Report 12/28/15 item | 8/3/2014 | Holiday Inn (arrival date 8/2/14) | Coralville, Iowa | BBB Lease | 201.23 | 0 | 201.23 | 201.23 | | 0 | $201.23 | 1 | Unauthorize charge. Chuck lease aircraft N626C8 on 8/1/14 the same as Hotel arrival for his personal use for approximately 2.8 hours. I would mention that Chuck no longer performing the duties of Safety Director of Reliant Care Management, LLC. On another note, Nick was flying Nick 8/1/14 and 8/2/14 between Hannibal and Creve Coeur. |
| 37 | N626C8 - Aircraft Lease | 232 | 8/1/2014 | Spirit of St. Louis Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | | 406.00 | | | $406.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626C8 was record by Chuck on the logbook by Chuck is still outstanding. This flight was record by Chuck on the logbook. NOTES: Aircraft reported taking off from Creve Coeur Airport to Spirit of St. Louis Airport back to Creve Coeur Airport. Chuck submitted 2.8 hours of flight time @ $145.00 per hour which came to $406.00 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 38 | N626C8 - Aircraft Lease | 223 | 7/29/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | 186.52 | 203.00 | | | $203.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626C8 was record by Chuck on the logbook by Chuck is still outstanding. This flight was record by Chuck on the logbook. NOTES: Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 1.4 hours of flight time @ $145.00 per hour which came to $203.00 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 39 | Hotel | Audit review Report 12/24/15 item | 7/28/2014 | Grand Hyatt | Tampa Bay, FL | | 540.33 | 0 | 540.33 | 540.33 | | 0 | $540.33 | 1 | Unauthorize charge. Personal Vacation Expense. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Hotel | Audit review Report 12/14/15 Item | 7/25/2014 | Grand Hyatt | Tampa Bay, FL | | 149.00 | 0 | 149.00 | 149.00 | | 0 | $0 | 1 | Unauthorize charge. Personal Vacation Expense. After initial contact made with Chuck on December 29, 2015 Chuck contact the Grand Hyatt Hotel disputing this charge and the charge was refunded. Original bill was $149.00 |
| 41 | Hotel | Audit review Report 12/14/15 Item | 7/25/2014 | Holiday INN | Gainesville, FL | | 98.79 | 0 | 98.79 | 98.79 | | 0 | $98.79 | 1 | Unauthorize charge. Personal Vacation Expense. Room 404 |
| 42 | Hotel | Audit review Report 12/14/15 Item | 7/25/2014 | Holiday INN | Gainesville, FL | | 98.79 | 0 | 98.79 | 98.79 | | 0 | $98.79 | 1 | Unauthorize charge. Personal Vacation Expense. Room 430 |
| 43 | Hotel | Audit review Report 12/14/15 Item | 7/25/2014 | Holiday INN | Gainesville, FL | | 98.79 | 0 | 98.79 | 98.79 | | 0 | $98.79 | 1 | Unauthorize charge. Personal Vacation Expense. Room 406 |
| 44 | Car Gasoline | Audit review Report 12/28/15 Item | 7/18/2014 | Waterway #13 WestPort | Maryland Height, MO | | 72.38 | 0 | 72.38 | 72.38 | | 0 | $72.38 | 3 | Unauthorize charge. Chuck lease aircraft N626CB on this day (7/18/14) for personal use. Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. No other aircraft flown by Chuck on 7/18/14 with the exception of him leasing for personal use aircraft N626CB. We also looked into when the last time Chuck flew any of the other aircrafts. The results are as follows: (1) N952WB was taken out by Chuck on 6/8/14 and not until 9/9/14 was this aircraft flown by Chuck. N332DD was taken out by Chuck on 6/13/14 and not until 9/5/14 was this aircraft flown by Chuck. 1/25/16 After reviewing the receipts file for 2014, the receipt was marked Silverado Fuel. Receipt Submitted. Verified. |
| 45 | N626CB - Aircraft Lease | 219 | 7/18/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | 333.50 | | 333.50 | | | $333.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626CB by Chuck is still outstanding. This flight was record by Chuck on the logged book. NOTES: Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 1.7 hours of flight time @ $145.00 per hour which came to $333.50 to be paid to The Big Blessing, LLC. for use of the aircraft. Have Aircraft Fuel Record. |
| 46 | AT&T | Audit review Report 12/14/15 Item | 7/24/2014 | AT&T*Text2Pay | St. Louis, MO | | 182.19 | 182.19 | 182.19 | 0 | | | $182.19 | 1 | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 47 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 7/14/2014 | Creve Coeur Airport to Grand Glaise Osage Beach Airport to Creve Coeur Airport | Lake of Ozark, MO | Trevor Training Flights | | | | 348.00 | | | $348.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport To Grand Glaise Osage Beach Airport with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 2.4 hours x $145 per hour = $348.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Credit Card Transaction Date | Place | Reference | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | Car Gasoline | 7/13/2014 | Q-Stop Gas Station | Audit review Report 12/28/15 item | Troy, MO | | 61.34 | 0 | 61.34 | 61.34 | | 0 | $61.34 | 3 | Unauthorize charge. No flight that day and Chuck no longer performing the duties of Safety Director for Reliant Care Management, LLC. In addition, no flight flown by Chuck on 7/13/14 we also looked into when the list: time Chuck flew any of the aircrafts. The results are as follows: (1) N626C6 was taken out by Chuck on 7/9/14 and not until 7/16/14 was it taken out by Chuck (I would reference that both days were lease by Chuck for personal use). (2) N952WB was taken out by Chuck on 6/8/14 and not until 9/6/14 was this aircraft flown by Chuck. (3) N2230D was taken out by Chuck on 6/13/14 and not until 9/5/14 was this aircraft flown by Chuck. 1/25/16 After reviewing the receipts file for July 2014, the receipt was marked Silverado Fuel. Receipt Submitted and Verified. |
| 49 | N626C3 - Aircraft Lease | 7/13/2014 | Creve Coeur Airport to Grand Galze Osage Airport to Creve Coeur Airport | Audit review Report 3/25/16 item | Lake Ozark, MO | | | | | 290.00 | | | $290.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C6, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N626C6. Aircraft reported taking off from Creve Coeur Airport to Grand Galze Osage Airport with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C6. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2 hours x $145 per hour = $290.00. |
| 50 | Gogoair.com | 7/12/2014 | GOGOAIR.COM | Audit review Report 12/24/15 item | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is personal account set up by Chuck. This service is related to Wi-Fi on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 51 | N626C3 - Aircraft Lease | 7/10/2014 | Creve Coeur Airport to Grand Galze Osage Beach Airport to Creve Coeur Airport | Audit review Report 12/28/15 item | Lake of Ozark, MO | Trevor Training Flights | | | | 362.50 | | | $362.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport To Grand Galze Osage Beach Airport with with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.5 hours x $145 per hour = $362.50. |
| 52 | N626C3 - Aircraft Lease | 7/9/2014 | Creve Coeur Airport to Grand Galze Osage Beach Airport to Creve Coeur Airport | 219 | Lake of Ozark, MO | Unpaid Aircraft Lease Flights Invoices Related to Trevor Training Flights | 74.60 | | | 551.00 | | | $551.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626C3 by Chuck is still outstanding. This flight was record by Chuck on the Reliant booked. NOTES: Aircraft reported taking off from Creve Coeur Airport to Grand Galze Osage Beach Airport back to Creve Coeur Airport. Chuck submitted 3.8 hours of flight time taking off from Creve Coeur Airport which came to $551.00 to be paid to The Big Blessing, LLC. for use of the aircraft. See Credit Card Statement for Fuel Charges. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 7/9/2014 | Creve Coeur Airport to Grand Glaize Osage Beach Airport to Creve Coeur Airport | Lake of Ozark, MO | Trevor Training Flights | | | 74.60 | 348.00 | | | $348.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the aircraft. This account must be charged to the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No Log flight recorded this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport To Grand Glaize Osage Beach Airport with with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.4 hours x $145 per hour = $348.00. See Credit Card Statement. |
| 54 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 7/9/2014 | Creve Coeur Airport to Grand Glaize Osage Beach Airport to Creve Coeur Airport | Lake of Ozark, MO | BBJ Lease - Unpaid Invoice # 219 | | | | -551.00 | | | $551.00 | 1 | **SUMMARY:** This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft log number N626CB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE IN THE TREVOR UNLOGGED FLIGHT CHARGES TAB* TO REFLECT AN ADJUSTMENT OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. THIS TRANSFER/ACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB' TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 55 | N626CB - Aircraft Lease | Audit review Report 3/25/16 Item | 7/4/2014 | Creve Coeur Airport to Clark-Taney County Airport | Branson, MO | | | | 406.00 | 406.00 | | | $406.00 | 3 | **SUMMARY:** This should be charged to Chuck since he was in charge of the aircraft. This account must be charged to the Reliant logs for aircraft N626CB, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report. NOTES: No Log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the duration of the flight time which comes to 2.8 hours x $145 per hour = $406.00. |
| 56 | Miscellaneous | | 7/1/2014 | Amazon.com | Online Purchase | | 36.50 | 0 | 36.50 | 36.50 | | 0 | $36.50 | 3 | Amazon.com - Rick doesn't have a personal Amazon account to have purchase these items. |
| 57 | Miscellaneous | Audit review Report 12/28/15 Item | 7/1/2014 | Amazon.com | Online Purchase | | 27.44 | 0 | 27.44 | 27.44 | | 0 | $27.44 | 3 | Amazon.com - Rick doesn't have a personal Amazon account to have purchase these items. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 6/24/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 203.00 | 203.00 | | | $203.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge the Reliant log, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport with final destination Creve Coeur Airport. After reviewing Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hours x $145 per hour = $203.00. |
| 59 | AT&T | Audit review Report 12/4/15 item | 6/23/2014 | AT&T Text2Pay | St. Louis, MO | Expense Report | 177.19 | 177.19 | 177.19 | 0 | | 160.00 | $377.19 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 60 | Hotel | Audit review Report 12/24/15 item | 6/20/2014 | Crowne Plaza (arrival date 6/19/14) | Kansas City, MO | | 237.04 | 237.04 | 237.04 | 0 | | 237.04 | $237.04 | 1D | It's been verified that this expense was related to a Safety Meeting at Bridgewood. HOWEVER, CHUCK SUBMITTED THIS CHARGE IN HIS EXPENSE REPORT FOR REIMBURSEMENT. COMPANY DOUBLE PAY. No flight this day for Nick. |
| 61 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 6/20/2014 | Wheeler Downtown Airport to Grand Glaze-Osage Beach Airport to Greensfield Airport to Creve Coeur Airport | Lake of Ozark, MO | Trevor Training Flights | | | | 377.00 | | | $377.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge the Reliant log, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded this day for aircraft N626CB. Aircraft reported taking off from Wheeler Downtown Airport to Grand Glaze-Osage Beach Airport to Greensfield Airport with final destination Creve Coeur Airport. After reviewing Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to hours x $145 per hour = $377.00. |
| 62 | Car Miles | Audit review Report 12/28/15 item | 6/20/2014 | Chuck Expense Report Vehicle Cost/Miles | Expense Report | Expense Report | 50.00 | 0 | 0 | 50.00 | | 50.00 | $50.00 | 2 | Chuck Submitted on his Expense Report vehicle cost/miles, however, had a company car. |
| 63 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 6/19/2014 | Grand Glaze-Osage Beach Airport to Sedalia Regional Airport to Clinton Regional Airport to Wheeler Downtown Airport | Lake of Ozark, MO | Trevor Training Flights | | | 222.73 | 333.50 | | | $333.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge the Reliant log, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded this day for aircraft N626CB. Aircraft reported taking off from Grand Glaze-Osage Beach Airport to Sedalia Regional Airport to Clinton Regional Airport to Wheeler Downtown Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.3 hours x $145 per hour = $333.50. Have Fuel Receipt for $148.53. See Credit Card Statement for $74.20. |

Electronically Filed - St. Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 6/18/2014 | Creve Coeur Airport to Omar N. Bradley Airport to Grand Glaize-Osage Beach Airport | Lake of Ozark, MO | Trevor Training Flights | | | 106.05 | 333.50 | | | | 1 | SUMMARY: This should be the charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport to Omar N. Bradley Airport to Grand Glaize-Osage Beach Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.3 hours x $145 per hour = $333.50. See Credit Card Statement. |
| 65 | Car Gasoline | Audit review Report 12/28/15 Item | 6/18/2014 | Casey's General Store Gas Station (NVP and CP Fuel) "Safety Meeting" | Salisbury, MO | Safety Meeting | 54.52 | 54.52 | 54.52 | 0 | | 54.52 | $54.52 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 66 | Gogoair.com | Audit review Report 12/14/15 Item | 6/11/2014 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account not set up by Chuck. This service is related to flying on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 67 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 6/11/2014 | Creve Coeur Airport to St. Louis Regional Airport | St. Louis, MO | Trevor Training Flights | | | 138.25 | 246.50 | | | $246.50 | 1 | SUMMARY: This should be the charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport to St. Louis Regional Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.7 hours x $145 per hour = $246.50. See Credit Card Statement. |
| 68 | N626C3 - Aircraft Lease | Audit review Report 3/25/16 Item | 6/9/2014 | Creve Coeur Airport to Lee C Fine Memorial Airport to Creve Coeur Airport | Lake Ozark, MO | | | | | 682.50 | | | $682.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport to Lee C Fine Memorial Airport, Lake Ozark with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $525 per hour = $682.50. "No weekly schedule available as 6/9/14 was a Sunday day." |
| 69 | Retail Store | Audit review Report 12/28/15 Item | 6/9/2014 | Menards | Lake Ozark, MO | | 273.03 | 273.03 | 273.03 | 49.99 | | 0 | $49.99 | 2 | After reviewing the credit card statements as well as the receipts file for June 2014, two items were similar. The Air Moving Fan for $249.99 has been identify to be at the hager, however, the Pivoting Utility Fan is unaccounted for at the hager. RECEIPT SUBMITTED AND VERIFIED. |
| 70 | Restaurant | Audit review Report 12/28/15 Item | 6/9/2014 | Caries C. (Snacks for St. Elizabeth Meeting) "Safety Meeting" | Elizabeth, MO | Safety Meeting | 22.64 | 22.64 | 22.64 | 0 | | 22.64 | $22.64 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Check | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | N552WB - Aircraft Lease | Audit review Report 3/25/16 Item | 5/31/2014 | Creve Coeur Airport to Lee C Fine Memorial Airport to Creve Coeur Airport | Lake Ozark, MO | | | | | 682.50 | | | $682.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant Logs, the flight was not recorded in the Reliant logs for aircraft N552WB. NOTES: No log flight recorded for this day for aircraft N552WB. Aircraft reported taking off from Creve Coeur Airport to Lee C Fine Memorial Airport, Lake Ozark with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N552WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $525 per hour = $682.50. *No weekly schedule available as 5/31/14 was a Saturday. I would note then on Friday, 5/30/14 Chuck noted on his weekly schedule "Fly Rick to Lake". |
| 72 | N323DD - Aircraft Lease | Audit review Report 3/25/16 Item | 5/29/2014 | Creve Coeur Airport to Branson Airport to Creve Coeur Airport | Branson, MO | | | | | 1,595.00 | | | $1,595.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant Logs, the flight was not recorded in the Reliant logs for aircraft N323DD, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N323DD. Aircraft reported taking off from Creve Coeur Airport to Branson, Mo with final destination on the next day 5/30/14 to Creve Coeur Airport, MO. According to Chuck's weekly schedule for 5/29/14 he noted: "Safety meeting follow up... monthly paperwork" as well as "Navajo detail, Return Baron to St Louis, Maintenance flight". According to Chuck hardcopy weekly schedule for 5/29/14 that he submitted to Steve Long, he noted: "Fly Rick to Hannibal, To lake? End of month paperwork". Based on 5/30/14 Chuck excel weekly schedule he had noted: "Investigation Ivy Hoehn exposure" as well as "Fly Rick to Lake". For 5/30/14 Chuck hardcopy weekly schedule he submitted to Steve Long & noted: "Getting Baron out of annual, return to service, End of month paperwork, Several flights weekend". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N323DD. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.2 hours x $725 per hour = $1,595.00. |
| 73 | Hotel | Audit review Report 12/14/15 Item | 5/26/2014 | Holiday INN | Columbia, MO | | 138.50 | 0 | 138.50 | 138.50 | | 138.50 | $277.00 | 1D | Unauthorize charge. Personal Expense. This charge was paid twice by the company, however, when Bob and Steve meet with Chuck we had not gone through the submitted expense report to verify charges paid twice. One was paid using the company credit card. The other charge was paid through the expense reports. |
| 74 | N626ZA - Aircraft Lease | 212 | 5/27/2014 | Creve Coeur Airport to Trenton Municipal Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 89.60 | 304.50 | | | $304.50 | 1 | SUMMARY: This unpaid Invoice for lease of aircraft tail number N626ZA by Chuck is still outstanding. This flight was record by Chuck on the Creve Coeur Airport to Trenton Municipal Airport back to Creve Coeur Airport. Chuck submitted 2.1 hours of flight time @ $145.00 per hour which came to $304.50 to be paid to The Big Blessing, LLC for use of the aircraft. Have Aircraft Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 5/27/2014 | Creve Coeur Airport to Trenton Municipal Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 89.60 | 536.50 | | | $536.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Flightware report as well as Trevor N626CB, the flight showed up in the Flightware report as well as Trevor logged book. NOTES: No log flight recorded this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport to Trenton Municipal Airport with final destination Creve Coeur Airport. After review of Flightware data, Nick determined this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.7 hours x $145 per hour = $536.50. Half Fuel Receipt. |
| 76 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 5/27/2014 | Creve Coeur Airport to Trenton Municipal Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease- Unpaid Invoice #212 | | | | -304.50 | | | -$304.50 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft tab number N626CB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE BY THE TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDNT REPORT THE TRUE LEASE HOURS THAT HE USED ON THIS AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 29 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS.  AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,315.00 ($536,008.00-53,697.50). |
| 77 | N323DD - Aircraft Lease | Audit review Report 3/25/15 Item | 5/26/2014 | Creve Coeur Airport to Lee C Fine Memorial Airport to Creve Coeur Airport | Lake Ozark, MO | | | | | 1,087.50 | | | $1,087.50 | 2 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N323DD, the flight showed up in the Flightware report as well as Trevor logged book. NOTES:  No log flight recorded for this day for aircraft N626CB.  The Flightware report shows the plane leaving Lee C Fine airport on 5/26 at 9:01am. Then the plane leaves Creve Coeur to go to the lake again at 11:20am. It then leaves Lee C Fine on 5/27 at 7:29am. Looks like Chuck flew back to the Holiday. According to Chuck weekly schedule for 5/26/14 he noted: "Reliant Holiday" as well as "Fly Rick from Lake Ozark to Creve Coeur".  According to Chuck hardcopy weekly schedule for 5/26/14 that he submitted to Steve Long, he noted: "Reliant Holiday TBB flights for Rick from 8am to 12pm". Based on 3/22/14 Chuck local weekly schedule he had noted: "Miller and Trenton safety meeting" as well as "TBB flight scheduling". After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N323DD.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.5 hours x $725 per hour = $1,087.50. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | NG26C3 - Aircraft Lease | Audit review Report 12/28/15 item | 5/24/2014 | Spirit of St. Louis Airport to Creve Coeur Airport | Chesterfield, MO | Trevor Training Flights | | | | 29.00 | | | 529.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in-charge for the Reliant logs, the flight was not recorded in the Reliant logs for along with NG26C3, the flight showed up in the Flightaware report as well as Trevor logged book. **NOTES:** No log flight recorded for this day for aircraft N626C3. Aircraft reported taking off from Spirit of St. Louis Airport to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to .2 hours x $145 per hour = $29.00. |
| 79 | Car Miles | Audit review Report 12/28/15 item | 5/22/2014 | Chuck Expense Report Vehicle Cost/Miles | Expense Report | Expense Report | 50.00 | 0 | 0 | 50.00 | | 50.00 | 50.00 | 2 | Chuck submitted on his Expense Report vehicle cost/miles, however, had a company car. |
| 80 | NG26C3 - Aircraft Lease | 212 | 5/21/2014 | Creve Coeur Airport to Rockwood Muni Airport to Mount Vernon Airport to Spirit of St. Louis Airport | Rockwood, TN | Trevor Training Flights | | | 328.77 | 174.00 | | | 174.00 | 1 | **SUMMARY:** This unpaid invoice for lease of aircraft tail number N626C3 by Chuck is still outstanding. This flight was record by Chuck on the logged book. **NOTES:** Aircraft reported taking off from Creve Coeur Airport to Rockwood Muni Airport to Mount Vernon Airport to Spirit of St. Louis Airport. Chuck submitted 1.2 hours of flight time @ $145.00 per hour which came to $174.00 to be paid to The Big Blessing, LLC. for use of the aircraft. Have both Aircraft Fuel Receipt. |
| 81 | NG26C3 - Aircraft Lease | Audit review Report 12/28/15 item | 5/21/2014 | Creve Coeur Airport to Rockwood Muni Airport to Mount Vernon Airport to Spirit of St. Louis | Rockwood, TN | Trevor Training Flights | | | 328.77 | 1015.00 | | | $1,015.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in-charge for the Reliant logs, the flight was not recorded in the Reliant logs for along with NG26C3, the flight showed up in the Flightaware report as well as Trevor logged book. **NOTES:** No log flight recorded for this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport to Rockwood Muni Airport to Mount Vernon Airport to Spirit of St. Louis. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 7.0 hours x $145 per hour = $1,015.00. Have Fuel Charge Receipt for $174.58 and $154.19. |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 5/21/2014 | Creve Coeur Airport to Rockwood Muni Airport to Mount Vernon Airport to Split of St. Louis | Rockwood, TN | BBB Lease-Unpaid Invoice # 212 | | | | -174.00 | | | -$174.00 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626C3. NOTES: This flight time was recorded by Chuck on company aircraft log number N626C3 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE TO THE TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUSTMENT OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 25 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS.  AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,313.50 ($16,008.00-$3,697.50). |
| 83 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 5/19/2014 | Greensfield Airport to Skyhaven Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 464.00 | | | $464.00 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs. Suggest that N626C3, the flight showed up in the Flightaware report as well as Trevor log book. NOTES: No log flight record found for this day for aircraft N626C3.  Aircraft reported taking off from Greensfield Airport to Skyhaven Airport with final destination Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3.  As such Chuck was not logged properly in aircraft log sheet N626C3.  As such Chuck will be responsible for the duration of the flight time which comes to be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.2 hours x $145 per hour = $464.00. |
| 84 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 5/18/2014 | Grand Glaize-Osage Beach Airport to Greensfield Airport | Lake of Ozark, MO | Trevor Training Flights | | | 272.08 | 246.50 | | | $246.50 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor log book. NOTES: No log flight recorded for this day for aircraft N626C3.  Aircraft reported taking off from Grand Glaize-Osage Beech Airport to Greensfield Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3.  As such Chuck will be responsible for the duration of the flight time which comes to be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.7 hours x $145 per hour = $246.50.  Have Fuel Charge Receipt for $189.28 were Chuck paid for non-company aircraft.  Have Fuel Charge Receipt for $82.80. |
| 85 | Miscellaneous | Audit review Report 3/25/16 Item | 5/18/2014 | Grand Glaze Airport | Lake Ozark, MO | | 189.28 | | 189.28 | 189.28 | | | $189.28 | 1 | Chuck used the company credit card to pay for aircraft fuel for a non-company aircraft.  Aircraft tail number N774TA registered to Gary Subha.  Chuck is responsibility for this charge.  Would note that 5/18/14 was a Sunday.    Fuel Receipt handwritten note said: "TBB Lease Fuel" |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Chuck for Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Car-Gasoline | Audit review Report 12/28/15 Item | 5/17/2014 | Shell Oil | Lake Ozark, MO | | 81.64 | 0 | 81.64 | 81.64 | | 0.00 | $81.64 | 1 | No weekly schedule provided by Chuck as this day was a Saturday. No mentioned of Rick being at the Lake. A flight took off the next day from the Lake which was not logged in the books so this is the same day Chuck used the company credit card to fuel a non-company aircraft. PLEASE SEE PLANE FUEL TABLE FOR NEXT DAY FLIGHT COMMENTS. |
| 87 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 5/16/2014 | Grand Glaize-Osage Beach Airport to Lee's Summit/Muni Airport to Grand Glaize-Osage Beach Airport | Lake of Ozark, MO | Trevor Training Flights | | | 87.84 | 304.50 | | | $304.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded in this day for aircraft N626CB. Aircraft reported taking off from Grand Glaize-Osage Beach Airport to Lee's Summit Muni Airport to Grand Glaize-Osage Beach Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB, such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.1 hours x $145 per hour = $304.50. Have Fuel Charge Receipt. |
| 88 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 5/15/2014 | Grand Glaize-Osage Beach Airport to Sedalia Regional Airport to Grand Glaize-Osage Beach Airport | Lake of Ozark, MO | Trevor Training Flights | | | 106.40 | 217.50 | | | $217.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded in this day for aircraft N626CB. Aircraft reported taking off from Grand Glaize-Osage Beach Airport to Sedalia Regional Airport to Grand Glaize-Osage Beach Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.5 hours x $145 per hour = $217.50 Have Fuel Charge Receipt. |
| 89 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 5/15/2014 | Grand Glaize-Osage Beach Airport to Sedalia Regional Airport to Grand Glaize-Osage Beach Airport | Lake of Ozark, MO | BBI Lease-Unpaid Invoice #212 | | | -145.00 | -145.00 | | | -$45.00 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft log number N626CB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUSTED OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE I BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,313.50 ($16,008.00-$3,697.50). |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | N626CB - Aircraft Lease | 212 | 5/15/2014 | Grand Glaze-Osage Beach Airport to Sedalia Regional Airport to Grand Glaze-Osage Beach Airport | Lake of Ozark, MO | Trevor Training Flights | | | 106.40 | 145.00 | | | $145.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626CB by Chuck is still outstanding. This flight was record by Chuck on the logged booked. NOTES: Aircraft reported taking off from Grand Glaze-Osage Beach Airport to Sedalia Regional Airport to Grand Glaze-Osage Beach Airport. Chuck submitted 1.0 hours flight-time @ $145.00 per hour which came to $145.00 to be paid to The Big Blessing, LLC. for use of the aircraft. Have Aircraft Fuel Receipt. |
| 91 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 5/14/2014 | Creve Coeur Airport to Omar N. Bradley Airport to Grand Glaze-Osage Beach Airport | Lake of Ozark, MO | Trevor Training Flights | | | 53.37 | 333.50 | | | $333.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport to Omar N. Bradley Airport to Grand Glaze-Osage Beach Airport. After review of Flightaware data, Nick determined that the flight was not logged properly in aircraft log sheet N626CB. As such Chuck should be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.3 hours x $145 per hour = $333.50. A hotel charge on this day from The Resort At Port Arrowhead Lake Ozark for $117.25 (arrival date 5/13/14). Also a restaurant charge in the amount of $44.38 from Wobbly Boots BBQ. Have Fuel Charge Receipt. |
| 92 | Restaurant | Audit review Report 12/28/15 item | 5/14/2014 | Wobbly Boots BBQ | Osage Beach, MO | | 44.38 | 0 | 44.38 | 44.38 | | 0 | $44.38 | 1 | According to Chuck excel weekly schedule, he noted: "Travel to Sedalia safety meeting". I would mention that on this day a flight to Mo family fuel was not logged in the aircraft log book. He also mentioned on his weekly schedule "TBB annual arrangements, flight planning for General, Sedalia to Osage Beach is approximately 1 hour by car driving time. PLEASE SEE PLANE FUEL TABLE FOR THIS DAY FLIGHT. RECEIPT SUBMITTED & VERIFIED. |
| 93 | Hotel | Audit review Report 12/28/15 item | 5/14/2014 | The Resort At Port Arrow (arrival date 5/13/14) | Lake Ozark, MO | | 117.25 | 0 | 117.25 | 117.25 | | 0 | $117.25 | 1 | Based on the weekly schedule Chuck was schedule to provide a safety meeting at Kasey Paige to complete the needlestick investigation and travel to Sedalia in the evening. The next he was suppose to do a safety meeting at Foursesasons. |
| 94 | AT&T | Audit review Report 12/24/15 item | 5/13/2014 | AT&T*Text2Pay | St. Louis, MO | Expense Report | | 177.19 | 177.19 | 0 | | 160.00 | $177.19 | 10 | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 95 | Hotel | Audit review Report 12/28/15 item | 5/12/2014 | Holiday INN Route 66 (arrival date 5/9/14) | ST. Louis, MO | | 230.90 | 0 | 230.90 | 230.90 | | 0 | $230.90 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 96 | Gogoair.com | Audit review Report 12/28/15 item | 5/11/2014 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to Wi-Fi on American Airlines. No direct benefit to The Big Blessing, LLC. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 5/9/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 130.50 | | | $130.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the aircraft. Because the flight was not recorded in the Reliant logs, the flight showed up in the Flightware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft's log sheet. N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.9 hour x $145 per hour = $130.50. |
| 98 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 5/8/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 87.00 | | | $87.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the aircraft. Because the flight was not recorded in the Reliant logs, the flight showed up in the Flightware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft's log sheet. N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.6 hour x $145 per hour = $87.00. Have Fuel Receipt. |
| 99 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 5/8/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | 988 Lease-Unpaid Invoice # 212 | | | | -174.00 | | | -$174.00 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft number N626CB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE FOR THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUSTMENT OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE DATA IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 100 | N626CB - Aircraft Lease | 212 | 5/8/2016 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 121.00 | 174.00 | | | $174.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626CB by Chuck is still outstanding. This flight was record by Chuck on the logged booked. NOTES: Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 1.2 hours of flight time @ $145.00 per hour which came to $174.00 to be paid to The Big Blessing, LLC. for use of the aircraft. Have Aircraft Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 5/7/2014 | Greensfield Airport to Cuba Muni Airport | Cuba, MO | Trevor Training Flights | | | | 159.50 | | | $159.50 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor Greensfield Airport to Cuba Muni Airport.  Aircraft reported taking off from this day for aircraft N626C3.  NOTES:  No log flight recorded for logged book.  data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $145 per hour = $159.50. |
| 102 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 5/6/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 161.53 | 335.50 | | | $335.50 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor Creve Coeur Airport to Creve Coeur Airport.  Aircraft reported taking off from this day for aircraft N626C3.  NOTES:  No log flight recorded for logged book.  data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3.  As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 2.3 hours x $145 per hour = $335.50.  Have Fuel Charge Receipt. |
| 103 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 5/5/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 159.74 | 406.00 | | | $406.00 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor Creve Coeur Airport to Creve Coeur Airport.  Aircraft reported taking off from this day for aircraft N626C3.  NOTES:  No log flight recorded for logged book.  data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3.  As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 2.8 hours x $145 per hour = $406.00.  See Credit Card Statement for Fuel Charge. |
| 104 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 5/4/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 275.50 | | | $275.50 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor Creve Coeur Airport to Creve Coeur Airport.  Aircraft reported taking off from this day for aircraft N626C3.  NOTES:  No log flight recorded for logged book.  data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3.  As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.9 hours x $145 per hour = $275.50. |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 5/3/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 243.36 | 159.50 | | | $159.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.1 hours x $145 per hour = $159.50. Have Fuel Charge Receipt. |
| 106 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | | Creve Coeur, MO | BSB Lease- Unpaid Invoice #212 | | | | | -203.00 | | | -$203.00 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft tail number N626CB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE TO THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADDITION OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDNT REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.50 TRANSFERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 107 | N626CB - Aircraft Lease | 212 | 5/3/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 243.36 | 203.00 | | | $203.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626CB by Chuck is still outstanding. This flight was recorded by Chuck on the logged book. NOTES: Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 1.4 hours of flight time @ $145.00 per hour which came to $203.00 to be billed to The Big Blessing, LLC. for use of the aircraft. Have Aircraft Fuel Receipt. |
| 108 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 5/2/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 217.50 | | | $217.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.5 hours x $145 per hour = $217.50. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date / Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | Restaurant | Audit review Report 12/28/15 Item | 5/2/2014 Pizza Hut (Safety Meeting @ North Village) | Moberly, MO | Expense Report Safety Meeting | 215.88 | 215.88 | 127.88 | 0 | | 127.88 | $127.88 | 1D | According to Chuck weekly schedule he was doing a safety meeting at North Village. Chuck submitted on his May 2014 Expense Report reimbursement for providing snack at North Village in the amount of $215.88 which was a combination of two receipts. The first receipt was for $88 from Heaven Scent Bakery which was bought the day before around 3pm using Chuck personal credit card. The second receipt was $127.88 from Pizza Hut in Moberly, MO bought on 5/2/14 same day as the meeting, however, this charge was paid by the company credit card. As such, the company paid twice for the Pizza Hut charge of $127.88 given that Chuck submitted the receipt for reimbursement. |
| 110 | Hotel | Audit review Report 12/24/15 Item | 5/2/2014 Comfort Inn | Moberly, MO | | 104.37 | 104.37 | 104.37 | 0 | | 104.37 | $104.37 | 1D | It's been verified that this expense was related to a Safety Meeting at Bridgewood. HOWEVER, CHUCK SUBMITTED THIS CHARGE IN HIS EXPENSE REPORT FOR REIMBURSEMENT. COMPAY DOUBLE PAY. No flight recorded for Rick. |
| 111 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 4/30/2014 Creve Coeur Airport to Litchfield Muni Airport | Litchfield, IL | Trevor Training Flights | | | | 319.00 | | | $319.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the flight logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor's logged book. NOTES: No log flight recorded in Reliant for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport to Litchfield Muni Airport. After review of Flightaware data, NJA determined that this flight was not logged properly in aircraft flight sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.2 hours @ per hour = $319.00. |
| 112 | Rental Car | Audit review Report 12/28/15 Item | 4/29/2014 Avis RENT-A-Car | Tunica, MS | | 295.00 | 0 | 295.00 | 295.00 | | 0 | $295.00 | 1 | There were several flights not log for aircraft N323RD between 4/25 and 4/28. According to Chuck excel weekly Schedule he noted: "SnakkFaire Learn Preps for the week" as well as "Maintenance records, Hangar supplies". |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | Hotel | Audit review Report 12/28/15 Item | 4/26/2014 | Holiday INN (arrival date 4/24/14) | Kansas City, MO | | 110.93 | 0 | 110.93 | 110.93 | | 0 | $110.93 | 2 | After reviewing Chuck weekly schedule, no mention of any safety meeting at or near Kansas City, MO.  On April 2014 Expense Report Chuck submitted for a reimbursement stay at Holiday Inn Columbia, MO on 4/23/14 to 4/24/14.  This stay was approved and paid to Chuck.  Per the Expense Report Chuck note, the stay at Columbia, MO was for overnight between WVF and Westview.  The determination from the non-approved stay at Kansas City, MO on 4/24/14 was based on the following travelling route for Chuck based on the weekly schedule from 4/23/14 to 4/25/14 follows:  4/23/14 According to Chuck weekly schedule, he noted: "Chariton Park Snack and Learn 9am and 2pm".  After his meeting he travels back to Columbia, MO where he checks in at Holiday INN.  Chuck checks out the next day 4/24/14 to attend the safety meeting at Westview and WVF according to his submitted explanation on the hotel receipt.  According to Chuck excel weekly schedule, he noted: "Westview and Heritage safety meetings.  According to Chuck hardcopy weekly schedule that he submitted to Steve, he noted: "Westview and Levering safety meeting.  On 4/25/14 based on his weekly schedule he noted: "Heritage safety meeting" as well as "Nathan Safety Meeting".  Lastly, in reviewing the cities where each stop took place (Salisbury, MO, Center, MO, Moberly, MO and St. Louis, MO), Kansas City, MO location was within the area of travel route.  I would also reference that no mention of Chuck April 2014 Expense Report about being in Kansas City area with any fuel, snacks or lunch bought for any facilities during that month.  I noted that day for Rick.  **RECEIPT SUBMITTED & VARIFIED.** |
| 114 | N626GB - Aircraft Lease | 207 | 4/26/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | | 87.00 | | | $87.00 | 1 | **SUMMARY:**  This unpaid invoice for lease of aircraft tail number N626GB by Chuck is still outstanding.  This flight was record by Chuck on the logbook.  **NOTES:** Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport.  Chuck submitted 0.6 hour of flight time @ $145.00 per hour which came to $87.00 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 115 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 4/26/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease- Unpaid Invoice # 207 | | | | -87.00 | | | -$87.00 | 1 | **SUMMARY:**  This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB.  **NOTES:** This flight time was recorded by Chuck on company aircraft log number N626GB logged book.  THIS DEBIT JOURNAL ENTRY WAS MADE TO THE TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADDITION OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED.  HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40.  AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 22 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS.  AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPEDACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | N323DD - Aircraft Lease | Audit review Report 3/25/15 Item | 4/26/2014 Creve Coeur Airport to Memphis Airport to Tunica Airport to Creve Coeur Airport | Memphis, TN | | | | 579.35 | 1,885.00 | | | $1,885.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N323DD, the flight showed up in the Flightaware report. **NOTES:** No log flight recorded for this day for aircraft N323DD. Aircraft reported taking off from Creve Coeur Airport to Memphis Airport to Tunica Airport with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N323DD. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.6 hours x $725 per hour = $1,885.00. Fuel charge of $579.35 paid by the company will not be taken into consideration in amount owed by Chuck. This transaction took place on a Sunday. |
| 117 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 4/23/2014 Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 148.96 | 159.50 | | | $159.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor's log book. **NOTES:** No log flight recorded this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $145 per hour = $159.50. Have Fuel Receipt. |
| 118 | Car Miles | Audit review Report 12/28/15 Item | 4/23/2014 Chuck Expense Report Vehicle Cost/Miles | Expense Report | Expense Report | 50.00 | 0 | 0 | 50.00 | | 50.00 | $50.00 | 2 | Chuck submitted on his Expense Report vehicle cost/miles, however he had a company car. |
| 119 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 4/22/2014 Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 174.00 | 174.00 | | | $174.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor's log book. **NOTES:** No log flight recorded this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $145 per hour = $174.00. |
| 120 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 4/21/2014 Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 188.64 | 188.50 | | | $188.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor's log book. **NOTES:** No log flight recorded this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $145 per hour = $188.50. A charge from Waffle House located in Lee Summit MO for $15.45 on this day. Have Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | N626C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 4/20/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 35.00 | 116.00 | | | $116.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Rallent logs for aircraft the Rallent logs, the flight was not recorded in the Rallent logs for aircraft N626C8, the flight showed up in the Flightaware report as well as Trevor logged this day for aircraft N626C8. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.8 hour x $145 per hour = $116.00. A hotel stay on this day at Holiday INN Express in Lakeland, FL for $148.95 along with a Hertz Rent-A-Car Charge for $322... and $911.79 of fuel plane. See Credit Card Statement for Fuel Charge. |
| 122 | N626C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 4/20/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease - Unpaid Invoice #207 | | | | -116.00 | | | -$116.00 | 1 | **SUMMARY:** This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626C8. **NOTES:** This flight time was recorded by Chuck on company aircraft number N626C8 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE THE TREVOR UNLOGGED FLIGHT CHARGES TA8" TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME CLEAR THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED AIRCRAFT WHICH CAME TO A TOTAL OF 110.40, AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 25 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPARACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE TREVOR UNLOGGED FLIGHT CHARGES TA8" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($36,608.00-$3,697.50). |
| 123 | N626C8 - Aircraft Lease | 207 | 4/20/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 35.00 | 116.00 | | | $116.00 | 1 | **SUMMARY:** This unpaid invoice for lease of aircraft tail number N626C8 by Chuck is still outstanding. This flight was record by Chuck on the logged booked. **NOTES:** Aircraft reported to logged off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 0.8 hour of flight time @ $145.00 per hour which came to $116.00 to be paid to The Big Blessing, LLC. for use of the aircraft. See Credit Card Statement for Fuel Charge. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 124 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 4/20/2014 | Lakeland Airport to Creve Coeur Airport | Lakeland, FL | | | | 911.73 | 2,257.50 | | | $2,257.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N952WB, the flight showed up in the Flightaware report. **NOTES:** No log flight recorded for this day for aircraft N952WB. Aircraft reported taking off from Creve Coeur Airport to Lakeland Airport with final destination Creve Coeur Airport. Last log prior to this day was 4/15/14 on aircraft tail number N952WB. Looking at the weekly schedule, Chuck was schedule to fly out on Monday 4/21/2014 to KC with the traveling team. Log sheet for this aircraft shows flights leaving on Monday, 4/21/14 with Nick as the Pilot. The fact that this charge took place on a Sunday and it was not log tells us that it was an unauthorized flight and Chuck is responsible for the rental of the plane @ a rate of $525 an hour. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 4.3 hour x $525 per hour = $2,257.50. Fuel charge of $911.73 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airtime Lakeland, FL to Creve Coeur transaction took place on a Sunday. Have aircraft fuel receipt. Would note that the receipt had a handwritten note stating the following "BBB Lease Fuel". |
| 125 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 4/19/2014 | Creve Coeur Airport to Lakeland Airport | Lakeland, FL | | | | 437.11 | 2,100.00 | | | $2,100.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N952WB, the flight showed up in the Flightaware report. **NOTES:** No log flight recorded for this day for aircraft N952WB. Aircraft reported taking off from Creve Coeur Airport to Lakeland Airport with final destination Creve Coeur Airport. Last log prior to this day was 4/15/14 on aircraft tail number N952WB. Looking at the weekly schedule, Chuck was schedule to fly out on Monday 4/21/2014 to KC with the traveling team. Log sheet for this aircraft shows flights leaving on Monday, 4/21/14 with Nick as the Pilot. The fact that this charge took place on a Saturday and it was not log tells us that it was an unauthorized flight and Chuck is responsible for the rental of the plane @ a rate of $525 an hour. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 4.0 hour x $525 per hour = $2,100.00. Fuel charge of $437.11 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airtime Lakeland, FL to Creve Coeur This transaction took place on a Saturday. Have aircraft fuel receipt. Would note that the receipt had a handwritten note stating the following "BBB Lease Fuel". |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Chuck for Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 | N952WB - Aircraft Lease | Audit review Report 12/28/15 item | 4/19/2014 | Lee's Summit, MO | Lee's Summit, MO | Safety Meeting @ Bridgewood | | | 548.00 | 1,155.00 | | | $1,155.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to verified by the monthly safety meeting summary sheet showing Chuck attended the meeting in person. NOTES: No log flight recorded for this day for aircraft N952WB. Aircraft reported taking off from Creve Coeur Airport To Lee's Summit Muni Airport to Grand Glaize Osage Beach Airport with final destination Creve Coeur Airport. According to Chuck excel weekly schedule, he noted: "Bridgewood Safety Meeting" as well as "TBB maintenance coordination" and "Charter coordination". According to the hardcopy weekly schedule that he submitted to Steve Long, he noted: "Bridgewood Safety". After review of Flightaware date, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. I would note that Bridgewood is located in Kansas City, MO which appears that Chuck used the aircraft for safety meeting which is not allow under company policy. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.2 hours x $525 per hour = $1,155.00. |
| 127 | N262CB - Aircraft Lease | Audit review Report 12/28/15 item | 4/17/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 217.50 | | | $217.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N262CB, the flight showed up in the Flightaware report as well as the log book. NOTES: No log flight recorded for this day for aircraft N262CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N262CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.5 hours x per hour = $217.50. |
| 128 | Gogoair.com | Audit review Report 12/28/15 item | 4/11/2014 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to WIFI on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 129 | Miscellaneous | Audit review Report 12/28/15 item | 4/9/2014 | SouthWest Airlines inflight WIFI | CA | CALIFORNIA TRIP | 8.00 | | 8.00 | 8.00 | | 0 | $8.00 | 1 | Charge related to California Personal Vacation Trip. According to Chuck's weekly schedule he had taken PTO time during the week of 4/1/14 through 4/7/14. |
| 130 | N262CB - Aircraft Lease | Audit review Report 12/28/15 item | 4/8/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 114.45 | 217.50 | | | $217.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N262CB, the flight showed up in the Flightaware report as well as the log book. NOTES: No log flight recorded for this day for aircraft N262CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N262CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.5 hours x per hour = $217.50. I would note that on this day Chuck was returning from his California trip by on a charge from Southwest Airlines WIFI charge of $8.00. Have Fuel Receipts. |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Doodle Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 4/8/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | SBB Lease- Unpaid Invoice # 207 | | | | -130.50 | | | -$130.50 | 1 | **SUMMARY:** This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626C8. **NOTES:** This flight time was recorded by Chuck on company aircraft tail number N626C8 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE ON THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPARACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($15,008.00-$3,697.50). |
| 132 | N626C3 - Aircraft Lease | 207 | 4/8/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 114.45 | 130.50 | | | $130.50 | 1 | **SUMMARY:** This unpaid invoice for lease of aircraft tail number is still owed by Chuck is still outstanding. This flight was record by Chuck on the logged booked. **NOTES:** Aircraft reported to take off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted the hour of flight time @ $145.00 per hour which came to $130.50 (.9 hours) to The Big Blessing, LLC for use of the aircraft. Have Aircraft Fuel Receipt. |
| 133 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 4/7/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 137.18 | 232.00 | | | $232.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C8, the flight showed up in the Flightaware report as well as Trevor logged book. **NOTES:** No log flight recorded for this day for aircraft N626C8. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.6 hours x $145 per hour = $232.00. I would note that on this day Chuck was in California based on the two GMC Yukon SUV rental from National Car Rental which he rent on this day. Chuck was on PTO time during the week of 4/4/14 through 4/7/14. Have Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 134 | Car Rental | Audit review Report 12/28/15 Item | 4/7/2014 | National Car Rental "check out Date 4/1/14" "Check in Date 4/7/14" 7 Day Rental | Santa Ana, CA | CALIFORNIA TRIP Galls Intern (E-Lights) | 1,045.94 | 0 | 1,045.94 | 1,045.94 | | 0 | 1,045.94 | 1 | This car rental item was non business related. According to Chuck weekly schedule he had taken PTO time during the week of 4/1/14 through 4/7/14. No hotel charges charge to the company business card during this time period. I would highlight that Chuck made an online purchase during this time frame while in Orange County, California on 4/3/14 and had send overnight to the Hyatt Hotel in Newport Beach, CA. Please see journal entry 4/4/14 (Galls Intern Emergency Lights). Event taken place during that week in Newport Beach, CA was the 40TH Annual Newport Boat Show. I would reference that Rick was in Hannibal during this timeframe. Looking into the rental contract it was discover that 2 GMC Yukon XL vehicle were rented at the same time with two drivers: Chuck Marconette and Lacy Bach. For additional details see rental contracts 625258886 and 625270969. |
| 135 | Car Rental | Audit review Report 12/28/15 Item | 4/7/2014 | National Car Rental "check out Date 4/2/14" "Check in Date 4/7/14" 5 Day Rental | Santa Ana, CA | CALIFORNIA TRIP Galls Intern (E-Lights) | 727.84 | 0 | 727.84 | 727.84 | | 0 | 727.84 | 1 | This car rental item was non business related. According to Chuck weekly schedule he had taken PTO time during the week of 4/1/14 through 4/7/14. No hotel charges charge to the company business card during this time period. I would highlight that Chuck made an online purchase during this time frame while in Orange County, California on 4/3/14 and had send overnight to the Hyatt Hotel in Newport Beach, CA. Please see journal entry 4/4/14 (Galls Intern Emergency Lights). Event taken place during that week in Newport Beach, CA was the 40TH Annual Newport Boat Show. I would reference that Rick was in Hannibal during this timeframe. Looking into the rental contract it was discover that 2 GMC Yukon XL vehicle were rented at the same time with two drivers: Chuck Marconette and Lacy Bach. For additional details see rental contracts 625258886 and 625270969. |
| 136 | Miscellaneous | Audit review Report 12/28/15 Item | 4/4/2014 | Galls Intern (Emergency Lights) | KY | CALIFORNIA TRIP National Car Rental Santa Ana, CA | 362.57 | | 362.57 | 362.57 | | 0 | 362.57 | 1 | Chuck purchase vehicle rotating emerging lights. Nick said the lights was at the hanger. He reference that are really didn't need them but Chuck bought them anyway. Those lights were purchase while Chuck was on vacation, staying at the Hyatt Hotel in Newport Beach, CA. The items were shipped to him overnight per the copy of the invoice. Overnight shipping charge was $50.00. According to Chuck weekly schedule he had taken PTO time during the week of 4/1/14 through 4/7/14 |
| 137 | Miscellaneous | Audit review Report 12/28/15 Item | 4/4/2014 | Apple Itunes Fee | CA | CALIFORNIA TRIP | 1.29 | | 1.29 | 1.29 | | 0 | 1.29 | 1 | Charge related to California Personal Vacation Trip. According to Chuck weekly schedule he had taken PTO time during the week of 4/1/14 through 4/7/14 |
| 138 | AT&T | Audit review Report 12/14/14 Item | 4/2/2014 | AT&T*text2Pay | St. Louis, MO | Expense Report | 177.18 | 177.18 | 177.18 | 0 | | 160.00 | 177.18 | 1D | This charge was approved and paid by the company credit card. However Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 139 | NC2GCU - Aircraft Lease | 201 | 3/30/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | 101.50 | | | 101.50 | | | 101.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N62GC by Chuck is still outstanding. This flight was record by Chuck on the log booked taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 0.7 hour of flight time @ $145.00 per hour which came to $101.50 to be paid to The Big Blessing, LLC. for use of the aircraft. NOTES: Aircraft reported |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | N323DO - Aircraft Lease | Audit review Report 3/25/16 item | 3/30/2014 | Creve Coeur Airport to Regional Jet Center Airport to Creve Coeur Airport | Bentonville, AR | | | | 499.20 | 1,957.50 | | | $1,957.50 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N323DO, the flight showed up in the Flightaware report . Furthermore, this flight was verified by Trevor Smith.  Chuck told Trevor it was a maintenance flight.  The flight is logged in Smith's logbook which states 2.7 hours came from Smith's logbook signed by Chuck.  NOTES: No log flight recorded for this day for aircraft N323DO.  Aircraft reported taking off from Creve Coeur Airport to Regional Jet Center Airport with final destination Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N323DO.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 6.9 hours x $722 per hour = $1,957.50.  Fuel charge of $499.20 paid by the company will not be taken into consideration in the amount owed by Chuck.   This transaction took place on a Sunday.   Have Aircraft Receipt with handwritten note mentioning: "BBD Lease Fuel". |
| 141 | Hotel | Audit review Report 12/28/15 item | 3/27/2014 | Holiday INNS (arrival date 3/26/14) | Hannibal, MO | Safety Meeting | 159.87 | 159.87 | 159.87 | 0 | | 159.87 | $159.87 | 1D | Based on the weekly schedule Chuck was schedule to provide a safety meeting at Weatview on 3/27/14. The prior date he flew Rick to Hannibal, MO. So he could have stay the night in Hannibal given the location to Weatview, MO. |
| 142 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 3/25/2014 | Creve Coeur Airport to Washington Regional Airport | Washington, MO | Trevor Training Flights | | | 92.09 | 275.50 | | | $275.50 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book.    NOTES: No log flight recorded for this day for aircraft N626CB.  Aircraft reported taking off from Creve Coeur Airport  to Washington Regional Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.0 hours x $145 per hour = $275.50. Have Fuel Charge Receipt. |
| 143 | Car Miles | Audit review Report 12/28/15 item | 3/25/2014 | Chuck Expense Report Vehicle Cost/Miles | Expense Report | Expense Report | 50.00 | 0 | 0 | 50.00 | | 50.00 | $50.00 | 3 | Chuck Submitted on his Expense Report vehicle cost/miles, however, had a company car. |
| 144 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 3/24/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 72.50 | 72.50 | | | $72.50 | 1 | SUMMARY:   This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book.    NOTES: No log flight recorded for this day for aircraft N626CB.  Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.5 hour x per hour = $72.50. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 3/22/2014 | Creve Coeur Airport to Litchfield Muni Airport to Creve Coeur Airport to Spirit of St. Louis Airport to Skyhaven Airport to Creve Coeur Airport | Litchfield, IL | Trevor Training Flights | | | 337.28 | 797.50 | | | $797.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport to Litchfield Muni Airport back to Creve Coeur Airport to Spirit of St. Louis Airport to SkyHaven Airport with final destination Creve Coeur Airport. After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 5.5 hours x $145 per hour = $797.50. Have Both Fuel Receipts. |
| 146 | Hotel | Audit review Report 12/28/15 Item | 3/20/2014 | Holiday INN Express (arrival date 3/19/14) | Jefferson City, MO | Safety Meeting | 176.11 | 176.11 | 176.11 | 0 | | 176.11 | $176.11 | 1D | Based on the weekly schedule Chuck provided safety meetings in North Village Park then at Chariton Park. If he visit Chariton Park second, then he could have a stop in Jefferson City. |
| 147 | Restaurant | Audit review Report 12/28/15 Item | 3/19/2014 | Los Twins | Kansas City, MO | Safety Meeting | 22.00 | 0 | 22.00 | 22.00 | | 0 | $22.00 | 1 | 3/19/16 According to Chuck excel weekly schedule, he noted: "Safety meeting North Village and Chariton Park" as well as "Magement team flight scheduling maintenance". On this day there was a flight that was not logged which would be responsible for the lease of the aircraft. PLEASE SEE PLANE FUEL TABLE ON THIS DAY FLIGHT. |
| 148 | N323DD - Aircraft Lease | Audit review Report 12/28/15 Item | 3/19/2014 | Kansas City, MO | Kansas City, MO | Safety Meeting @ North Village & Chariton Park | | | 658.61 | 1,740.00 | | | $1,740.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs. This flight showed up in the Flightware report, there was a safety meeting (as well as reimbursement showing that he went to the safety meeting. That was automobile fuel purchased the day prior to this flight in Wentzville, Mo.  LINK TO THE FLIGHT BELOW  NOTES: According to the latest log sheet that Nick modify on 1/6/16 to show the flight by Chuck, this flight was not logged in the log book on his Nick investigation. According to the weekly schedule Chuck was holding a safety meeting at North Village and Chariton Park. The next day 3/20/14 a safety meeting was being held at Four Seasons and Living Center. After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N323DD. As such Chuck be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.4 hour x $725 per hour = $1,740.00. Fuel charge $658.61 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airline Creve Coeur to Kansas City to Creve Coeur. Have Aircraft Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date / Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | N323DD - Aircraft Lease | Audit review Report 12/28/15 Item | 3/19/2014 Creve Coeur Airport | | Safety Meeting | | | 0 | 472.50 | | | $472.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. UNAUTHORIZE THE FLIGHT ABOVE   NOTES: After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N323DD. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to .9 hours x $525 per hour = $472.50. Fuel charge of $655.98 paid by the company will be taken into consideration in amount owed by Chuck. Aircraft airtime Creve Coeur to Hannibal, MO. |
| 150 | Car Gasoline | Audit review Report 12/28/15 Item | 3/18/2014 Exxon Mobil (Safety Meeting @ NVP & CP) | Saint Louis, MO | Safety Meeting @ North Village & Charlton Park | 51.23 | 51.23 | 51.23 | 0 | | 51.23 | $51.23 | 1D | According to Chuck weekly schedule he was doing a safety meeting at North Village and Charlton Park on 3/19/14. Chuck submitted on his March 2014 Expense Report reimbursement for vechile fuel, however, Chuck had already paid this charge with the company credit card causing such two reimbursement. I recommend the company double pay for this expense. |
| 151 | AT&T | Audit review Report 12/24/15 Item | 3/14/2014 AT&T Text2Pay | Wentzville, MO | Safety Meeting | 177.18 | 177.18 | 177.18 | 0 | | 160.00 | $177.18 | 1D | This charge was approved and paid by the company credit card, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 152 | N626CB - Aircraft Lease | Audit review Report 3/25/16 Item | 3/14/2014 Creve Coeur Airport to Midwest National Air Center Airport to Creve Coeur Airport | St. Louis, MO | Expense Report | | | | 478.50 | | | $478.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. Aircraft reported taking off from Creve Coeur Airport to Midwest National Air Center Airport with final destination Creve Coeur Airport. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.3 hours x $145 per hour = $478.50. According to Chuck weekly schedule he had notes "Office visit, Meeting with Steve Long" as well as "legal lease meeting, receipts, flight scheduling". |
| 153 | N626CB - Aircraft Lease | Audit review Report 3/25/16 Item | 3/13/2014 Creve Coeur Airport to Trenton Airport to Lee Summit Airport to Midwest National Air Center Airport to Creve Coeur Airport | Mosby, MO | | | | | 377.00 | | | $377.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. Aircraft reported taking off from Creve Coeur Airport to Trenton Airport to Lee Summit Airport to Midwest National Air Center Airport with final destination Creve Coeur Airport. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.6 hours x $145 per hour = $377.00. |
| 154 | Hotel | Audit review Report 12/28/15 Item | 3/13/2014 Holiday INN Express (arrival date 3/12/14) | O'Fallon, MO | | 139.18 | 0 | 139.18 | 139.18 | | 0 | $139.18 | 1 | Unauthorize charge for in town stay. Personal Expense. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | N626C3 - Aircraft Lease | 201 | 3/13/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | 112.39 | 130.50 | | | $130.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626C3 by Chuck is still outstanding. This flight was record by Chuck on the log book. NOTES: Aircraft reported booked. taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 0.9 hour of flight time @ $145.00 per hour which came to $130.50 to be paid to The Big Blessing, LLC. for use of the aircraft. Have Aircraft Fuel Receipt. |
| 156 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 3/13/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease- Unpaid Invoice #201 | | | | -130.50 | | | -$130.50 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626C3. NOTES: This flight time was recorded by Chuck on company aircraft number N626C3 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE AS THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO REFLECT AN ADDITION OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40 25.5 THAT TRANSFERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE UNLOGGED FLIGHT CHARGES TAB TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 157 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 3/13/2014 | Creve Coeur Airport to Trenton Muni Airport to Lee's Summit Municipal Airport | | Safety Meeting @ Milan and Trenton | | | 0 | 261.00 | | | $261.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the flightaware report, there was a safety meeting this time at the location the airplane flew to, and Chuck submitted expense receipt for reimbursement showing that he went to the safety meeting. There was not automobile fuel purchased this day. LINK TO THE FLIGHT REPORT was not automobile fuel purchased this day. NOTES: According to Chuck weekly schedule he had noted: Travel to Milan - Trenton for safety meetings" as well as "New Policy Distributed Maintenance scheduling - King air research. Per flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.8 hours x $145 per hour = 261.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date/ Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 3/13/2014 | Lee's Summit Municipal Airport to Midwest National Airport to Creve Coeur Airport | | Safety Meeting @ Milan and Trenton | | | 0 | 275.50 | | | $275.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was not automobile fuel purchased this day. This is linked to the flight above since it is a round robin flight. **NOTES:** According to Chuck weekly schedule he had noted: Travel to Milan – Trenton for safety meetings" as well as "New Policy Distribution - Maintenance scheduling - POs air restock. Per Flightaware this flight was discovered and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.5 hours x $145 per hour = $217.50. |
| 159 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 3/11/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 174.00 | | | $174.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C3, the flight showed up in the Flightaware report as well as Trevor logged book. **NOTES:** No log flight recorded for this day for aircraft N626C3. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in Reliant log sheet N626C3. As such Chuck will be responsible for the length of aircraft for the duration of the flight time which comes to 1.2 hours per hour = $174.00. I would note that a car rental from Enterprise in Farmington, MO appear on the credit card on this day for $43.66. |
| 160 | Gogoair.com | Audit review Report 12/28/15 Item | 3/11/2014 GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 161 | N626C3 - Aircraft Lease | 201 | 3/10/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | B&B Lease | | | | 130.50 | | | $130.50 | 1 | **SUMMARY:** This unpaid invoice for lease of aircraft tail number N626C3 by Chuck is still outstanding. This flight was record by Chuck on the logged booked. **NOTES:** Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 0.9 hour of flight time @ $145.00 per hour which came to $130.50 to be paid to the Big Blessing, LLC. for use of the aircraft. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Date Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Chuck for Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | N626C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 3/10/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | B&B Lease-Unpaid Invoice #201 | | | | -130.50 | | | -$130.50 | 1 | SUMMARY:   This flight lease time was  submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft. N626C8. NOTES: This flight time was recorded by Chuck on company aircraft to a number N626C8  logged book.  THIS DEBIT JOURNAL ENTRY WAS MADE BY THE TREVOR UNLOGGED DEBIT CHARGES THAT TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDNT REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40.  AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5,  23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS.  AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 163 | Hotel | Audit review Report 12/28/15 Item | 3/8/2014 | Holiday INN at Six Flags (arrival date 3/6/14) | Eureka, MO | | 119.98 | 0 | 119.98 | 119.98 | | 0 | $119.98 | 1 | Unauthorize charge for in town stay.  Personal Expense. |
| 164 | Hotel | Audit review Report 12/28/15 Item | 3/7/2014 | Super 8 Motels (arrival date 3/7/14) | Troy, MO | | 93.58 | 0 | 93.58 | 93.58 | | 0 | $93.58 | 1 | Unauthorize charge for in town stay.  Personal Expense. RECEIPT SUBMITTED AND VERIFIED. |
| 165 | N626C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 3/6/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 209.80 | 275.50 | | | $275.50 | 1 | SUMMARY:   This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for since N626C8, the flight showed up in the Flightaware report as well as Trevor logged book.   NOTES:  No log flight recorded this day for aircraft N626C8.  Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.9 hours x $145 per hour = $275.50.  Have Fuel Receipt. |
| 166 | N626C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 3/7/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 188.50 | | | $188.50 | 1 | SUMMARY:   This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for since N626C8, the flight showed up in the Flightaware report as well as Trevor logged book.   NOTES:  No log flight recorded this day for aircraft N626C8.  Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $145 per hour = $188.50. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 157 | N952WB - Aircraft Lease | Audit review Report 12/28/15 item | 2/28/2014 | Viburnum Airport | Viburnum, MO | Safety Meeting @ Stonecrest | | | 0 | 1,176.00 | | | $1,176.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was not automobile fuel purchased this day. NOTES - No log flight recorded for this day for aircraft N952WB. Aircraft reported taking off from Creve Coeur Airport To Viburnum Airport with final destination Creve Coeur Airport. According to Chuck excel weekly schedule, he noted: "Stonecrest safety meeting, tier 2 television raffle w/ 1 raffle" as well as "Flight scheduling - detail for the weekend". According to the hardcopy weekly schedule that he submitted to Steve Long, he noted: "Stonecrest Safety Meeting Tier 1 price award 60" TV". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. I would note that Stonecrest is located in Viburnum, MO which appears that Chuck used this aircraft for safety meeting which is not allow under company policy. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.4 hours x $490 per hour = $1,176.00. |
| 168 | Hotel | Audit review Report 12/14/15 item | 2/27/2014 | Holiday INN Express | Hannibal, MO | | 95.12 | 95.12 | 95.12 | 0 | | 95.12 | $95.12 | 1D | It's been verified that this expense was related to a Safety Meeting in Bridgewood. HOWEVER, CHUCK SUBMITTED THIS CHARGE IN HIS EXPENSE REPORT FOR REIMBURSEMENT. COMPANY DOUBLE PAY. No 95.12 day for this. |
| 169 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 2/27/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 174.00 | | | $174.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightwire report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $145 per hour = $174.00. I would note that a Hertz Rent-A-Car charge appeared on this credit card statement in the amount of $95.39 from Quincy, IL. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170 | N62GC3 - Aircraft Lease | Audit review Report 12/26/15 Item | 2/27/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease- Unpaid Invoice #190 | | | | -159.50 | | | -$159.50 | 1 | **SUMMARY:** This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N62GC3. **NOTES:** This flight time was recorded by Chuck on company aircraft tail number N62GC3 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE BY THE TREVOR UNLOGGED FLIGHT CHARGES TAB* TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHT AWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVO UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 (\$16,008.00+$3,697.50). |
| 171 | N62GC3 - Aircraft Lease | 190 | 2/27/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 159.50 | | | $159.50 | 1 | **SUMMARY:** This unpaid invoice for lease of aircraft tail number logged by Chuck is still outstanding. This flight was record by Chuck on the logged booked. **NOTES:** Aircraft report of flight off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted hours of flight time @ \$145.00 per hour which came to \$159.50 owed to The Big Blessing, LLC. for use of the aircraft. |
| 172 | N9S2W8 - Aircraft Lease | Audit review Report 9/25/16 Item | 2/27/2014 | Hannibal Airport | Hannibal, MO | | | | | 98.00 | | | \$98.00 | 3 | **SUMMARY:** This should be charged to Chuck since he was in charge the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N9S2W8, the flight showed up in the Flightaware report. **NOTES:** No log flight recorded for this day for aircraft N9S2W8. Aircraft reported landing in Hannibal Airport, MO. According to Chuck exec weekly schedule, he noted "office visit" as well as "Standby for Ricks departure from Hannibal through morning – BBB paperwork and scheduling in afternoon". According to the hardcopy weekly schedule that be submitted to Steve Long, he noted, "Management meeting in Hannibal". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N9S2W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.2 hour x \$490 per hour = \$98.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | N626CB - Aircraft Lease | Audit review Report 3/25/16 Item | 2/26/2014 | Washington Aviation Airport | Washington, MO | | | | 169.65 | 87.00 | | | $87.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported landing in Washington Aviation Airport, MO. Based on the log book for this aircraft there was a flight written down the day prior and the day after. I would note that Chuck takes the Plane based on log book comments. According to the weekly schedule Chuck had written Management Team Flights, KC, and Viburnum. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.6 hour x $145 per hour = $87.00. Have Aircraft Fuel Receipt. The receipt had written on it: "BBB Lease Fuel" as well as Chuck handwritten note an signature. |
| 174 | N626CB - Aircraft Lease | 190 | 2/25/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | 169.65 | 159.50 | | | $159.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626CB by Chuck is still outstanding. This flight was reported by Chuck on the log booked. NOTES: Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 1.1 hours of flight time @ $145.00 per hour which comes to $159.50 to be paid to the Big Blessing, LLC. for use of the aircraft. Have Aircraft Fuel Receipt. |
| 175 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 2/25/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease- Unpaid Invoice #190 | | | 169.65 | -159.50 | | | -$159.50 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft number N626CB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO REFLECT AN ADDITION OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED. HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5. 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSFERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 176 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 2/24/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 124.04 | 174.00 | | | $174.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $145 per hour = $174.00. Have Fuel Receipt. |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company/ Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Payment (2) | Chuck for | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177 | N626C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 2/23/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 275.50 | | | | $275.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the aircraft. Also, since the flight was not recorded in the Reliant logs for aircraft N626C8, the flight showed up in the Flightaware report as well as Trevor logged book. **NOTES:** No log flight recorded for this day for aircraft N626C8. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.9 hours x $145 per hour = $275.50. I would note that a Hertz Rent-A-Car charge appears on the credit card statement in the amount of $148.38 from Quincy, IL. Also a charge for $37.06 from Subway in Hannibal, MO and a Shell Oil charge in the amount of $37.54 from Hannibal, MO. |
| 178 | N626C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 2/22/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 146.16 | 101.50 | | | | $101.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the aircraft. Also, since the flight was not recorded in the Reliant logs for aircraft N626C8, the flight showed up in the Flightaware report as well as Trevor logged book. **NOTES:** No log flight recorded for this day for aircraft N626C8. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 0.7 hours x $145 per hour = $101.50. Have Fuel Charge Receipt. |
| 179 | N626C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 2/22/2014 | Creve Coeur, MO | Creve Coeur, MO | BBB Lease- Unpaid Invoice # 190 | | | | -$58.00 | -$58.00 | | | -$58.00 | 1 | **SUMMARY:** This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626C8. **NOTES:** This flight time was recorded by Chuck on company aircraft N626C8 logged book. THIS DEBIT JOURNAL ENTRY WAS MATCHED TO THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO REFLECT AN ADJUSTMENT OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED. HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 180 | N626C8 - Aircraft Lease | 190 | 2/22/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 146.16 | 58.00 | | | | $58.00 | 1 | **SUMMARY:** This unpaid invoice for lease of aircraft tail number N626C8 by Chuck is still outstanding. This flight was record by Chuck on the logged booked. **NOTES:** Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted a 0.4 hour of flight time @ $145.00 per hour which came to $58.00 to be paid to The Big Blessing, LLC. for use of the aircraft. Have Aircraft Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 181 | Car Gasoline | Audit review Report 12/28/15 Item | 2/21/2014 | Break Time GasStation (Safety Meeting @ Bridgewood) | Columbia, MO | Expense Report | 50.00 | 50.00 | 50.00 | 0 | | 50.00 | $50.00 | 1D | According to Chuck weekly schedule he was doing a safety meeting at Bridewood on 2/21/14. Chuck submitted on his February 2014 Expense Report reimbursement for vechicle fuel, however, Chuck had already paid this charge with the company credit card. As such the company double pay for this expense. |
| 182 | Restaurant | Audit review Report 12/28/15 Item | 2/21/2014 | Pizza Hut (Safety Meeting @ Bridgewood) | Kansas City, MO | Expense Report | 40.86 | 40.86 | 40.86 | 0 | | 40.86 | $40.86 | 1D | According to Chuck weekly schedule he was doing a safety meeting at Bridewood on 2/21/14. Chuck submitted on his February 2014 Expense Report reimbursement for snacks from Pizza Hut, however, Chuck had already paid this charge with the company credit card. As such the company double pay for this expense. |
| 183 | Hotel | Audit review Report 12/14/15 Item | 2/20/2014 | Rodeway INN (arrival date 2/19/14) | Moberly, MO | | 86.41 | 86.41 | 86.41 | 0 | | 86.41 | $86.41 | 1D | It's been verified that this expense was related to a Safety Meeting at Bridgewood. HOWEVER, CHUCK SUBMITTED TO THIS CHARGE ON HIS EXPENSE REPORT FOR REIMBURSEMENT. COMPAY DOUBLE PAY. No fight log for this day for Nick. Hotel charge name from Comfort. INN to Rodeway INN. |
| 184 | Retail Store | Audit review Report 12/28/15 Item | 2/19/2014 | Walmart (Safety Meeting @ Four Seasons & Living Center) | | Expense Report | 79.80 | 79.80 | 79.80 | 0 | | 79.80 | $79.80 | 1D | According to Chuck weekly schedule he was doing a safety meeting on 2/18 and CP on 2/19/14. Based on his weekly schedule Four Season & Living Center safety meetings were not until 2/20/14. Chuck submitted on his February 2014 Expense Report reimbursement for snacks from Walmart, however, Chuck had already paid this charge with the company credit card. As such the company double pay for this expense. |
| 185 | Car Gasoline | Audit review Report 12/28/15 Item | 2/19/2014 | Murphy USA GasStation (Safety Meeting @ Charlton Park & NVP) | | Expense Report | 42.36 | 42.36 | 42.36 | 0 | | 42.36 | $42.36 | 1D | According to Chuck weekly schedule he was doing a safety meeting at NVP & CP on 2/19/14. Chuck submitted on his February 2014 Expense Report reimbursement for vechicle fuel, however, Chuck had already paid this charge with the company credit card. As such the company double pay for this expense. |
| 186 | Hotel | Audit review Report 12/28/15 Item | 2/18/2014 | Holiday INN Express (arrival date 2/18/14) | Fenton, MO | | 128.65 | | 128.65 | 128.65 | | 0 | $128.65 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 187 | N62ECG - Aircraft Lease | Audit review Report 12/28/15 Item | 2/27/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 136.56 | 348.00 | | | $348.00 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N62ECG, the flight showed up in the Flightaware report as well as Trevor logged book.   NOTES: No log flight recorded for this day for aircraft N62ECG.  Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N62ECG.  As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 2.4 hours x $145 per hour = $348.00.  Have Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 188 | N323DD - Aircraft Lease | 188 | 2/14/2014 | Hinesville Airport to Spirit of St. Louis Airport | Hinesville, GA | BBB Lease | | | 1942.83 | 1305.00 | | | $1,305.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N62JCB by Chuck is still outstanding. This flight was record by Chuck on the logbook, booked. NOTES: Aircraft reported taking off from Hinesville Airport to Spirit of St. Louis Airport. Chuck submitted 1.8 hours of flight time @ $725.00 per hour which came to $1,305.00 to be paid to The Big Blessing, LLC, for use of the aircraft. It appears that on this day Chuck rented a vehicle from Enterprise Rent-A-Car in Hinesville, GA in the amount of $135.91. Also two fuel charges on the same day. The first fuel charge was in the amount of $711.76 out of Chesterfield Airport. The second fuel charge was in the amount of $1,231.17 at Midcoast Regional Airport, GA. See Credit Card Statement for Aircraft Fuel Charge. |
| 189 | Car Rental | Audit review Report 12/28/15 Item | 2/14/2014 | Enterprise Rent-A-Car | Hinesville, GA | BBB Lease Flight | | | 135.91 | 135.91 | | | $135.91 | 1 | It appears that on this day Chuck rented a vehicle from Enterprise Rent-A-Car in Hinesville, GA in the amount of $135.91. During this day he had lease aircraft N62JCB (for a trip to Hinesville, GA (see above entry). |
| 190 | AT&T | Audit review Report 12/24/15 Item | 2/24/2014 | AT&T*Text2Pay | St. Louis, MO | Expense Report | 284.20 | 284.20 | 284.20 | 0 | | 160.00 | $284.20 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 191 | N62JCB - Aircraft Lease | Audit review Report 12/28/15 Item | 2/11/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 275.50 | | | $275.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs for N62JCB, the flight was not recorded in the Reliant logs for N62JCB, the flight showed up in the Flightaware report as well as the flight log book. NOTES: No log flight recorded for N62JCB for this day for aircraft N62JCB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N62JCB. As such Chuck will be responsible for the lease of the aircraft for the duration of this flight time which comes to 1.9 hours x .5 per hour = $275.50. |
| 192 | N62JCB - Aircraft Lease | Audit review Report 12/28/15 Item | 2/11/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease-Unpaid Invoice # 190 | | | | -72.50 | | | -$72.50 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N62JCB. NOTES: This flight time was recorded by Chuck on company aircraft number N62JCB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE ON THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUSTMENT OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED. HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE, IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED ON AIRCRAFT WHICH CAME TO A TOTAL OF 110.40, AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,210.50 ($15,008.00-$2,697.50). |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | N323D - Aircraft Lease | 188 | 2/11/2014 | Creve Coeur Airport to Hinesville Airport | Hinesville, GA | BBB Lease | | | | | | | $3,450.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626CB by Chuck is still outstanding. This flight was record by Chuck on the logged book. NOTES: Aircraft reported taking off from Creve Coeur Airport to Hinesville Airport. Chuck submitted 7.0 hours of flight time @ $725.00 per hour which came to $3,450.00 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 194 | N626CB - Aircraft Lease | 190 | 2/11/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | | | | $72.50 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626CB by Chuck is still outstanding. This flight was record by Chuck on the logged book. NOTES: Aircraft reported taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 0.5 hour of flight time @ $145.00 per hour which came to $72.50 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 195 | Gogoair.com | Audit review Report 12/28/15 item | 2/11/2014 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | | 39.95 | | | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to inflight wifi on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 196 | Miscellaneous | Audit review Report 12/28/15 item | 2/11/2014 | Leon Uniform Company | Saint Louis, MO | Outdoor Activity | 103.14 | 0 | 103.14 | 103.14 | | 0 | $103.14 | 2 | Based on copy of invoice Chuck bought the following items: Two pairs of $29.99 each, two pairs of outdoor socks for $12.99 each and 2 rain carabiner for $3.00 each. Based on the description of the items, they are not business related. Please see attached receipt for verification. |
| 197 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 2/10/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 904.18 | 246.50 | | | $246.50 | 1 | SUMMARY: This should be charged to Chuck since he was in control of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as the logged book. NOTES: No log flight recorded this day for aircraft N626CB. Aircraft reported back to Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.7 hours x per hour = $246.50. Have Both Fuel Receipts. |
| 198 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 2/10/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease- Unpaid Invoice #190 | | | | -101.50 | | | $101.50 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft tail number N626CB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE FOR THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED. HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED UP OF 25.5 TOWARDS 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 26.99 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 199 | N562C3 - Aircraft Lease | 190 | 2/10/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 304.18 | 101.50 | | | $101.50 | 1 | **SUMMARY:** This unpaid invoice for lease of aircraft tail number N562C3 by Chuck is still outstanding. This flight was recorded by Chuck on the logged book. **NOTES:** Aircraft reported taking off from Creve Coeur Airport for which came to $145.00 per hour of flight time @ $145.00 per hour which came to $101.50 to be plus to The Big Blessing, LLC. for use of the aircraft. Have Both Aircraft Fuel Receipts. |
| 200 | Restaurant | Audit review Report 12/28/15 Item | 2/9/2014 | Waffle House | Columbia, MO | | 20.54 | 0 | 20.54 | 20.54 | | 0 | $20.54 | 1 | THIS DAY WAS A SUNDAY. According to Chuck meal weekly schedule he noted "Continuing and Date training on weekly paperwork" as well as "continuing w/ Osku, flight instructor CSU training". |
| 201 | Hotel | Audit review Report 12/14/15 Item | 2/9/2014 | Holiday INN (arrival date 2/7/14) | Columbia, MO | | 362.11 | 0 | 362.11 | 362.11 | | 0 | $362.11 | 1 | Unauthorize charge for non-business related event. Per the meeting with Bob and Steve, chuck agree to reimburse the company for this personal charge. |
| 202 | N562C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 2/7/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 73.00 | 188.50 | | | $188.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the flight logs, the flight was not recorded in the Reliant logs for aircraft N562C3, the flight showed up in the Flightaware report as well as Trevor's logged book. **NOTES:** No log flight recorded for this day for aircraft N562C3. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in Chuck's log sheet N562C3. As such Chuck will be responsible for the use of aircraft for the duration of the flight time which came to 1.3 hour flight time per hour = $188.50. I would note that on this day two hotel charges at the Holiday Inns Route 66, St. Louis, MO appeared on the credit card and plane fuel charge for $114.05 was from Sullivan Regional Airport which Chuck was there on 2/6/14. Have Fuel Receipt. |
| 203 | N562C3 - Aircraft Lease | Audit review Report 12/28/15 Item | 2/7/2016 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease- Unpaid Invoice #190 | | | | -232.00 | | | -$232.00 | 1 | **SUMMARY:** This flight lease was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N562C3. **NOTES:** This flight time was recorded by Chuck on company aircraft tail number N562C3 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE AS THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUSTED OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED. HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 29 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPARENCY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 204 | N626CB - Aircraft Lease | 190 | 2/7/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 73.00 | 232.00 | | | $232.00 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626CB by Chuck is still outstanding. This flight was recorded by Chuck on the logged off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 1.6 hour of flight time @ $145.00 per hour which came to $232.50 to be paid to The Big Blessing, LLC. for use of the aircraft. Have Aircraft Fuel Receipt. |
| 205 | Miscellaneous | Audit review Report 12/28/15 Item | 2/7/2014 | Ozark Rescue Suppliers | AR | Outdoor Activity | 177.12 | 0 | 177.12 | 177.12 | | 0 | $177.12 | 2 | Store cannot provide a receipt given the time period in question. Per the online store description they sell outdoor rope gears for rock climbing, water events and rescue supplies. |
| 206 | Hotel | Audit review Report 12/28/15 Item | 2/7/2014 | Holiday INN Route 66 (arrival date 2/5/14) | ST. Louis, MO | | 92.13 | 0 | 92.13 | 92.13 | | 0 | $92.13 | 1 | Unauthorize charge for in town stay. Personal Expense. RECEIPT SUBMITTED & VERIFIED. Room 451 |
| 207 | Hotel | Audit review Report 12/28/15 Item | 2/7/2014 | Holiday INN Route 66 (arrival date 2/5/14) | ST. Louis, MO | | 92.13 | 0 | 92.13 | 92.13 | | 0 | $92.13 | 1 | Unauthorize charge for in town stay. Personal Expense. RECEIPT SUBMITTED & VERIFIED. Room 432 |
| 208 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 2/6/2014 | Creve Coeur Airport to Sullivan Regional Airport | Sullivan, MO | Trevor Training Flights | | | 114.05 | 420.50 | | | $420.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor's logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport to Sullivan Regional Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 2.9 hours x $145 per hour = $420.50. Have Fuel Receipt. |
| 209 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 2/6/2014 | Creve Coeur Airport to Quincy Airport | Quincy, IL | Trevor Training Flights | | | 250.00 | 145.00 | | | $545.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor's logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport to Sullivan Regional Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 1.0 hour x $145 per hour = $145.00. I would note that a Hertz Rent-A-Car charge appeared on the credit card statement in the amount of $76.66 from Quincy, IL. See Credit Card Statement for Fuel Charge. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | N952WB - Aircraft - Lease | Audit review Report 3/25/16 item | 2/6/2014 | Sullivan Regional Airport | Sullivan, MO | | | | 114.05 | 245.00 | | | $245.00 | 3 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N952WB, the flight showed up in the Flightaware report. **NOTES:** No log flight recorded for this day for aircraft N952WB. Aircraft reported landing in Sullivan Regional Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.5 hour x $490 per hour = $245.00. According to Chuck excel weekly schedule, he noted: "office for paperwork, employee expenses, policies" as well as to Quincy, recover aircraft and fly to 'home base'. According to the hardcopy weekly schedule that he submitted to Steve Long, he noted: Syed flight, office visit for RBB paperwork". Have Fuel Receipt. |
| 211 | N262CB - Aircraft - Lease | Audit review Report 12/28/15 item | 2/3/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 175.19 | 188.50 | | | $188.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N262CB, the flight showed up in the Flightaware report. **NOTES:** No log flight recorded for this day for aircraft N262CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N262CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $145 per hour = $188.50. Have Fuel Receipt. |
| 212 | N262CB - Aircraft - Lease | Audit review Report 12/28/15 item | 1/29/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 217.50 | | | $217.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N262CB, the flight showed up in the Flightaware report as well as Trevor logged book. **NOTES:** No log flight recorded for this day for aircraft N262CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N262CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.5 hours x $145 per hour = $217.50. |
| 213 | Car Gasoline | Audit review Report 12/28/15 item | 1/25/2014 | On the Run Gas Station (Safety Meeting @ Heritage & Nathan) | Maryland Height, MO | Safety Meeting | 101.15 | 45.22 | 45.22 | 0 | | 55.93 | $55.93 | 10 | According to Chuck weekly schedule he was doing a safety meeting at Heritage and Nathan. Chuck summited on his January 2014 Expense Report reimbursement for car fuel in relation to driving to and from Heritage to Nathan safety meetings. In reviewing the fuel charges paid by the company within a 24 hour period the company paid two fuel charges one using the company credit card on 1/29/14 for $45.22 (Mayland Height gas station) and the other a reimbursement to Chuck for $55.93 ( Wentzville gas station) for the following day. RECEIPT SUBMITTED & VERIFIED. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 214 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 1/27/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 116.36 | 290.00 | | | $290.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor's logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 2.0 hours x $145 per hour = $290.00. Have Fuel Receipt. |
| 215 | Hotel | Audit review Report 12/28/15 Item | 1/27/2014 | Holiday INN Express (arrival date 1/26/14) | O'Fallon, MO | | 134.46 | 0 | 134.46 | 134.46 | | 134.46 | $288.92 | 10 | Unauthorize charge for in town stay. Personal Expense. The company paid twice on this hotel charge. Chuck used the company credit card as well as submitted the hotel charge on the January 2014 Expense Report for reimbursement. RECEIPT SUBMITTED & VERIFIED. |
| 216 | Hotel | Audit review Report 12/28/15 Item | 1/26/2014 | Holiday INN Express (arrival date 1/26/14) | O'Fallon, MO | | 141.54 | 0 | 141.54 | 141.54 | | | $141.54 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 217 | Car Gasoline | Audit review Report 12/28/15 Item | 1/24/2014 | Exxon-Mobil (Safety Meeting @Kalsey Paige) | Wentzville, MO | Safety Meeting | 145.53 | 45.94 | 45.94 | 0 | | 99.59 | $99.59 | 10 | According to Chuck weekly schedule he was doing a safety meeting at Kalsey Paige on 1/24/14. Chuck submitted on his January 2014 Expense Report reimbursement for car fuel in relation to driving to and from the Paige safety meeting. He paid that day using his personal credit card in the amount of $52.61 at Wentzville gas station. However, that day fuel charge was paid by the company credit card at the same location in the amount of $45.94. In reviewing the fuel charges paid by the company in the amount of $145.53 within a 24 hour time period the company paid three separate fuel charges one using the company credit card on 1/24/14 for $45.94 (Wentzville gas station) and the other two fuel charges were submitted by Chuck for reimbursement given that he last used his personal credit card. The two fuel charges submitted by Chuck within a 24 hour time period were as follows: (1) $52.61 out of Wentzville on 1/24/14 and (2) $46.98 out of Louisiana, MO on 1/23/14. RECEIPT SUBMITTED & VARIFIED. |
| 218 | N626CB - Aircraft Lease | Audit review Report 3/25/16 Item | 1/24/2014 | Creve Coeur Airport to Kirksville Regional Al Airport to Creve Coeur Airport | Kirksville, MO | | | | 151.79 | 261.00 | | | $261.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.8 hours x $145 per hour = $261.00. According to the weekly schedule Chuck was holding a safety meeting at Kasey Paige, St. Louis, MO. 1/24/14 was on a Friday. Have Fuel Receipt with handwriting note saying: "BBB Lease Fuel". |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 219 | N626C8 - Aircraft - Lease | Audit review Report 12/28/15 Item | 1/23/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 151.79 | 464.00 | | | $464.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge for the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C8, the flight showed up in the Flightware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626C8. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 3.2 hours x $145 per hour = $464.00. Have aircraft Fuel Receipt with handwritten note mentioning: "EBB Lease Fuel". |
| 220 | N626C8 - Aircraft - Lease | Audit review Report 12/28/15 Item | 1/23/2014 | Creve Coeur Airport to Creve Coeur Airport | | Safety Meeting @ Leasing & WestView | | | | 464.00 | | | $464.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge for the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightware report and there was a safety meeting on this day at the location the airplane flew to. There was not automobile fuel purchased this day. "Trevor Flight Logged – This charge will be accounted for on Trevor flight log summary sheet provided by Nick to Bob – for the purpose of this exercise we are not removing this charge from the list, we must make sure that we do not double charge Chuck. NOTES: According to Chuck weekly schedule he had noted: Tuesday and westview safety meetings" as well as "payroll and invoice approval". Per Flightware this flight was discovered and accordingly a lease entry will apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight which comes to 3.2 hours x $145 per hour = $464.00. |
| 221 | N626C8 - Aircraft - Lease | Audit review Report 12/28/15 Item | 1/21/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 200.45 | 348.00 | | | $348.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge for the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C8, the flight showed up in the Flightware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626C8. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 2.4 hours x $145 per hour = $348.00. Have Fuel Charge Receipt. |
| 222 | N626C8 - Aircraft - Lease | Audit review Report 12/28/15 Item | 1/20/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 148.15 | 290.00 | | | $290.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge for the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C8, the flight showed up in the Flightware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626C8. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C8. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 2.0 hours x $145 per hour = $290.00. Have Fuel Receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 223 | N626CB - Aircraft - Lease | Audit review Report 12/28/15 Item | 1/19/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease-Paid Invoice | | | | -116.00 | | | -$116.00 | 1 | SUMMARY:  This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft tail number N626CB logged book.  THIS DEBIT JOURNAL ENTRY WAS MADE BY THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40.  AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 29 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUST OF 25.5 TOWARDS THE 110.40 HOURS.  AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSP'FRACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,608.00-$3,697.50). |
| 224 | N626CB - Aircraft - Lease | Audit review Report 12/28/15 Item | 1/18/2014 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 232.00 | | | $232.00 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book.   NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in N626CB log sheet N626CB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.6 hours x $145 per hour = $232.00. |
| 225 | N332DD - Aircraft - Lease | Audit review Report 3/25/16 Item | 1/18/2014 | Sikeston Airport | Sikeston, MO | | | | | 1,160.00 | | | $1,160.00 | 2 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N332DD, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N332DD.  Aircraft took off from Creve Coeur to Sikeston Airport with final destination at Creve Coeur, MO.  No weekly notes provided by Chuck since 1/18/14 was a Saturday.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N332DD.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.6 hours x $725 per hour = $1,160.00. |
| 226 | Restaurant | Audit review Report 12/28/15 Item | 1/17/2014 | Lamars Donuts (Safety Meeting @ Bridgewood) – Snacks | Kansas City, MO | Safety Meeting | 32.18 | 32.18 | 32.18 | 0 | | 32.18 | $32.18 | 1D | According to Chuck weekly schedule he was doing a safety meeting at Bridgewood. Chuck submitted on his January 2014 Expense Report reimbursement for snacks bought for safety meeting @ Bridgewood, however, Chuck had already paid this charge with the company credit card.  As such the company double pay for this expense. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 227 | Hotel | Audit review Report 12/28/15 item | 1/16/2014 | Holiday INN Express (arrival date 1/15/24) | Jefferson City, MO | Safety Meeting | 102.11 | 102.11 | 102.11 | 0 |  | 102.11 | $102.11 | 1D | Based on the weekly schedule Chuck was scheduled to provide safety meeting at North Village and Charlton Park. The next day he was scheduled to provide safety meeting at Four Seasons and Living Center. Living Center is near Jefferson City, MO. |
| 228 | Continue Education | Audit review Report 12/28/15 item | 1/16/2014 | U of MO Extern-Continue | Columbia, MO |  | 190.00 | 0.00 | 190.00 | 190.00 |  | 0 | $190.00 | 1 | After reaching out to the university at 573.882.7146, I was told the charge was in relation to a Winter Fire Rescue Training class. I email Steve to ask if this expense would be approved under his job description while working for Reliant Care Management. Based on my conversation with Steve this training was way beyond the scope necessary for Chuck job while employee at Reliant Care Management; LLC. The Cover Business Expense. 1/25/16 After reviewing the receipts file for January 2014, I discovered an email send from Chuck to Shanna about credit card payment accepted for $190.00 for continuing ed for instructional cart. RECEIPT SUBMITTED AND VERIFIED. |
| 229 | Restaurant | Audit review Report 12/28/15 item | 1/15/2014 | China Garden (Safety Meeting @ NVP) – Lunch | Moberly, MO | Safety Meeting | 34.35 | 34.35 | 34.35 | 0.00 |  | 34.35 | $34.35 | 1D | According to Chuck weekly schedule he was doing a safety meeting at North Village and Charlton Park on 1/15/14. Chuck submitted on his January 2014 Expense Report reimbursement for lunch bought for safety meeting @ NVP, however, Chuck had already paid this charge with the company credit card. As such the company double pay for this expense. |
| 230 | Car Gasoline | Audit review Report 12/28/15 item | 1/15/2014 | Shell Oil Gas Station (Safety Meeting @ NVP) | Hannibal, MO | Safety Meeting | 107.80 | 56.74 | 56.74 | 0 |  | 51.06 | $51.06 | 1D | According to Chuck weekly schedule he was doing a safety meeting @ NVP and CP. Chuck submitted on his January 2014 Expense Report reimbursement for car fuel in relation to driving to and from NVP safety meeting. In reviewing the fuel charges paid by the company on 1/15/14 day, the company paid two fuel charges: 1) using the company credit card in the amount of $56.74 (Hannibal, MO) and 2) the other a reimbursement to Chuck for $51.06. |
| 231 | AT&T | Audit review Report 12/24/15 item | 1/14/2014 | AT&T Text2Pay | St. Louis, MO | Expense Report | 169.83 | 169.83 | 169.83 | 0 |  | 160.00 | $169.83 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 232 | Gogoair.com | Audit review Report 12/28/15 item | 1/11/2014 | GOGOAIR.COM | Online Purchase |  | 39.95 | 0 | 39.95 | 39.95 |  | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to wifi on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 233 | Hotel | Audit review Report 12/28/15 item | 1/10/2014 | Holiday INN (arrival date 1/08/14) | Independence, MO | Safety Meeting | 120.79 | 0 | 120.79 | 120.79 |  | 0 | $120.79 | 1 | According to Chuck excel weekly schedule for 1/9/14 he noted: "Travel Trenton for Meeting" he was also doing a "NVP 60 day safe lease scheduling". According to Chuck excel weekly schedule for 1/9/14 he noted: Safety Meeting. Trenton and Milan – 60 day safe awards" as well as "BJB lease scheduling". RECEIPT SUBMITTED & VERIFIED. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 234 | N952WB - Aircraft Lease | Audit review Report 3/25/15 Item | 1/9/2014 Creve Coeur Airport to Quincy Regional Airport to Creve Coeur Airport | Quincy, IL | | | | 618.76 | 637.00 | | 0 | $637.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N952WB, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N952WB. Aircraft reported taking off from Creve Coeur Airport to Quincy Regional Baldwin Field Airport with final destination at Creve Coeur, MO. According to to Chuck excel weekly schedule, he noted. "Meet with Steve Long" as well as "Pick up Aircraft and training flight". . . After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $490 per hour = $637.00. Have Fuel Charge Receipt.  Fuel Receipt had the following handwriting note:  "Rick & Anthoy to Quincy & Back to Creve Coeur" |
| 235 | Hotel | Audit review Report 12/28/15 Item | 1/5/2014 Holiday INN at Six Flags (arrival date 1/03/14) | Eureka, MO | | 119.98 | 0 | 119.98 | 119.98 | | 0 | $119.98 | 1 | Unauthorize charge for in town stay.  Personal Expense.  RECEIPT SUBMITTED AND VERIFIED. |
| 236 | Miscellaneous | Audit review Report 12/28/15 Item | 1/7/2014 Charles Farm and Home | Wentzville, MO | | 110.76 | 0 | 110.76 | 110.76 | | 0 | $110.76 | 1 | After reviewing the receipts file for January 2014, the receipt shows a questionable item purchase.  RECEIPT SUBMITTED AND VERIFIED. |
| 237 | Hotel | Audit review Report 12/28/15 Item | 1/1/2014 Venetian Resort Hotel (arrival date 12/28/13) | Las Vegas, NV | LAS VEGAS TRIP Chuck & Matt New Years Las Vegas Trip | 452.33 | 0 | 452.33 | 452.33 | 452.33 | 0 | $0 | 4 | This personal charge related to the Las Vegas Trip was paid by Chuck on 2/14/14 with check #3420. The check was written for $1,848.09 with $452.33 applied to this charge, with $1,395.76 remaining to be use. Please see journal entry 12/14/13 for a charge amount owed of $2,102.59 . According to to Chuck excel weekly schedule he was on Reliant PTO time from 12/30/13 through 12/31/13.  January 1, 2014 was a Reliant Holiday. |
| TOTAL | | | | | | $16,282.67 | $4,747.70 | $30,448.95 | $53,812.80 | $0 | $3,136.39 | $58,868.86 | | |

## 2013 Wayne Marsonette Unauthorized Owed Charges

| | Category | Reference | Credit Card Transaction Date Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 12/27/2013 Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 159.50 | | | $159.50 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor log book. NOTES:  No log flight recorded for this day for aircraft N626CB.  Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $145 per hour = $159.50. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | N626CB - Aircraft Lease | Audit review Report 3/25/16 Item | 12/27/2013 | Elton Hensley Memorial Airport to Creve Coeur Airport | Creve Coeur, MO | | | | | 87.00 | | | $87.00 | 2 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report.  NOTES:  No log flight recorded for this day for aircraft N626CB.  Aircraft reported taking off from Elton Hensley Memorial Airport back to Creve Coeur Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.6 hours x $145 per hour = $87.00. |
| 3 | N626CB - Aircraft Lease | Audit review Report 3/25/16 Item | 12/27/2013 | Spirit of St. Louis Airport to Jefferson City Memorial Airport | Chesterfield, MO | | | | | 101.50 | | | $101.50 | 2 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report.  NOTES:  No log flight recorded for this day for aircraft N626CB.  Aircraft reported taking off from Spirit of St. Louis Airport to Jefferson City Memorial Airport.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB.  According to Chuck weekly schedule he had noted "Aircraft Training".  After review of this aircraft for the duration of this flight comes to 0.7 hour x $145 per hour = $101.50.  Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.7 hour x $145 per hour = $101.50. |
| 4 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 12/6/2013 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease-Paid Invoice | | | | -101.50 | | | -$101.50 | 1 | SUMMARY:  This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB.  NOTES:  This flight time was recorded by Chuck on company aircraft log number N626CB logged book.  THIS DEBIT JOURNAL ENTRY WAS MADE IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADDITION OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDNT REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS.  AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. TOTAL TRANSPEDANCY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | N323DD - Aircraft Lease | Audit review Report 3/25/15 item | 12/26/2013 | Creve Coeur Airport to Midway Airport to Creve Coeur Airport | Chicago, IL | | | | 815.38 | 2,537.50 | | | $2,537.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N323DD, this flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N323DD. Aircraft reported taking off from Creve Coeur Airport to Midway Chicago Airport with final destination Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C9. Chuck lease this plane so he is responsible for the day. Based on the excel time log he submitted, he was doing a aircraft training. As such Chuck will be responsible for the lease cost of this aircraft for the duration of the flight time which comes to 5.5 hours x $725 per hour = $3,987.50. Fuel charge of $815.38 paid by the company will not be taken into consideration in amount owed by Chuck. Have Fuel Charge Receipt. Receipt handwritten note stated: "888 Lease Fuel -- 323DD" |
| 6 | N626C9 - Aircraft Lease | Audit review Report 12/26/15 item | 12/24/2013 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | 182.52 | 333.50 | | | $333.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626C9, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626C9. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626C9. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.3 hours x $145 per hour = $333.50. Have Fuel Charge Receipt. |
| 7 | N626C9 - Aircraft Lease | Audit review Report 12/26/15 item | 12/24/2013 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | 888 Lease-Paid Invoice | | | | -174.00 | | | -$174.00 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is a still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626C9. NOTES: This flight time was recorded by Chuck on company aircraft number N626C9 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE AS THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADDITION OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED. HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FILES, IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED OR AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($10,008.00+$3,697.50). |
| 8 | Hotel | Audit review Report 12/24/15 item | 12/19/2013 | Holiday INN (Arrival Date 12/18/13) | Columbia, MO | | 128.48 | 128.48 | 128.48 | 0 | | 128.48 | $128.48 | 10 | It's been verified that this expense was related to a Safety Meeting at Bridgewood. Although this charge was approved by the company and paid by the company credit card, Chuck submitted the expense for reimbursement on his Expense Report. The company paid twice for charge. No fight that day for Rick. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 12/17/2013 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 130.50 | | | $130.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 0.9 hour x $145 per hour = $130.50. |
| 10 | N323DO - Aircraft Lease | Audit review Report 12/28/15 Item | 12/17/2013 | Viburnum Airport | Viburnum, MO | Safety Meeting @ Stonecrest | | | 0 | 942.50 | | | $942.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting this day at the location at the airplane flew to. There was not automobile for this day. NOTES: No log flight recorded for aircraft N323DO. Aircraft took off from Creve Coeur to Viburnum Airport with final destination @ Creve Coeur Airport. According to Chuck excel weekly schedule, he noted: "Stonecrest safety meeting" as well as "Flight training for Nick, Paperwork". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N323DO. It appears that Chuck used the aircraft for safety meeting. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hour x $725 per hour = $942.50. |
| 11 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 12/16/2013 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | Trevor Training Flights | | | | 130.50 | | | $130.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N626CB, the flight showed up in the Flightaware report as well as Trevor logged book. NOTES: No log flight recorded for this day for aircraft N626CB. Aircraft reported taking off from Creve Coeur Airport back to Creve Coeur Airport. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 0.9 hour x $145 per hour = $130.50. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 12/16/2013 Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease-Paid Invoice | | | | -$87.00 | | | -$87.00 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626CB. NOTES: This flight time was recorded by Chuck on company aircraft tail number N626CB logged book. THIS DEBIT JOURNAL ENTRY WAS MADE BY THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED, HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHT AWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 23 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPERACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE "TREVOR UNLOGGED FLIGHT CHARGES TAB" TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,608.00-$3,697.50). |
| 13 | Hotel | Audit review Report 12/28/15 Item | 12/14/2013 AA Vacations (4 Nights @ Venetian Resort-Hotel/Arrival date 12/28/13) | Las Vegas, NV | LAS VEGAS TRIP Chuck & Matt New Years Las Vegas Trip | 2,102.93 | 0 | 2,102.93 | 2,102.93 | -1,725.60 | 0 | $377.33 | 1 | After reviewing the transaction invoice, it was determined that this was personal in nature as Chuck reimbursement the company for a portion of the expense. Chuck presented the company with two checks totally $4,948.00, however, the funds didn't cover the total outstanding balance related to the Las Vegas Trip which came to the total $4,800.42. Therefore a remaining outstanding balance of $452.33 has been paid by Chuck. This unpaid balance of $452.33 was applied to this charge line item. Refund checks follow up notes below for additional details. Refund checks used in applying payment: were check #3420 written for $1,848.09 with an unapplied credit of $1,650.60 and check # 3418 written for $2,500.00 with unapplied credit of $254.94. In all was applied the remaining credits of $1,650.60 towards this outstanding charge of $2,102.93 bringing a balance owed of $452.33. However, the remaining balance of $452.33 is further reduced by $75.00 as a result of having a credit from the 11/2/13 payment (Florida Honey Moon Trip). The $75.00 credit result in a debit balance of $377.33. According to Chuck excel weekly schedule he was on Reliant PTO time from 12/30/13 through -12/31/13. |
| 14 | Airfare Ticket | Audit review Report 12/28/15 Item | 12/13/2013 American Airline Dallas TX One Way For "Wayne M." Flight Date: 12/28/13 | Dallas, TX | LAS VEGAS TRIP Chuck & Matt New Years Las Vegas Trip | 97.98 | 0 | 97.98 | 97.98 | -97.98 | 0 | $0 | 4 | This personal charge related to the Las Vegas Trip was paid by Chuck 2/4/14 with check #3418. The check was written for $2,500.00 with $97.98 applied to this charge. Please see other journal entry relating to this Trip for additional refund balance applied. According to Chuck weekly schedule he was on Reliant PTO time from 12/30/13 through 12/31/13. January 1, 2014 was a Reliant Holiday. |
| 15 | Airfare Ticket | Audit review Report 12/28/15 Item | 12/13/2013 American Airline Dallas TX One Way For "Matt M." Flight Date: 12/28/13 | Dallas, TX | LAS VEGAS TRIP Chuck & Matt New Years Las Vegas Trip | 97.98 | 0 | 97.98 | 97.98 | -97.98 | 0 | $0 | 4 | This personal charge related to the Las Vegas Trip was paid by Chuck 2/4/14 with check #3418. The check was written for $2,500.00 with $97.98 applied to this charge. Please see other journal entry relating to this Trip for additional refund balance applied. According to Chuck excel weekly schedule he was on Reliant PTO time from 12/30/13 through 12/31/13. January 1, 2014 was a Reliant Holiday. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Airfare Ticket | Audit review Report 12/26/15 Item | 12/13/2013 | American Airline Dallas TX to St. Louis For "Wayne M." Round Trip. Flight Date: 12/26/13 | Dallas, TX/St. Louis, MO | LAS VEGAS TRIP Chuck & Matt New Years Las Vegas Trip | 1,024.60 | 0 | 1,024.60 | 1,024.60 | -1,024.60 | 0 | $0 | 4 | This personal charge related to the Las Vegas Trip was paid by Chuck on 2/4/14 with check #3418. The check was written for $2,500.00 with $1,024.60 applied to this charge. Please see other journal entry relating to this Trip for additional refund balance applied. According to Chuck excel weekly schedule he was on Reliant PTO time from 12/30/13 through 12/31/13. January 1, 2014 was a Reliant Holiday. |
| 17 | Airfare Ticket | Audit review Report 12/26/15 Item | 12/13/2013 | American Airline Dallas TX to St. Louis For "Matt M." Round Trip. Flight Date: 12/28/13 | Dallas, TX/St. Louis, MO | LAS VEGAS TRIP Chuck & Matt New Years Las Vegas Trip | 1,024.60 | 0 | 1,024.60 | 1,024.60 | -1,024.60 | 0 | $0 | 4 | This personal charge related to the Las Vegas Trip was paid by Chuck on 2/4/14 with check #3418. The check was written for $2,500.00 with $1,024.60 applied to this charge. Please see other journal entry relating to this Trip for additional refund balance applied. According to Chuck excel weekly schedule he was on Reliant PTO time from 12/30/13 through 12/31/13. January 1, 2014 was a Reliant Holiday. |
| 18 | AT&T | Audit review Report 12/14/15 Item | 12/18/2013 | AT&T*text2Pay | St. Louis, MO | Expense Report | 322.46 | 322.46 | 322.46 | 0 | | 160.00 | $922.46 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 19 | Hotel | Audit review Report 12/28/15 Item | 12/14/2013 | Holiday INN Six Flag (arrival date 12/22/13) | Eureka, MO | | 119.98 | 0 | 119.98 | 119.98 | | 0 | $119.98 | 1 | Unauthorize charge for in town stay. Personal Expense. RECEIPT SUBMITTED AND VERIFIED. |
| 20 | Car Gasoline | Audit review Report 12/28/15 Item | 12/13/2013 | 42 Fastline | Saint Peters, MO | | 52.42 | 0 | 52.42 | 52.42 | | 0 | $52.42 | 3 | According to Chuck excel weekly schedule he had no schedule work until 12/17/13. RECEIPT SUBMITTED AND VERIFIED. |
| 21 | Gogoair.co m | Audit review Report 12/14/15 Item | 12/12/2013 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to WiFi on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 22 | N6Z6C3 - Aircraft Lease | Audit review Report 3/25/16 Item | 12/9/2013 | Jefferson City Memorial Airport to Creve Coeur Airport | Jefferson City, MO | | | | 101.50 | 101.50 | | | $101.50 | 2 | SUMMARY. This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N6Z6C3, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N6Z6C3. Aircraft reported taking off from Jefferson City Memorial Airport to Creve Coeur Airport. According to Chuck weekly schedule he had noted: "Meet with Steve Lang" as well as "Pick up Aircraft and Training Flight". After reviewing of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N6Z6C3. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which takes to 0.7 hours x $145 per hour = $101.50. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Chuck for Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | N952WB - Aircraft Lease | Audit review Report 3/25/15 Item | 12/6/2013 | East Kansas City Airport to Spirit of St. Louis Airport | Grain Valley, MO | | | | 929.40 | 490.00 | | 0 | 490.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs for aircraft N952WB, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N952WB. Aircraft reported taking off from East Kansas City Airport to Spirit of St. Louis Airport. According to Chuck excel weekly schedule he noted: "Knox investigation" as well as "Polaris and Hangar research, reposition plane, Creve Coeur to Chuck's". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1 hour x $490 per hour = $490.00. Have Aircraft Fuel Receipt. Handwritten note on the receipt states: "BBB Lease Fuel" |
| 24 | Retail Store | Audit review Report 12/28/15 Item | 12/6/2013 | Hayneedle Online Store | Online Shopping | | 205.05 | 0 | 205.05 | 205.05 | | | 205.05 | 1 | Online Home Decor Retailer. Non-business related. |
| 25 | N952WB - Aircraft Lease | Audit review Report 3/25/15 Item | 12/5/2013 | Creve Coeur Airport to Midwest National Airport | Mosby, MO | | | | | 441.00 | | | 441.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N952WB. Aircraft took off from Creve Coeur to Midwest National Airport, Mosby, MO. According to Chuck excel weekly schedule, he noted: "Delivery of equipment, show videos, meet with Steve" as well as "Insurance paperwork". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.9 hour x $490 per hour = $441.00. Have Fuel Receipt with handwriting note mentioning: "To Jeff City To WORK on plane". |
| 26 | Miscellaneous | Audit review Report 12/26/15 Item | 12/4/2013 | Chesterfield Valley Police | Chesterfield, MO | | 500.00 | 0 | 500.00 | 500.00 | | 0 | $500.00 | 1 | Unauthorized non-business related charge. |
| 27 | N626C6 - Aircraft Lease | Audit review Report 12/26/15 Item | 12/3/2013 | Creve Coeur Airport to Jefferson City Airport to Creve Coeur Airport | Jefferson City, MO | Safety meeting @ Four Seasons | | | 58.95 | 232.00 | | | $232.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting at this day at this location the airplane flew to. There was automobile fuel purchased this day by the company Credit Card amount $37.79 in Jeff City. NOTES: According to the excel weekly schedule Chuck was doing a safety meeting at St. Elizabeth and a Navajo meeting with avionics guys. On 12/4/13 he was schedule for a safety meeting at Four Seasons for an investigation as well as a Polaris and hangar research. No flight recorded on the flight log for Jefferson City, MO. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.6 hours x $145 per hour = $232.00. Have Aircraft Fuel Receipt with handwritten note mentioning: "Fuel for Jeff City mainte". |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date/Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | N626CB - Aircraft Lease | Audit review Report 3/25/16 item | 12/3/2013 Creve Coeur Airport to Midwest National Airport to Creve Coeur Airport | Mosby, MO | | | | | 478.50 | | 0 | $478.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. Reliant logs, the flight was not recorded in the Reliant logs. the flight showed up in the Flightware report. According to the excel weekly schedule Chuck was doing a safety meeting at St. Elizabeth and a Navajo meeting with avionics guys. On 12/4/13 he was schedule for a safety meeting at Four Seasons for an investigation as well as a Polaris and hangar research. No flight recorded on the flight log for Jefferson City, MO. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.3 hours x $145 per hour = $478.50. |
| 29 | Miscellaneous | Audit review Report 12/28/15 item | 12/1/2013 Waterway #15 | O'Fallon, MO | | 905.33 | 0 | 305.33 | 905.33 | | 0 | $305.33 | 1 | Unathorize charge for a 2nd car yearly car wash charges for a weekly while already having a yearly car wash membership that was renew on 8/26/13 for $285.00. |
| 30 | Car Rental | Audit review Report 12/28/15 item | 11/22/2013 Enterprise Rent-A-Car "check out Date 11/23/13" | Bridgeton, MO | | 188.33 | 0 | 188.33 | 188.33 | | 0 | $188.33 | 1 | This car rental was taken outside of business hours on a Saturday. No records of company car not working. No weekly schedule available given that this day fell on the weekend. |
| 31 | Car Gasoline | Audit review Report 12/28/15 item | 11/21/2013 Pilot Gas Station (Safety Meeting @ Four Seasons) | Boonville, MO | Expense Report | 53.74 | 53.74 | 53.74 | 0 | | 53.74 | $53.74 | 10 | According to Chuck weekly schedule he was doing a safety meeting @ Four Seasons in home and LC on 11/21/13. Chuck submitted on the November 2013 Expense Report reimbursement for vechile fuel. Chuck had already paid this charge with the company credit card. As such the company double pay for this expense. |
| 32 | N626CB - Aircraft Lease | Audit review Report 3/25/16 item | 11/20/2013 TAC Air MCGhee Tyson Airport | Alcoa, TN | South Carolina Trip | | | 141.05 | 0 | | | 50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. Reliant logs, the flight was not recorded in the Reliant logs. the flight showed up in the Flightware report. NOTES: No flight recorded for this aircraft on the logged book for this day. According to the hardcopy weekly schedule Chuck was doing a safety meeting at North Village and Chariton Park that day. Based on these two observations, Chuck used the aircraft unathorize to Alcoa, TN. He will be responsible for the leasing time of the aircraft. See Line item below for lease flight cost as this flight entry is combined with the below itenary for a total trip time of 5.3 hours charge. |
| 33 | N626CB - Aircraft Lease | Audit review Report 3/25/16 item | 11/19/2013 Myrtle Beach International Airport to Florence Regional Airport to Mc-Ghee Tyson Airport to Creve Coeur Airport | Florence, SC | South Carolina Trip | | | 268.67 | 855.50 | | | $855.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. logs, the flight was not recorded in the Reliant logs. the flight showed up in the Flightware report. NOTES: No flight recorded for this location. Based on the log book the aircraft was suppose to be in Jefferson City and Creve Coeur. ** According to the weekly schedule Chuck was suppose to in Jefferson City for Navajo maintenance and hangar offer with credit card. Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 5.9 hours x $145 per hour = $855.50.  Have Fuel Receipt with Handwriting note mentioning: "888 Lease Fuel". |
| 34 | Restaurant | Audit review Report 12/28/15 item | 11/18/2013 The Shrimper Seafood | Lake City, SC | South Carolina Trip | 45.58 | 0.00 | 45.58 | 45.58 | | 0 | $45.58 | 2 | A flight the next day 11/19/13 to South Carolina that was not logged. PLEASE PLANE FUEL TABLE FOR THIS DAY FLIGHT. According to Chuck excel weekly schedule he noted: " safety meeting scheduling for the week" as well as "Navajo Maintenance-122 maintenance". 1/25/16 after reviewing Hampton hotel for 11/18/13, Chuck wrote on the hotel invoice that this trip was "Pilot Training Navajo". |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | N626C9 - Aircraft Lease | Audit review Report 3/25/15 item | 11/18/2013 | Creve Coeur Airport to Williamston Regional Airport | Kingstree, SC | South Carolina Trip | | | | 609.00 | | | $609.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the flight logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: According to Chuck weekly meeting scheduling for the week" as well as "Navajo Maintenance 172 maintenance". Per Flightaware this flight was discovered and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 4.2 hours x $145 per hour = $609.00. |
| 36 | Car Gasoline | Audit review Report 12/28/15 item | 11/16/2013 | 41 Fastlane | Fenland, MO | | 57.88 | 0 | 57.88 | 57.88 | | 0 | $57.88 | 3 | THIS DAY WAS A SATURDAY AND NEAR HIS HOME LOCATION. THE PREVIOUS 5 DAYS HE WAS IN ORLANDO, FL FOR SIMCOMM TRAINING NAV/AD. 1/25/16 after reviewing receipt file for November 2013 I was able to locate the fuel receipt. Per the handwriting comment on the receipt it noted: "Fuel for Pilot to Jeff City". In reviewing the aircraft books, no flight recorded on that day for any aircraft. However, on 11/18/13 flight was logged for aircraft N626C9 from Creve Coeur to Jefferson City, MO. RECEIPT SUBMITTED & VERIFIED |
| 37 | AT&T | Audit review Report 12/14/15 item | 11/14/2013 | AT&T *Text2Pay | St. Louis, MO | Expense Report | 574.02 | 574.02 | 574.02 | 0 | | 160.00 | $574.02 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 38 | Gaggalr.com | Audit review Report 12/28/15 item | 11/11/2013 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related only on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 39 | Hotel | Audit review Report 12/28/15 item | 11/9/2013 | Holiday INN Route 66 (arrival date 11/8/13) | ST. Louis, MO | | 105.27 | 0 | 105.27 | 105.27 | | 0 | $105.27 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 40 | N626C9 - Aircraft Lease | Audit review Report 3/25/15 item | 11/6/2013 | Creve Coeur Airport to Spirit of St. Louis Airport | Creve Coeur, MO | | | | | 43.50 | | | $43.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: According to Chuck weekly schedule he had noted: "Milan Osha, SDS Osha" as well as "Databases for all aircraft, subscription renewal, hangar research". Per Flightaware this flight was discovered and accordingly a lease rate will apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of the aircraft for the duration of the flight time which comes to 0.3 hour x $145 per hour = $43.50. |
| 41 | Car Rental | Audit review Report 12/28/15 item | 10/29/2013 | Hertz Italiana | Rome, Italy | Europe Vacation Tr | 71.07 | 0 | 71.07 | 71.07 | | 0 | $71.07 | 1 | According to Chuck weekly schedule he was out on PTO time from October 17, 2013 through November 1, 2013. |
| 42 | Hotel | Audit review Report 12/28/15 item | 10/22/2013 | Hilton Garden INN Ven Mestre (arrival date not given) | Ven Mestre, Italy | Europe Vacation T | 331.02 | 0 | 331.02 | 331.02 | | 0 | $331.02 | 1 | According to Chuck weekly schedule he was out on PTO time from October 17, 2013 through November 1, 2013. |
| 43 | Miscellaneous | Audit review Report 12/28/15 item | 10/20/2013 | Sunshine Sail Yacht Rental | Miami, FL | Honey Moon Trip | 1,284.39 | 0 | 1,284.39 | 1,284.39 | (1,284.39) | 0 | $0 | 4 | On 11/27/13 Chuck refunded the company out of check #3414/ deposit amount $1,359.99 |
| 44 | Hotel | Audit review Report 12/28/15 item | 10/20/2013 | Holiday INN Express (arrival date 11/19/13) | Columbia, MO | | 126.11 | 0 | 126.11 | 126.11 | | 0 | $126.11 | 2 | According to Chuck excel weekly schedule, he noted: "Crestwood investigation, safety meeting scheduling" as well as "Fly Rick to Jeff City and Return". |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | N626CE3 - Aircraft Lease | Audit review Report 12/28/15 Item | 10/16/2013 | Creve Coeur Airport to Central Missouri Aviation Airport to Omar N Bradley Airport to Creve Coeur Airport | Columbia, MO | Safety Meeting @ Eastview and Milton | | | 160.50 | 304.50 | | | $304.50 | 1 | SUMMARY: This is linked to the flight on 10/25 as there is a receipt for hotel in Columbia at a Holiday Inn for Wayne Marionette showing that he was flying to safety meetings. NOTES: Based on the log sheet for this aircraft Chuck recorded maintenance flight for TCS inspection. This log recording may not be true and according to the weekly schedule Chuck was doing a safety meeting at west view and Milan on 10/15/13. The next day the travel to St. Louis for vacation preparations. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.1 hours x $145 per hour = $304.50. |
| 46 | N626CE3 - Aircraft Lease | Audit review Report 12/28/15 item | 10/15/2013 | Creve Coeur Airport to Trenton Municipal Airport to Columbia Regional Airport | Trenton, MO | Safety Meeting @ Eastview and Milton | | | 0 | 362.50 | | | $362.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs. the flight was not recorded in the Reliant logs. the flight slowed up in the Flightware report and there was a safety meeting that day at the location the airplane flew to. There was a automobile fuel purchased this day in Trenton, Mo in the amount of $20.46 but only 6 gallons so likely this was to fill a courtesy car borrowed from the airport. NOTES: According to Chuck weekly schedule he had noted: "Safety meetings in Eastview and Milan" as well as "Flight Scheduling". On flightware this flight was discover and accordingly a lease charge will apply to Chuck for using this aircraft unauthorized. As such Chuck responsible for the lease of this aircraft for the duration of the flight which comes to 2.5 hours x $145 per hour = $362.50. |
| 47 | Hotel | Audit review Report 12/28/15 item | 10/15/2013 | Holiday INN Express (arrival date 10/15/13) | O'Fallon, MO | | 301.96 | 0 | 301.96 | 301.96 | | 0 | $301.96 | 1 | Unauthorize charge for in town stay. Personal Expense. |
| 48 | AT&T | Audit review Report 12/14/15 Item | 10/15/2013 | AT&T "Fant2Pay" | St. Louis, MO | | 149.42 | 149.42 | 149.42 | 0 | | 160.00 | $149.42 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 49 | Airfare Ticket | Audit review Report 12/28/15 item | 10/15/2013 | IBERIA BCN/VCE One Way FL For "Wayne M." | Barcelona, Spain to Venice, Italy | Europe Vacation T | 159.90 | 0 | 159.90 | 159.90 | | 0 | $159.90 | 1 | According to Chuck weekly schedule he was out on PTO time from October 17, 2013 through November 1, 2013. |
| 50 | Airfare Ticket | Audit review Report 12/28/15 item | 10/15/2013 | IBERIA BCN/VCE One Way FL For "Macy M. (Wife)" | Barcelona, Spain to Venice, Italy | Europe Vacation T | 159.90 | 0 | 159.90 | 159.90 | | 0 | $159.90 | 1 | According to Chuck weekly schedule he was out on PTO time from October 17, 2013 through November 1, 2013. |
| 51 | Gogoair.com | Audit review Report 12/28/15 item | 10/11/2013 | GOGOAIR.COM | Online Purchase | | 39.95 | 0 | 39.95 | 39.95 | | 0 | $39.95 | 1 | This is a personal account set up by Chuck. This service is related to on American Airlines. No direct benefit to The Big Blessing, LLC. |
| 52 | Miscellaneous | Audit review Report 12/28/15 item | 10/8/2013 | Leon Uniform Company | Saint Louis, MO | | 453.58 | 368.61 | 453.58 | 84.97 | | 0 | $84.97 | 1 | After reviewing the invoice, it was discover that $84.97 was not business related to the operations of The Big Blessing, LLC. Receipt Verify and Found. |
| 53 | Hotel | Audit review Report 12/28/15 item | 10/4/2013 | Holiday INN (arrival date 10/3/13) | Independence, MO | Pre-Buy Navajo | 119.70 | 0 | 119.70 | 119.70 | | 119.70 | $239.40 | 1D | According to the weekly schedule Chuck was suppose to be doing a buy inspection Piper Navajo starting on 10/3/13 through 10/4/13. PER NY WAS IN NEW YORK. |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Check | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | N552WB - Aircraft Lease | Audit review Report 3/25/16 Item | 10/4/2013 | City of Lee's Summit Airport to Creve Coeur Airport | Lee's Summit, MO | Pre-Buy Navajo | | | 172.80 | 490.00 | | | $490.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to the weekly schedule Chuck was doing a Pre Buy Inspection of Piper Navajo. Based on the gas sheet, no flight to Lee Summit was logged. After review of Flightaware data, Nick determined that this flight was logged properly in aircraft log sheet N552WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1 hour x $490 per hour = $490.00. Fuel charge of $172.80 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airtime Creve Coeur to Lee's Summit, MO.   Have Aircraft Fuel Receipt with Handwritten note mentioning: "BBB Lease Sheppard". |
| 55 | N552WB - Aircraft Lease | Audit review Report 3/25/16 Item | 10/3/2013 | Creve Coeur Airport to City of Lee's Summit Airport | Lee's Summit, MO | Pre Buy Navajo | | | | 539.00 | | | $539.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: A flight landing/leaving for this day on aircraft N552WB, no mentioned of aircraft landing at Lee's Summit Airport on 10/03/13. However, based on Nick finding on Flightaware data, he determined that a flight on 10/03/13 took off from Creve Coeur Airport to Lee's Summit Airport returning the following day back to home base Creve Coeur, MO. According to Chuck excel schedule he noted: "Safety Meeting Scheduling, PowerPoint for Rick". According to the hardcopy weekly schedule he submitted to Rick, he was doing a Pre Buy Inspection Piper Navajo. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $490 per hour = $539.00. |
| 56 | N626GB - Aircraft Lease | Audit review Report 3/25/16 Item | 10/3/2013 | Spirit of St. Louis Airport to Hermann Municipal Airport to Creve Coeur Airport | Hermann, MO | | | | | 116.00 | | | $116.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: According to Chuck's weekly schedule he had noted: "Safety Meeting Scheduling, Powerpoint for month" as well as "Baron landing gear maintenance -flights for Rick". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for use of the aircraft unauthorized.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.8 hrs x $145 per hour = $116.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 9/30/2013 | Creve Coeur Airport to City of Cuba Airport to Creve Coeur Airport | Cuba, MO | Satefy Meeting | | | 250.00 | 0 | | | $0 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of this flight. Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightware report. NOTES: No flight out of that location within a five day time period However, according to the weekly schedule Chuck was having a safety meeting the next day on 10/01/13 at St. Elizabeth which is close to Cuba, MO. Possibility that he used to plane for such meeting. Also on 9/30/13 per the weekly schedule Chuck was doing a new aircraft offer review, Prepare and update cold weather operations and slip trip and fall presentation. Prepare for week travel to safety meetings. Tail number was not provided on receipt. However, tail number N952C8 shows a flight the prior day. Per Flightware this flight was discover and accordingly a lesser rate will be apply to Chuck for using the aircraft unauthorized. Per Nick comments, Routing of this day trip was from Creve Coeur to Cuba. About 20 minutes on the ground. Then to Kansas City. About 2 hours and 15 minutes on the ground. Then back to Cuba. About 30 minutes on the ground. Then back to Creve Coeur. With the schedule and timing, it is much more likely that there was a passenger picked up and dropped of in Cuba and a safety meeting in Kansas City. Not Cuba. No charge for lease of aircraft, apply day as its related to the line below flight entry. Have Aircraft Fuel Receipt with handwritten note mentioning: "BBB Lease Fuel". |
| 58 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 9/30/2013 | Executive Beechcraft M | Kansas City, MO | Satefy Meeting | | | 568.71 | 1,274.00 | | | $1,274.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of this flight. Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightware report. NOTES: this flight out of that location for that day. Only flight record around this period was for 9/27/13 and 10/01/13. However, according to the weekly schedule Chuck was having a safety meeting the next day on 10/01/13 at St. Elizabeth which is close to Cuba, MO. Possibility that he used to plane for such meeting? Also on 9/30/13 per the weekly schedule Chuck was doing a new aircraft offer review, Prepare and update cold weather operations and slip trip and fall presentation. Prepare for week travel to safety meetings. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such, Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.6 hours x $490 per hour = $1,274.00. Aircraft airline Creve Coeur charge of $568.71 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airline Creve Coeur day trip was from Creve Coeur to Cuba. About 20 minutes on the ground. Then to Kansas City. About 2 hours and 15 minutes on the ground. Then back to Cuba. About 30 minutes on the ground. Then back to Creve Coeur. The Routing of this day trip was from Creve Coeur to Cuba. About 20 minutes on the ground. With the schedule and timing, it is much more likely that there was a passenger picked up and dropped of in Cuba and a safety meeting in Kansas City. Not Cuba. Have Aircraft Fuel Receipt with handwritten note mentioning: "BBB Lease Fuel". |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | N952WB - Aircraft - Lease | Audit review Report 3/25/16 Item | 9/28/2013 | Sikeston Memorial Muni Airport | Sikeston, MO | This fits the pattern of flights to Sikeston, MO, a common destination for a joy ride. | | | | 686.00 | | | 686.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N952WB. Aircraft took off from Creve Coeur, MO to Sikeston Memorial Muni Airport with final destination at Creve Coeur, MO. No data enter on the weekly schedule by Chuck for 9/28/13. I would mention 9/28/13 falls on a Saturday. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hours x $490 per hour = $686.00. |
| 60 | Retail Store | Audit review Report 12/28/15 Item | 9/26/2013 | Walmart | Hannibal, MO | | 127.02 | 127.02 | 127.02 | 0 | | 127.02 | 127.02 | 1D | Chuck submitted on his September 2013 Expense Report a Walmart receipt for vehicle service oil change, tire rotation for reimbursement, however, Chuck had already paid this charge with the company credit card. As such the company double pay for this expense. |
| 61 | Miscellaneous | Audit review Report 12/28/15 Item | 9/25/2013 | GT Distributors Gun Supply | TX | | 475.40 | 0 | 475.40 | 475.40 | | 0 | 475.40 | 1 | After reviewing the invoice it was discovered that a gun was purchase. This was a non-business related charge. Receipt Verify and Found also an email from Chuck to Shanna letting her know that a charge for $600 from GT Distributors would appear on the credit card statement NO carbon monoxide detectors for the aircraft. However, after reviewing receipt it was discover that a gun was purchase. |
| 62 | N952WB - Aircraft - Lease | Audit review Report 12/28/15 Item | 9/24/2013 | Viburnum Airport | Viburnum, MO | Safety Meeting @ Stonecrest | | | 0 | 1,176.00 | | | 1,176.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting this day at the location the airplane flew to. There was not automobile fuel purchased this day. Flight log NO data day on aircraft N952WB, no mentioned of aircraft landing in Viburnum Airport on 9/24/13. However, based on Nick finding using Flightaware data, he determined that a flight on 9/24/13 took off from Creve Coeur, MO to Viburnum Airport returning back to home base Creve Coeur, MO. According to Chuck used weekly schedule he noted: "Stonecrest safety meeting" as well as "R&S flights to Hannibal". According to Chuck email to Steve Long he inform Steve that he would be doing a safety meeting at Stonecrest as well as a flight for R&S. It reports that Chuck used the aircraft for safety meeting. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.4 hours x $490 per hour = $1,176.00. |
| 63 | Hotel | Audit review Report 12/28/15 Item | 9/20/2013 | Crowne Plaza Hotel (arrival date 9/19/13) | Kansas City, MO | Safety Meeting | 200.03 | 200.03 | 200.03 | 0 | | 200.03 | 200.03 | 1D | Based on the weekly schedule Chuck was schedule to provide safety meeting at Four Seasons and Living Center. The next day he was schedule to provide safety meeting at Bridgewood, Kansas City, MO. |
| 64 | Hotel | Audit review Report 12/28/15 Item | 9/19/2013 | Holiday INN (arrival date 9/18/13) | Columbia, MO | Safety Meeting | 158.14 | 158.14 | 158.14 | 0 | | 158.14 | 158.14 | 1D | Based on the weekly schedule Chuck was schedule to provide safety meeting at North Village and Charlton Park. The next day he was schedule to provide safety meeting at Four Seasons and Living Center. |
| 65 | Miscellaneous | Audit review Report 12/28/15 Item | 9/16/2013 | SPORTY'S CAT Pilot Shop | OH | | 269.95 | 219.95 | 269.95 | 50.00 | | 0 | 50.00 | 1 | After reviewing the receipt it was discover that a $50 gift card was added to the other purchase items. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | AT&T | Audit review Report 12/14/15 item | 9/14/2013 | AT&T*text2Pay | St. Louis, MO | Expense Report | 169.93 | 169.93 | 169.93 | 0 | | 160.00 | $169.93 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 67 | N626CB - Aircraft Lease | Audit review Report 3/25/16 item | 9/13/2013 | Hermann Muni Airport to Creve Coeur Airport | Hermann, MO | | | | | 58.00 | | | $58.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "Navajo research and prebuy". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.4 hours x $145 per hour = $58.00. |
| 68 | N626CB - Aircraft Lease | Audit review Report 3/25/16 item | 9/13/13 | Creve Coeur Airport to Washington Regional Airport to Hermann Muni Airport | Washington, MO | | | | | 58.00 | | | $58.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "Navajo research and prebuy". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.4 hours x $145 per hour = $58.00. |
| 69 | N626CB - Aircraft Lease | Audit review Report 3/25/16 item | 9/11/2013 | Wheeler Downtown Airport to Creve Coeur Airport | Kansas City, MO | | | | | 290.00 | | | $290.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "Bernard more research, Heritage" as well as "Picks flight scheduling navajo research a prebuy". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.0 hours x $145 per hour = $290.00. |
| 70 | N626CB - Aircraft Lease | Audit review Report 3/25/16 item | 9/10/2013 | Creve Coeur Airport to Wheeler Downtown Airport | Kansas City, MO | | | | | 290.00 | | | $290.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "St. Louis Jeffrey meetings PIAA videos" as well as "172 readiness for Rae chockride inspection. Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.0 hours x $145 per hour = $290.00. |
| 71 | Car Gasoline | Audit review Report 12/28/15 item | 8/30/2013 | ExxonMobil | Wentzville, MO | | 99.97 | 0 | 99.97 | 99.97 | | 0 | $99.97 | 3 | This day was a Friday the weekend of Labor Day. In reviewing Chuck weekly schedule nothing was put down for this day or Saturday 8/31/13. For Sunday he reference (9/1/13) weekly paperwork. The 9/2/13 was a Holiday. On 9/3/13 Chuck mentioned a flight for Pick. |
| 72 | Hotel | Audit review Report 12/28/15 item | 8/30/2013 | Crowne Plaza Hotel (arrival date 8/29/13) | Kansas City, MO | | 155.81 | 0 | 155.81 | 155.81 | | 155.81 | $311.62 | 1D | According to Chuck excel weekly schedule for 8/29/13, he noted: "Safety meetings, Milan and Trenton" as well as "Flight scheduling for the Holiday weekend invoicing". No comments were provided for 8/30/13 on the weekly schedule which was a Friday day. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | N952VB - Aircraft Lease | Audit review Report 12/28/15 Item | 8/30/2013 | Wheeler Downtown Airport | Kansas City, MO | Safety Meetings @ Milan & Trenton | | | 476.00 | 539.00 | | | $539.00 | 1 | **SUMMARY:** Have receipt for Chuck at the Crowne Plaza Hotel. This was a double charge paid with his company card and submitted on the expense report. This is linked to trenton flight below as flightware shows creve coeur to Trenton to Wheeler Airport KC to Creve Coeur on the 30th. This flight is connected to the trenton flight below that went to a safety meeting. Chuck is staying overnight in KC for some reason. There are several instances of this. **NOTES:** A flight logged for this day on aircraft N952VB, no mentioned of aircraft landing in Charles B Wheeler Downtown Airport on 8/30/13. However, based on Nick finding using Flightaware data, he determined that a flight on 8/30/13 took off from Charles B Wheeler Downtown Airport with final destination that day @ Creve Coeur, MO. According to Chuck excel weekly schedule this day is omitted from the spreadsheet. No hardcopy weekly schedule submitted to Steve for this week. As such Chuck will be responsible for the lease this aircraft for the duration of the flight time which comes to 1.1 hours @ $490 per hour = $539.00. |
| 74 | N952VB - Aircraft Lease | Audit review Report 12/28/15 Item | 9/29/2013 | Trenton Muni Airport | Trenton, MO | Safety Meetings @ Milan & Trenton | | | 0 | 537.00 | | | $537.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Relient tags, the flight was not recorded in the Relient logs, the flight showed up in the Flightaware report and there was a safety meeting that day at the location the airplane flew to. There was automobile fuel purchased this day charged to the company credit card in Trenton for $33.54. **NOTES:** A flight logged for this day on aircraft N952VB, no mentioned of aircraft landing in Trenton MO. However, based on Nick finding using Flightaware data, he determined that a flight on 8/29/13 took off from Creve Coeur Airport to Trenton Muni Airport with final destination that day @ Charles B Wheeler Downtown Airport in Kansas City, MO. According to Chuck excel weekly schedule he had noted "safety meeting @ Milan and Trenton", also reference "Flight scheduling for the Holiday weekend invoicing". It appears that Chuck used the aircraft for safety meeting which is not authorized by the company. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours @ $490 per hour = $537.00. |
| 75 | Hotel | Audit review Report 12/28/15 Item | 8/29/2013 | Holiday INN Venice DA Quincy (arrival date not available) | Venice, Italy | Europe Vacation Trip | 480.41 | 0 | 480.41 | 480.41 | | 0 | $480.41 | 1 | According to Chuck weekly schedule he was out on PTO time from October 17, 2013 through November 1, 2013. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | N952VB - Aircraft Lease | Audit review Report 3/25/16 Item | 8/28/2013 | Brandon Airport to Columbia Regional Airport to Creve Coeur Airport | Columbia, MO | | | | 372.78 | 588.00 | | | $588.00 | 2 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. **NOTES:** A flight logged for this day on aircraft N952VB, no mentioned of aircraft taken from Branson Airport on 8/28/13. However, based on Nick finding using Flightaware data, he determined that a flight on 8/28/13 took off from Branson Airport to Columbia Regional Airport with final destination that go @ Creve Coeur, MO. According to Chuck excel weekly schedule he had noted "safety meeting scheduling for next week ". He also reference a "Flights home from Branson to Rick. Based on the weekly schedule this flight appears to be okay. This flight entry is part of flight on 8/27/13 (see below entry). As such Chuck will not be responsible for the lease of this aircraft for the duration of this flight time which comes to 2.6 hours x $490 per hour = $588.00.   Have Aircraft Fuel Receipt with handwriting as follows: Found a receipt from Branson JetCenter, LLC for 8/28/13 for $564.00 Tail #: N952VB. On the ticket it had handwritten: "Rick to go from Branson". Another Ticket from: Central Missouri for $372.78 for 8/28/13 Tail #: N952VB. On the ticket it had handwritten: "Rick Hannibal from Branson". |
| 77 | N952VB - Aircraft Lease | Audit review Report 3/25/16 Item | 8/27/2013 | Columbia Regional Airport | Columbia, MO | | | | 321.49 | 588.00 | | | $588.00 | 2 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. **NOTES:** A flight logged for this day on aircraft N952VB, no mentioned of aircraft taken from Columbia Regional Airport on 8/27/13. However, based on Nick finding using Flightaware data, he determined that a flight on 7/27/13 took off from Hannibal Regional Airport to Columbia Regional Airport with final destination that go @ Branson, MO. According to Chuck excel weekly schedule he had noted "PMA inspection research ". He also reference a "Flights for Rick, Hannibal, Branson, Hannibal". Based on the weekly schedule this flight appears to be okay. As such Chuck will not be responsible for the lease of this aircraft for the duration of this flight time which comes to 1.2 hours x $490 per hour = $588.00.   Have Aircraft Fuel Receipt with handwriting note as follows: "Fuel Ticket found for N952VB from Hannibal Airport for 8/27/13 for $321.49. " Nothing written on it. |
| 78 | Restaurant | Audit review Report 12/28/15 Item | 8/25/2013 | Eastern Lakeside Grill | Lake Ozark, MO | | 134.50 | 0 | 134.50 | 134.50 | | 0 | $134.50 | 1 | I WOULD MENTION THIS DAY WAS A SUNDAY. According to Chuck excel weekly schedule he noted: "End of week paperwork" and "End of week paperwork - Flight scheduling, alternator out fix service research ". After reviewing August 2013 receipt file, I located the receipt for Baxter's Lakeside Grille. The handwritten comment on the receipt stated: "BBB lease, Meal - Shepperd Flight". Receipt Found and Verify, No flight logged this day on any aircraft to Lake or Ozark. |

Electronically Filed - St. Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | Car Gasoline | Audit review Report 12/28/15 item | 8/24/2013 | Shell Oil | Kingdom City, MO | | 51.93 | 0 | 51.93 | 51.93 | | 0 | $51.93 | 3 | THIS DAY WAS A SATURDAY. No weekly schedule submitted for Saturday and nothing in the weekly schedule that reference any event taken place around Kingdom City prior four days back or forward. 1/25/16 After reviewing the August 2013 receipt file, I was able to find the receipt for Shell fuel for 8/24/13. The handwriting comment on the receipt stated "Pilot fuel". After reviewing the log sheet for all aircraft to see if any planes flew on that day but no record of any aircraft flying on that day. However, I did find a flight on 8/23/13 the day before from Lake of Ozark to Creve Coeur on aircraft tail number N952WB. Receipt Verify and Found. |
| 80 | N952WB - Aircraft Lease | Audit review Report 12/28/15 item | 8/21/2013 | City of Moberly | Moberly, MO | Safety meeting@ North Village & Charton Park | | | 318.00 | 539.00 | | | $539.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting this day at the location the airplane flew to. There was not automobile fuel purchased this day. NOTES: According to the log book for aircraft N626GB it was lease by Chuck this day for flight training. Chuck is responsible for the lease payment to the company. I would make reference that on this day according to Chuck excel weekly schedule he had a safety meeting at North Village and Charton Park. He also was doing flight scheduling and maintenance for Branson flights. It appears that Chuck used the plane for safety meeting as well as training school. He is responsible for reimbursing the company for the aircraft time. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight which comes to 1.1 hours x $490 per hour = $539.00. Fuel charge of $318.00 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airtime Creve Coeur to Omar N. Bradley |
| 81 | Hotel | Audit review Report 12/28/15 item | 8/17/2013 | Holiday INN (arrival date 8/16/13) | Lawrence, KS | | 88.32 | 0 | 88.32 | 88.32 | | 88.32 | $176.64 | 1D | According to Chuck excel weekly schedule for 8/16/13, he noted: "Bridgewood safety meeting and osha inspection" as well as "follow up on Fuel A/D pilot invoicing and scheduling". 8/16/13 was a Friday. |
| 82 | Car Gasoline | Audit review Report 12/28/15 item | 8/15/2013 | ExxonMobil | O'Fallon, MO | | 58.60 | 0 | 58.60 | 58.60 | | 0 | $58.60 | 3 | According to Chuck excel weekly schedule he noted: "Reliant social events as well as Fuel Inspection A7D with maintenance". Ask Steve and Nick about Chuck putting gas on the car twice within a two day period. Please see charge on 8/14/13 above entry. |
| 83 | AT&T | Audit review Report 12/14/15 item | 8/14/2013 | AT&T*text2Pay | St. Louis, MO | Expense Report | 159.42 | 159.42 | 159.42 | 0 | | 160.00 | $159.42 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 84 | Car Gasoline | Audit review Report 12/28/15 item | 8/14/2013 | Waterway#13 | Maryland Heights, MO | | 69.97 | 0 | 69.97 | 69.97 | | 0 | $69.97 | 3 | According to Chuck excel weekly schedule he noted: "Safety Meeting follow ups" as well as "RBB lease flights, Sheppard and Flights for Rick Hannibal". Ask Steve and Nick about Chuck putting gas on the car twice within a two day period. Please see charge on 8/15/13 below entry. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | N5S2W8 - Aircraft Lease | Audit review Report 3/25/16 Item | 8/14/2013 | Spirit of St. Louis Airport to Chicago Airport to Creve Coeur Airport | Chicago, IL | | | | 362.31 | 1,127.00 | | | $1,127.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Ballast legs, the Flight was not recorded in the Ballast legs, the flight showed up in the Flightaware report. NOTES: According to the log book this aircraft was lease to Joe Sheppard on 8/14/13. However, the log doesn't mention anything about the aircraft fueling in Chicago, IL that day. According to the weekly schedule Chuck was doing a B88 flights for Rick. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N5S2W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.3 hours x $490 per hour = $1,127.00. Fuel charge of $362.31 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airtime Spirit of St. Louis. |
| 86 | N6Z6C8 - Aircraft Lease | Audit review Report 12/28/15 Item | 8/11/2013 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | B88 Lease-Paid Invoice | | | | -130.50 | | | -$130.50 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N6Z6C8. NOTES: This flight time was recorded by Chuck on company aircraft tail number N6Z6C8 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE IN THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO REFLECT AN ADJUST OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED. HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDN'T REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 28 DEBIT (OR?) ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEEN 110.40-25.5. FOR TRANSPRACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 87 | Hotel | Audit review Report 12/28/15 Item | 8/9/2013 | Holiday INN (Arrival date 9/6/13 – Departure date 9/8/13) | Columbia, MO | Mizzou Homeco | 945.56 | 0 | 945.56 | 945.56 | | 0 | $945.56 | 1 | According to Chuck weekly schedule on 9/6/13 he noted: "Fleet safety subject matter for Sept safety meetings" as well as "Flight scheduling for Ricks weekend/New aircraft research/B88 paperwork". This charge was a deposit made the month prior on 8/9/13 for room reservation for Mizzou Homecoming Game which requires a deposit made in advance to the event. A $13.92 was applied to the $931.64 charge as this charge was added to the room invoice at check out. |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 item | 8/9/2013 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease-Paid Invoice | | | | -159.50 | | | -$159.50 | 1 | SUMMARY: This flight lease time was submitted by Chuck to the company which is still unpaid and Chuck has acknowledged as his responsibility to reimburse the company for use of aircraft N626C3. NOTES: This flight time was recorded by Chuck on company aircraft tail number N626C3 logged book. THIS DEBIT JOURNAL ENTRY WAS MADE FOR THE TREVOR UNLOGGED FLIGHT CHARGES THAT TO REFLECT AN ADJUSTMENT OF 25.5 HOURS THAT CHUCK HAD ON HIS LOGGED BOOK AND SUBMITTED TO THE COMPANY TO REFLECT WHAT HE OWED. HOWEVER, AFTER REVIEWING TREVOR LOG BOOK AND FLIGHTAWARE IT BECAME APPARENT THAT CHUCK DIDNT REPORT THE TRUE LEASE HOURS THAT HE USED THE AIRCRAFT WHICH CAME TO A TOTAL OF 110.40. AS TO NOT DOUBLE COUNT THE HOURS THAT CHUCK SUBMITTED OF 25.5, 28 DEBIT JOURNAL ENTRIES WERE MADE TO REFLECT AN ADJUSTED OF 25.5 TOWARDS THE 110.40 HOURS. AGAIN THE TOTAL HOURS NOT REPORTED BY CHUCK CAME TO 84.90 WHICH IS THE DIFFERENCE BETWEN 110.40-25.5. FOR TRANSFREACY PURPOSE THIS LINE ENTRY IS REFLECTED IN THE TREVOR UNLOGGED FLIGHT CHARGES TAB TO COME UP WITH THE TOTAL AMOUNT OWED OF $12,310.50 ($16,008.00-$3,697.50). |
| 89 | N626C3 - Aircraft Lease | 161 | 8/9/2013 | Creve Coeur Airport to Creve Coeur Airport | Creve Coeur, MO | BBB Lease | | | | 150.29 | | | $150.29 | 1 | SUMMARY: This unpaid invoice for lease of aircraft tail number N626C3 by Chuck is still outstanding. This flight was record by Chuck on the logged booked. NOTES: Aircraft record taking off from Creve Coeur Airport to Creve Coeur Airport. Chuck submitted 1.03657 hours of flight time @ $145.00 per hour which equal $150.29 to be paid to The Big Blessing, LLC. for use of the aircraft. |
| 90 | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 8/9/2013 | Creve Coeur Airport to Spirit of St. Louis Airport to Creve Coeur Airport | Chesterfield, MO | | | | | 392.00 | | | $392.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: Flight recorded for this day for aircraft N952WB. Aircraft took off from Creve Coeur Airport to Spirit of St. Louis Airport with final destination Creve Coeur Airport. According to Chuck excel weekly schedule log sheet he noted "BBB lease flights. RJD flight scheduling". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for lease of this aircraft for the duration of the flight time which comes to 1 hour x $490 per hour = $392.00. |
| 91 | Hotel | Audit review Report 12/28/15 item | 8/8/2013 | Crowne Plaza Hotel (arrival date 8/7/13) | Kansas City, MO | | 174.08 | 0 | 174.08 | 174.08 | | 0 | $174.08 | 2 | According to Chuck excel weekly schedule for 8/7/13, he noted: "monthly powerpoint" as well as "Char upgrades". The next day 8/8/13 Chuck noted on his weekly schedule: "PNAA Fitz con research, safety meeting scheduling". |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 8/6/2013 | Wheeler Downtown Airport to Washington Regional Airport to Creve Coeur Airport | Washington, MO | | | | | | 686.00 | | | 686.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of Reliant logs, the flight was not recorded in the Reliant flight logs, the flight showed up in the Flightaware report. NOTES: No log flight recorded for this day for aircraft N952WB. Aircraft took off from Kansas City, MO out of Wheeler Downtown Airport to Washington Regional Airport with final destination at Creve Coeur Airport. According to Chuck excel weekly schedule log sheet he noted: "PMA Haz com research; safety meeting scheduling". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hours x $490 per hour = $686.00. Fuel charge of $465.00 paid by the company will also be taken into consideration in amount owed by Chuck. Aircraft airtime Creve Coeur. |
| 93 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 8/7/2013 | Creve Coeur Airport to Wheeler Downtown Airport | Kansas City, MO | | | | | | 539.00 | | | 539.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight recorded for this day. Next flight logged was on 8/9/13. According to the excel time weekly schedule log sheet Chuck was working on a monthly power point as well as chart upgrades. Based on the log book log 8/9/13 Chuck had lease the aircraft. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $490 per hour = $539.00. Fuel charge of $465.00 paid by the company will also be taken into consideration in amount owed by Chuck. Aircraft airtime Creve Coeur. |
| 94 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 8/6/2013 | Creve Coeur Airport to Jefferson City Fly Service | Jefferson City, MO | Safety meeting@ St. Elizabeth | | 0 | 0 | | 490.00 | | | 490.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting this day at the location on the airplane flew to. There was not automobile fuel purchased this day. NOTES: No log flight recorded for this day. Next flight logged was on 8/9/13. According to the excel time weekly schedule log sheet Chuck was doing a safety meeting at St. Elizabeth as well as hangar maintenance. Based on the log book for 8/9/13 Chuck had lease the aircraft. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1 hour x $490 per hour = $490.00. Fuel charge of $561.77 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airtime Creve Coeur to Jefferson City Memorial Airport. |
| 95 | Hotel | Audit review Report 12/28/15 Item | 8/9/2013 | Holiday INN (arrival date 8/2/13) | Leesburg, VA | OSHKOSH AVIATION TRIP | | 30.01 | 0 | 30.01 | 30.01 | | 0 | 30.01 | 1 | According to Chuck weekly schedule he was suppose to be attending the Oshkosh Aviation Conference from 7/28/13 to 8/4/13. After reviewing the Holiday INN Hotel invoice from Appleton, WI where the Oshkosh Aviation Conference was being held Chuck departed from the hotel 2 days before he was suppose to attend a personal family event in South Carolina. Chuck was approve to attend the Oshkosh Aviation Conference but not the event between August 5 to August 6, 2013 was not approved by the company and is non-business related to The Big Blessing, LLC or Reliant Care Management, LLC. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | N626CB - Aircraft Lease | Audit review Report 12/28/15 Item | 8/1/2013 | Creve Coeur Airport (MO) to Bowman Field Airport (KY) to Leasburg Airport (VA) to Hilton Head Airport (SC) to Chattanooga Airport (TN) to Creve Coeur Airport (MO) | KY, VA, SC, TN, MO | OSHKOSH AVIATION TRIP | | | 514.18 | 1,435.50 | | | $1,435.50 | 1 | Chuck was authorized to fly N626CB to the Oshkosh Conference not authorized to use N626CB these days for personal use nor was he authorized to fly the aircraft anywhere except to the Oshkosh Conference. Chuck is responsible for charges of 9.9 total hours X $145 totaling $1,435.50. The Flightaware log shows the airplane leaving Creve Coeur at 04:55pm CDT on 08/01/2013 landing at 07:24 PM EDT at Louisville, KY. It then departs Louisville at 08:05 pm EDT arriving at 11:27 PM EDT at Leasburg, VA. It then departs Leasburg at 12:41 EDT on 8/2/2013 arriving at Hilton Head Island, SC at 05:04pm EDT. It departs Hilton Head Island, SC at 12:01 pm EDT on 8/4/2013 arriving at Chattanooga, Tn at 03:02 Pm EDT. Departs Chattanooga at 04:45pm EDT arriving at Creve Coeur at 07:22 CDT. Will Wobbe was with on these flights until Leasburg at which point he was dropped off by Chuck. According to Will, Chuck was on a personal trip flying to a military graduation for a girlfriend/wife's relative. |
| 97 | Miscellaneous | Audit review Report 12/28/15 Item | 7/30/2013 | Advanced Online Store | Coppell, TX | OSHKOSH AVIATION TRIP | 248.82 | 0 | 248.82 | 248.82 | | 0 | $248.82 | 1 | After going online, I found out that this company makes personalize product for corporation to advertise the company name. Product such things as: Pens, Hats, shirts, Jackets, etc. 1/12/16 I got a call from the company regarding this charge she said it was related to purchase made at the Oshkosh aviation show. The company had a promotional type of selling products related to the Oshkosh aviation conference. |
| 98 | N352WB - Aircraft Lease | Audit review Report 12/28/15 Item | 7/29/2013 | Creve Coeur Airport to Platinum Flight Center Airport to Creve Coeur Airport | Appleton, WI | OSHKOSH AVIATION TRIP | | | 542.45 | 1,911.00 | | | $1,911.00 | 1 | Chuck was not authorized to fly the baron to the conference. On 8/8/13 172. He is responsible for the flight costs. Total flight time is 3.9x490=$1911. No flight recorded in the Reliant log book for this sale. Aircraft took off from Creve Coeur to Appleton International Airport. According to the excel weekly schedule Chuck noted " Meet with Steve Long, lord of month paperwork" as well as "3BB paperwork, flight scheduling, payroll". Flightaware data shows that this flight took off from Creve Coeur at 15:59 CDT and landed at Appleton airport at 17:45 CDT on 7/29/2013. It then departed from Appleton airport at 11:51 CDT on 8/1/2013 landing at Creve Coeur at 14:09 CDT. Will Wobbe was at Oshkosh and flew with Chuck from Oshkosh to Creve Coeur. |
| 99 | Hotel | Audit review Report 12/28/15 Item | 7/27/2013 | The Beach House Hilton (Arrival date 8/2/13 – Departure date: 8/4/13) | Head, South Carolina | OSHKOSH AVIATION TRIP | 620.30 | 0 | 620.30 | 620.30 | | 0 | $620.30 | 1 | According to Chuck weekly schedule he was suppose to be attending the Oshkosh Aviation Conference from 7/29/13 to 8/4/13. After reviewing the Holiday INN Hotel invoice from Appleton, WI where the Oshkosh Aviation Conference was being held Chuck departed from the local 2 days before he was suppose to attend a personal family event in South Carolina. Chuck was suppose to attend the Oshkosh Aviation Conference but any event between August 1 to August 4, 2013 was not approved by the company and is non-business related to The Big Blessing, LLC or Reliant Care Management, LLC. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| # | Category | Reference | Credit Card Transaction Date | Place | Location | Event link | Amount to Verify | Amount Appoved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | N952VB - Aircraft Lease | Audit review Report 3/25/15 Item | 7/26/2013 | Creve Coeur Airport to Sikeston Memorial Municipal Airport to Creve Coeur Airport | | Another flight to Sikeston. There is a pattern of joy rides to sikeston. | | | 714.39 | 637.00 | | | 637.00 | 2 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. **NOTES:** According to the excel weekly schedule that Chuck submitted he was doing a work comp injury follow up logs, detailing and maintenance for both aircraft. After review of Flightaware data, Nick determined that the flight was not logged properly in aircraft log sheet N952VB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $490 per hour = $637.00. Fuel charge of $714.39 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airtime Creve Coeur Sikeston Memorial Municipal Airport. |
| 101 | N952VB - Aircraft Lease | Audit review Report 12/28/15 Item | 7/24/2013 | Wheeler Downtown Airport | Kansas City, MO | Safety meeting@ WestView and Milan | | | 480.50 | 245.00 | | | 245.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting this day at the location the airplane flew to. There was not automobile fuel purchased this day. There was a hotel at Crowne Plaza KC checking in 7/23/13. **NOTES:** A flight logged for this day on aircraft N952VB, no mentioned of aircraft taken off from Charles B Wheeler Downtown Airport that day. However, based on Nick finding using Flightaware data, he determined that a flight on 7/24/13 took off from Charles B Wheeler Downtown Airport, Kansas City, MO to Trenton Muni Airport, Trenton, MO. According to Chuck excel weekly schedule had noted "Meeting at Westview and Milan" as well as "Flights for this day. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.5 hours x $490 per hour = $245.00. |
| 102 | Hotel | Audit review Report 12/28/15 Item | 7/24/2013 | Crowne Plaza Hotel (arrival date 7/23/13) | Kansas City, MO | Safety Meeting | 207.37 | 0 | 207.37 | 207.37 | | 0 | 207.37 | 1 | According to Chuck excel weekly schedule for 7/23/13, he noted: "safety meeting scheduling, travel to Trenton" as well as "Oil change 172, Invoicing and logs". According to Chuck excel weekly schedule for 7/24/13, he noted: "Safety meeting at Westview and Milan" as well as "Flights for Flick. Possibility that this stay is okay. Check with Steve. Receipt Verify and Found. |
| 103 | N952VB - Aircraft Lease | Audit review Report 12/28/15 Item | 7/23/2013 | Executive Beechcraft M | Kansas City, MO | Safety meeting@ Trenton | | | 0 | 539.00 | | | 539.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting this day at the location the airplane flew to. There was not automobile fuel purchased this day. There was a hotel at Crowne Plaza KC checking in 7/23/13. **NOTES:** No flight recorded on the log book for this date. According to the weekly schedule Chuck was doing safety meeting scheduling, travel to Trenton, Oil change on the 172, Invoicing and logs. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952VB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $490 per hour = $539.00. Fuel charge of $480.50 paid by the company will not be taken into consideration in amount owed by Chuck. Aircraft airtime Creve Coeur |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | N952VB - Aircraft Lease | Audit review Report 3/25/15 Item | 7/21/2013 | Creve Coeur to Hannibal to Creve Coeur | Creve Coeur, MO | | | | 492.73 | 490.00 | | | $490.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: A flight logged for this day on aircraft N952VB, no mentioned of aircraft taken off from Creve Coeur twice in one day. However, based on Nick finding using Flightaware data, he determined that a flight on 7/21/13 took off from Creve Coeur to Hannibal back to Creve Coeur Airport. 7/21/13 is a Sunday. According to Chuck exece weekly schedule he had noted "weekly paperwork". He also reference a "weekly paperwork, flight scheduling". As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.0 hours x $490 per hour = $490.00. Have Aircraft Fuel Receipt with handwriting note stating "Rick to Hannibal". |
| 105 | Hotel | Audit review Report 12/28/15 Item | 7/19/2013 | Crowne Plaza Hotel (arrival date 7/18/13) | Kansas City, MO | Safety Meeting | 140.81 | 140.81 | 140.81 | 0 | | 140.81 | $140.81 | 1D | Based on the weekly schedule for 7/18/13 Chuck was schedule to provide safety meeting at Four Season in home as well as pilot and flight scheduling. According to Chuck weekly schedule for 7/19/13 he was holding a safety meeting at Bridgewood. The stay at the hotel is valid, however, the company paid twice for this charge through credit card payment as well as Expense Report submitted by Chuck. 1/25/16 After reviewing July 2013 receipt file I notice that the hotel invoice had writing on it: "BBB Pilot Room". Ask Steve and Nick. Receipt Not Found. |
| 106 | N952VB - Aircraft Lease | Audit review Report 12/14/15 Item | 7/17/2013 | City of Moberly | Moberly, MO | Safety meeting @ North Village & Chariton Park | | | 265.00 | 588.00 | | | $588.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting held that day at the location the airplane flew to. There was not automobile mileage purchased this day. NOTES: According to the airline N952VB log book, one flight was log for this day. According to Chuck exec weekly schedule he was doing a safety meeting at North Village and Chariton Park. This explains Chuck using the plane for safety meeting while at the sametime leaving the aircraft. Unauthorize use of aircraft for safety meeting. Chuck is responsible for the lease payment of the aircraft for the trip from moberly to Creve Coeur or another 6 needs to be charged to Chuck. 1.2x$90=$588. Have Aircraft Fuel Receipt with handwriting note mentioning: "Rick to Hannibal & Return — Wayne Marionette's name was handwritten on the ticket." |
| 107 | AT&T | Audit review Report 12/14/15 Item | 7/14/2013 | AT&T*Text2Pay | St. Louis, MO | Expense Report | 143.27 | 143.27 | 143.27 | 0 | | 160.00 | $143.27 | 1D | This charge was approved and paid by the company credit card, however Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 108 | Hotel | Audit review Report 12/28/15 Item | 7/12/2013 | Drury INN ( arrival date 7/14/23) | St Peters, MO | | 132.18 | 0 | 132.18 | 0 | | 0 | $132.18 | 1 | Unauthorize charge for in town stay. Personal Expense. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | Miscellaneous | Audit review Report 12/28/15 item | 7/8/2013 | EAA Oshkosh Membership – VIP Event Tickets (7/29/13 to 8/4/13) | TX | OSHKOSH AVIATION TRIP | 300.00 | 150.00 | 300.00 | 150.00 | | 0 | $150.00 | 1 | Chuck bought two entry tickets for two person (himself and William Wobbe) . Chuck was only approved for the purchase of his admission. The admission ticket of William Wobbe was not approved by the company. According to the computer ticket tracking status, William Wobbe ticket was never presented at the event.  1/25/16 After reviewing the receipt file for June 2013, I was able to find an email to Shama Heven from Chuck letting her know that Rick and Steve had approved the trip for him and another pilot. Ask Steve if we need to approve the ticket charge for William Wobbe. |
| 110 | Employee Pay Time | Audit review Report 1/26/15 item | 7/8/2013 | Chuck's Three Days of Pay for Skipping the Event | Wisconsin | OSHKOSH AVIATION TRIP | | | | | | | $472.10 | 1 | Company requesting three days Chuck abandoned the pilot conference. Wisconsin. Wages cost $472.10 |
| 111 | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 7/6/2013 | Lee C. Memorial Airport to Hannibal to Creve Coeur Airport | Lake Ozark, MO | Flying to Lake of Ozark Pattern | | | | 686.00 | | | $686.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.     NOTES : A flight logged for this day on aircraft N952WB, no mentioned of aircraft taken off from Lee C. Fine Memorial Airport on this day.  However, based on Rick finding using Flightaware data, he determined that a flight on 7/6/13 took off from Lake of Ozark, MO from airport Lee C. Memorial to Hanibal, MO with final destination at Creve Coeur Airport.  According to Chuck's excel weekly schedule he had noted "Fly Rick back from Hanibal to Creve Coeur.  See entry 7/2/13, 7/2/13, 7/4/13 as they are all connected.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hours x $490 per hour = $686.00.  I would note that on July 1, 2013 Chuck email Steve and noted " I still fly most of the holiday due to subcontractor's being out of town.  I do not have definite plans from Rick on When and where he wants to fly at his return from Europe. |
| 112 | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 7/4/2013 | Creve Coeur Airport Lee C. Fine Memorial Airport to Creve Coeur Airport | Lake of Ozark, MO | Flying to Lake of Ozark Pattern | | | 1,077.30 | 588.00 | | | $588.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.     NOTES: No flight logged for this day on aircraft N952WB, no mentioned of aircraft landing at Lee C. Fine Memorial Airport twice on one day.  However, based on Rick finding using Flightaware data, he determined that a flight on 7/4/13 landed at Lee C. Fine Memorial Airport after taken off from Lake of Ozark. Airfrost routes started at Lee C. Fine Memorial to Hannibal, MO then back to Lee C. Fine Memorial Airport (Lake of Ozark, MO). According to Chuck excel weekly schedule he had noted "Reliant holiday 5 hours" as well as "Flight for Rick from Creve Couer to Hannibal and return".  See entry for date 7/2/13 and 7/6/13 below as all three are connected.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $490 per hour = $588.00.  I would note that on July 1, 2013 Chuck email Steve and noted " I will fly most of the holiday due to subcontractor's being out of town.  I do not have definite plans from Rick on When and where he wants to fly at his return from Europe.   Have Aircraft Fuel Receipt with handwritting note mentioning: "Rick to Hannibal and BBB Lease Fuel". |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 7/3/2013 | Creve Coeur Airport Lee C. Fine Memorial Airport to Creve Coeur Airport | Lake of Ozark, MO | Flying to Lake of Ozark Pattern | | | | 294.00 | 294.00 | | $294.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: A flight logged for this day on aircraft N952WB, no mentioned of aircraft landing at Lee C. Fine Memorial Airport twice on one day. However, both on Nick finding using Flightaware data, he determined that a flight on 7/3/13 landed at Lee C. Fine Memorial Airport after taken off from Creve Coeur. Airfrest route started at Creve Coeur to Lee C. Fine Memorial Airport (Lake of Ozark, MO). According to Chuck weekly schedule he had noted "PNA conference call" as well as "BBB lease 'flights'. See entry for date 7/2/13 below as both are together. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.6 hour x $490 per hour = $294.00. I would note that on July 1, 2013 Chuck email Steve and noted " I will be flying most of the holiday due to subcontracor's being out of town. I do not have definite plans from Rick on When and where he wants to fly after his return from Europe." |
| 114 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 7/7/2013 | City of Lee's Summit Airport to Creve Coeur Airport | Lee's Summit, MO | | | | 127.82 | 490.00 | 490.00 | | $490.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: One flight logged for this location for aircraft N952WB. According to the weekly schedule Chuck was doing a phone safety meeting, emergency manual assessment. He also noted on the weekly schedule "Prep for maintenance invoicing holiday flight schedule". After review of Flightaware data, Nick determined that this flight was not logged in the aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1 hour x $490 per hour = $490.00. I would note that on July 1, 2013 Chuck email Steve and noted " I will be flying most of the holiday due to subcontractor's being out of town. I do not have definite plans from Rick on When and where he wants to fly after his return from Europe. Have Aircraft Fuel Receipt with handwriting note mentioning: " BBB Lease Fuel". |
| 115 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 7/1/2013 | Creve Coeur Airport | Creve Coeur, MO | | | | 621.33 | 539.00 | 539.00 | | $539.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $490 per hour = $539.00. Fuel charge of $622.33 paid by the company will not be taken into consideration in amount owed by Chuck. Originally this aircraft fuel charge was approved however, after further review using Flightaware data, an aircraft lease rental is apply to Chuck for reimbursement. The aircraft logged time was lower than actual flight time as the aircraft landed in Lee C Fine Memorial from Creve Coeur. 7/7/13 fell on a Sunday). Have Aircraft Fuel Receipt with handwriting note mentioning " BBB Lease Fuel". |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Check (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Audit review Report 12/28/15 item | Audit review Report 12/28/15 item | 6/27/2013 | EAA Oshkosh Membership – Regular Event Tickets (7/29/13 to 8/3/13) | TX | OSHKOSH AVIATION TRIP | 208.00 | 104.00 | 208.00 | 104.00 | | 0 | $104.00 | 1 | This charge was for daily event tickets.  Here again Chuck admission was approved for him to attend the event but not for William Wobbe.  Half of the charge of $104.00 is for William Wobbe four day tickets that was not approved by the company.  1/26/16 After reviewing the receipt file for June 2013, I was able to find an email to Shanna Heyen from Chuck letting her know that Rick and Steve had approved the trip for him and another pilot.  Ask Steve if we need to approve the ticket charge for William Wobbe. |
| | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 6/25/2013 | Creve Coeur Airport to Midwest National Airport to Riverside Jet Center Airport to Creve Coeur Airport | Tulsa, OK | | | | 506.40 | 2,205.00 | | | $2,205.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES:   According to the log book for aircraft N62663 and N952WB there was no log recorded for this day or for that matter to Tulsa, OK.  Chuck lease the aircraft 3 day prior to this day.  According to Chuck excel weekly schedule sheet he had written down no event for that day.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 4.5 hours x $490 per hour = $2,205.00.  Fuel charge of $506.40 paid by the company will not be taken into consideration in amount owed by Chuck.  Aircraft left Creve Coeur to Midwest Ntl to Richard Lloyd Jones Jr and Midwest Ntl.   It looks like Chuck picked someone up in North kansas city at midwest national airport then flew them to Tulsa. Then took them back to North KC. Then returned to Creve Coeur. KC is west northwest then south southwest to Tulsa. North KC would not be a logical fuel stop.  Have Aircraft Fuel Receipt with handwriting note mentioning: "N8B Lease Fuel". |
| | Hotel | Audit review Report 12/28/15 item | 6/21/2013 | Crowne Plaza Hotel (arrival date 6/20/13) | Kansas City, MO | Safety Meeting | 251.09 | 0 | 251.09 | 0 | | 0 | $251.09 | 2 | According to Chuck excel weekly schedule for 6/20/13, he noted: "Four season in home and living center safety" as well as "Flight scheduling".  According to Chuck excel weekly schedule for 6/21/13, he noted: "Safety meeting at Bridgewood" as well as "Flight scheduling invoice research, Mechanic meeting".   Possibility that this day is okay.  Check with Steve. |
| | N952WB - Aircraft Lease | Audit review Report 8/25/16 item | 6/18/2013 | Sikeston Memorial Muni Airport | Sikeston, MO | This fits the pattern of flights to Sikeston, Mo, a common destination for a joy ride. | | | 686.00 | 686.00 | | | $686.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight logged for this location from Crestwood Investigation.   NOTES:  No flight logged for this location in the Reliant log sheet N952WB.  According to the weekly schedule Chuck was doing a Crestwood investigation.  He also noted on the weekly schedule "B8B maintenance" on paperwork.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hours x $490 per hour = $686.00. |
| | AT&T | Audit review Report 12/14/15 item | 6/16/2013 | AT&T*eot2Pay | St. Louis, MO | Expense Report | 139.45 | 139.45 | 139.45 | 0 | | 150.00 | $139.45 | 1D | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement.  Reliant Care Management made double payment for this charge. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Miscellaneous | Audit review Report 12/28/16 Item | 6/13/2015 | FDC Winghaven Country Club | O'Fallon, MO | | 130.00 | 0 | 130.00 | 130.00 | (130.00) | 0 | $0 | 4 | After making a phone call to Winghaven Country Club I was inform that the fee could have been for golf lesson. 1/25/16 On July 9, 2013 Chuck reimbursed the company $336.58 of this amount $120.00 was applied to the FDC Winghaven Country Club. After subtracting $120.00 from the reimbursement amount by Chuck of $336.58 the remaining $236.58 credit was applied to Bridgeview Marina boat fuel charge that appear on the business credit card on 6/12/13. |
| 22 | N626C8 - Aircraft Lease | Audit review Report 3/25/16 Item | 6/13/2013 | Lee F Fine Memorial Airport to Lawrence Smith Memorial Airport to Creve Coeur Airport | Kansas City, MO | | | | | 391.50 | | | $391.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: According to Chuck weekly schedule, he noted: "Crestwood investigation". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.7 hours x $145 per hour = $391.50. |
| 23 | N626C8 - Aircraft Lease | Audit review Report 3/25/16 Item | 6/12/2013 | Creve Coeur Airport to Lawrence Smith Memorial Airport to Lee C Fine Memorial Airport | Kansas City, MO | | | | | 507.50 | | | $507.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: According to Chuck weekly schedule, he noted: "Safety Meeting follow up, PMA follow up" as well as "L72 engine mounts maintenance". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.5 hours x $145 per hour = $507.50. |
| 24 | Miscellaneous | Audit review Report 12/28/16 Item | 6/12/2013 | Bridgeview Marina, Lake of Ozark, Boat Fuel | Osage Beach, MO | | 238.58 | 0 | 238.58 | 238.58 | (238.58) | 0 | $0 | 4 | This charge was for boat fuel at the Lake of Ozark, MO which was non-relate to The Big Blessing, LLC daily operations. According to the weekly schedule Chuck had schedule a management office disaster plan safety meeting on 6/12/13 following by a BBB flight for tick on 6/13/13. On 1/4/16 I spoke with the marina about getting a copy of the gas receipt. 1/5/16 receipts received and verify that is was boat fuel. 1/25/16 On July 9, 2013 Chuck reimbursed the company $336.58 of this amount $238.58 was applied to the Bridgeview Marina boat fuel. After subtracting $238.58 from the reimbursement amount by Chuck of $336.58 the remaining $120.00 credit was apply to FDC Winghaven Country Club golf fee of $130 that was charge on the company business credit card on 6/13/13. |
| 25 | N626C8 - Aircraft Lease | Audit review Report 3/25/16 Item | 6/6/2013 | Creve Coeur Airport to Washington Aviation Airport to Creve Coeur Airport | Washington, MO | | | | 93.60 | 116.00 | | | $116.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight logged for this location for aircraft N626C8 on this day. However, a flight was logged for this aircraft in the prior day on 6/6/13. On this day the aircraft was lease. According to the weekly schedule Chuck was doing BBB lease flights. Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.8 hour x $145 per hour = $43.50. Have Aircraft Fuel Receipt with handwritten note mentioning "BBB Lease Fuel.....Wayne Marsonette handwritten on this ticket." |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Double Payment [2] | Total Amount Owed by Chuck | Category [1+2] | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | N952WB - Aircraft Lease | Audit review Report 3/25/15 Item | 6/5/2013 | Creve Coeur Airport to City of Lee's Summit Airport to Creve Coeur Airport | Lee's Summit, MO | | | | 424.48 | 1,029.00 | | | $1,029.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight logged for this location for aircraft N952WB. According to the weekly schedule Chuck was doing management office disaster and plan safety meeting scheduling. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.1 hours x $490 per hour = $1,029.00. Fuel charge of $424.48 paid by the company will not be taken into consideration in amount owed by Chuck. Have Aircraft Fuel Receipts with handwriting note mentioning - Two tickets make up the total charge of $174.59 as follows: First ticket is for $79.25 for aircraft N826CG...Marsonette handwritten on the ticket....Second ticket is for $95.34 for N826CG on 5/18/13......The printed ticket that's for the total amount of $174.59 had written on it: "B&B Lease Fuel" |
| 27 | N952WB - Aircraft Lease | Audit review Report 12/28/15 item | 6/4/2013 | Jefferson City Fly Service | Jefferson City, MO | Safety meeting@ St. Elizabeth | | | 453.39 | 882.00 | | | $882.00 | 2 | SUMMARY: Pattern of flying to safety meetings without logging in Reliant logs NOTES: flight recorded for this location. According to the weekly schedule Chuck was doing a safety meeting at St. Elizabeth. It's a possibility that Chuck used the plane for such meeting. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.8 hours x $490 per hour = $882.00. Fuel charge of $453.39 paid by the company will not be taken into consideration in amount owed by Chuck. |
| 28 | N826CG - Aircraft Lease | Audit review Report 12/28/15 item | 5/24/2013 | Creve Coeur Airport to Kirksville Regional Airport to Creve Coeur Airport | | Safety meeting@ Milan | | | | 319.00 | | | $319.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting this day at the location the airplane flew to. There was not automobile fuel purchased this day. NOTES: According to Chuck weekly schedule, he noted, "Milan safety meeting & safety book inservice" as well as "Flight scheduling". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.6 hours x $145 per hour = $319.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | N952WB - Aircraft - Lease | Audit review Report 12/28/15 Item | 5/22/2013 | Missouri Aviation Center | Warrensburg, MO | Safety meeting@ Westview and Levering | | | 443.38 | 588.00 | | | $588.00 | 2 | SUMMARY: Pattern of flights to Safety meetings without logging the trip on the reliant log. Holiday Inn hotel 5/22 in Warrensburg linking him to the flightaware report. There was a car rental in Quincy on 5/22. This could be delivered to Hannibal? Not sure why Chuck would have flown Creve Coeur to Hannibal then to Warrensburg to Creve Coeur. Could be a safety meeting? NOTES: No flight recorded for this location. According to the weekly schedule Chuck was doing a safety meeting at Westview and Levering. It's a possibility he used the plane for the meeting in Westview. After review of flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $490 per hour = $588.00. Fuel charge of $443.38 paid by the company will not be taken into consideration in amount owed by Chuck. |
| 30 | Hotel | Audit review Report 12/28/15 Item | 5/17/2013 | Crowne Plaza Hotel (arrival date 5/16/13) | Kansas City, MO | Safety Meeting | 155.81 | 155.81 | 155.81 | 0 | | 155.81 | $155.81 | 1D | According to Chuck excel weekly schedule for 5/16/13, he noted: "Four Seasons and Living Center" as well as "review flight maintenance manual for return to service". According to Chuck excel weekly schedule for 5/17/13, he noted: "Bridgewood safety meeting" as well as "Baron return to service and test flight". This stay is okay, however, the company had already paid for the hotel stay and Chuck resubmitted for payment on his Expense Report. Reliant Care Management paid twice on this expense. |
| 31 | Hotel | Audit review Report 12/28/15 Item | 5/16/2013 | Holiday INN (arrival date 5/15/13) | Columbia, MO | Safety Meeting | 115.57 | 115.57 | 115.57 | 0 | | 115.57 | $115.57 | 1D | Based on the weekly schedule Chuck was schedule to provide safety meeting at North Village and Charlton Park. The next day he was scheduled to provide safety meeting at Four Seasons and Living Center. Living Center is near Jefferson City, MO. This hotel charge is valid, however, the company already paid for this hotel stay and Chuck resubmitted for payment on his Expense Report. Reliant Care Management paid twice on this expense. |
| 32 | AT&T | Audit review Report 12/14/15 Item | 5/24/2013 | AT&T**BxcZPay | St. Louis, MO | Expense Report | 128.72 | 128.72 | 128.72 | 0 | | 160.00 | $128.72 | 1D | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 33 | N926CB - Aircraft - Lease | Audit review Report 3/25/16 Item | 5/13/2013 | Creve Coeur Airport to Skyhaven Airport to Creve Coeur Airport | Warrensburg, MO | | 377.00 | | 116.15 | 377.00 | | | $377.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: According to Chuck weekly schedule, he noted: "AED project" as well as "Fly to Hannibal to get Rick and return, safety pilot for Gabriel, ground lesson for Rick". Also the weekly schedule noted Chuck was to provide a safety meeting at Stonecrest.Per flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.6 hours x $145 per hour = $377.00. |

Electronically Filed - St. Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Check (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Miscellaneous | Audit review Report 3/25/16 item | 5/13/2013 | Barron Aviation Private | Hannibal, MO | | 67.74 | | 67.74 | 67.74 | | | 567.74 | 1 | Chuck used the company credit card to pay for aircraft fuel for a non-company aircraft. After reviewing the receipts file for May of 2013 that were submitted to Chuck to the company, I found a receipt with never seen aircraft tail number that was not on the by the company with tail number N481W. After Nick spoke with Rick he said he has never heard of such aircraft. This aircraft is registered to Michael J Bukstein, address is 1101 Country Club Drive, Hannibal, MO. This entry needs to be moved to miscellaneous 'items as chuck is responsible for the credit card charge given that this is not a company owned aircraft. Fuel Receipt handwritten note said: "TRB Lease Fuel" 727-MAE-SHO   Flew Rick to Creve Coeur. |
| 35 | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 5/6/2013 | Lawrence Smith Memorial Airport to Creve Coeur Airport | Harrisonville, MO | | | | 934.41 | 931.00 | | | 931.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: A flight logged for this day on aircraft N952WB, no mentioned of aircraft landing at Lawrence Smith Memorial Airport. However, based on Nick finding using Flightaware data, he determined that a flight on 5/6/13 landed at Lawrence Smith Memorial Airport, Harrisonville, MO. A Rfact route started at Creve Coeur to Harrisonville, MO with final destination back at Creve Coeur, MO. According to Chuck excel weekly schedule he had noted "BBB lease duties for Joe Sheppard". See entry for date 5/5/13 below as both are together. The question is why did the aircraft go to Harrisonville 5/6/13 was on a Monday. It looks like Chuck picked up someone on the way to the lake to pick up Joe Sheppard then dropped that person off and dropping Joe at Creve Coeur. Need to find out who that person is and why they would go along for the flight. We know this is chuck flying the trip since he logged it as Chuck being pilot and we know he went to Lawrence on the way because he bought fuel there and referenced the Sheppard flight. This info is in addition to the Flightaware log. We should have a receipt for the overnight hotel in Chicago. Is there one room or two? As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.9 hours x $490 per hour = $931.00. Have Aircraft Fuel Receipt as well as a handwritten note on the receipt mentioning: " BBB - Lease Joe Sheppard Fuel and Overnight." |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed for Double Payment (2) | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 5/5/2013 | Creve Coeur Airport to Lawrence Smith Memorial Airport | Harrisonville, MO | | | | | 784.00 | | | 5784.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Flight. The flight was not recorded in the Reliant logs, the flight showed up in the Flightware report. NOTES: A flight logged for this day on aircraft N952WB, no mentioned of aircraft landing at Lawrence Smith Memorial Airport. However, based on Nick finding using Flightware data, he determined that a flight on 5/5/13 landed at Lawrence Smith Memorial Airport, Harrisonville, MO. A/Fract route started at Creve Coeur to Harrisonville, MO with final destination at Lee C. Fine Memorial, Lake Ozark, MO. According to Chuck exced weekly schedule he had noted "BBB lease flight from like ozark to chicago Misheny. According to Chuck hardcopy weekly schedule that he submitted to Steve, he noted "BBB lease flight all day from Lake Ozark to Chicago, overnight and return Monday. The question is why did the aircraft go to Harrisonville? 5/5/13 was on a Sunday. It looks like Chuck picked up someone on the way to the lake to pick up Joe sheppard then dropped that person is and after dropping Joe at Creve Coeur. Need to find out who that person is and why they would be along for the flight. We know this is chuck flying the trip since he logged it as Chuck being pilot and we know he went to Lawrence on the way back because he bought fuel there and referenced the Sheppard flight. This info is in addition to the Flightware log. We should have a receipt for the overnight hotel in Chicago. Is there one room or two? As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.6 hours x $490 per hour = $784.00.    Have Aircraft Fuel Receipt with handwriting note mentioning: "BBB-Lease Joe Sheppard Fuel". |
| 37 | Hotel | Audit review Report 12/28/15 Item | 4/27/2013 | Holiday INNS (arrival date 4/25/13) | Independence, MO | Safety Meeting | 102.44 | 0 | 102.44 | 102.44 | | 102.44 | 5204.88 | 1D | Based on the weekly schedule Chuck was schedule to provide safety meeting at Westview and Levering . The next day he was schedule to provide safety meeting at Milan. My observation lead me to question the distance or location of Independence, MO to Milan or Hannibal or Center, MO in reference to staying in Independence, MO . This hotel charge is valid, however, the company already paid for the hotel stay and Chuck resubmitted for payment on his Expense Report. Reliant Care Management paid twice on this expense. |
| 38 | N626CG - Aircraft Lease | Audit review Report 12/28/15 Item | 4/25/2013 | Kirksville Regional Al Airport to Creve Coeur Airport | Kirksville, MO | Safety Meeting @ Milan | | | 59.43 | 174.00 | | | 5174.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, this flight was not recorded in the Reliant logs, the flight showed up in the Flightware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was automobile fuel purchased this day for $44.11 in Milan. This flight is linked to 4/25/13 flight since there was an overnight in Independence, Mo.    NOTES: No flight recorded for this aircraft on the log book on this day. Aircraft log for N626CG shows flights for 4/24/13 and 4/28/13 . According to the weekly schedule Chuck was doing a Milan safety meeting. Per flight ware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $145 per hour = $174.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date / Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck | Category [1+2] | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 item | 4/25/2013 City of Lee's Summit Airport to Kirksville Regional Airport | Lee's Summit, MO | Safety Meeting @ Milan | | | 93.39 | 116.00 | | | $116.00 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was automobile fuel purchased this day for $44.11 in Milan. This flight is linked to 4/25/13 flight since there was an overnight in Independence, Mo.    NOTES:  No flight recorded for this aircraft on the log book on this day. Aircraft log for N626C3 shows flights for 4/24/13 and 4/25/13.  According to the weekly schedule Chuck was doing a Milan safety meeting.  Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.8 hour x $145 per hour = $116.00. Hotel in Independence, Mo. Safety meeting Milan, Mo. |
| 40 | N626C3 - Aircraft Lease | Audit review Report 12/28/15 item | 4/25/2013 Barron Aviation Private Airport to Lee's Summit Airport | Hannibal, MO | Safety Meetings @ Levering | | | 130.28 | 203.00 | | | $203.00 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts showing that he went to the safety meeting. There was not automobile fuel purchased this day.  NOTES: No flight recorded for this day for this aircraft. N952WB or N626C8.  According to the hardcopy weekly schedule that Chuck submitted to Doug Long, he said he was doing a safety meeting at Westview and Levering. However, according to Chuck excel weekly schedule, he noted: "Safety meeting at Westview and Milan" as well as "annual decision making and discussion with Mechanicos regarding type of parts to order for Barron".  Possibility he used the plane for such meetings.   Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hours x $145 per hour = $203.00. |
| 11 | Hotel | Audit review Report 12/28/15 item | 4/19/2013 Hilton Garden INN (arrival date 4/19/13) | Independence, MO | Safety Meeting | 171.51 | 0 | 171.51 | 171.51 | | 0 | $171.51 | 1 | According to the calendar, 4/19/13 was a Friday.  My observation regarding this stay is questionable given that it's a Friday night stay an no business event taken place the next day (Saturday) for a need to stay at the hotel.  I would mentioned that Chuck submitted a Crowne Plaza hotel charge for 4/19/13 for $179.18. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 4/15/2013 Bowling Green Airport | Bowling Green, MO | | | | | 441.00 | | | $441.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight logged for this day on aircraft N952WB, no mentioned of aircraft landing at Bowling Green Airport, MO. However, based on Nick finding using Flightaware data, he determined that a flight on 4/15/13 landed at Bowling Green Airport, MO. According to Chuck excel weekly schedule he had noted "safety check ahead" as well as "BBB lease flying Jefferson City, Springfield, Joplin Jeff City, Creve Coeur. According to Chuck he/dorsoy weekly schedule that he submitted to Steve, he noted "BBB lease flying for MHCA, wait and return flight scheduling".  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.9 hour x $490 per hour = $441.00.    Fuel Receipt Handwritten Note: (1) Found a receipt for 4/15/13 from Springfield Branson for $660.00 for N952WB with a handwritten note stating "BBB Lease Flight MHCA.   (2) Found a second receipt for 4/15/13 from Jefferson City for $233.17 for aircraft N952WB with a handwritten note stating: "BBB Lease Fuel MHCA".   (3) Found a third receipt for 4/15/13 for Creve Coeur for $86.26 for aircraft 826CB...Name on the receipt "Franklin" handwritten also the following handwritten note was on the receipt: "NICK DROP OFF ITAE  826CB  4-15-13" |
| 43 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 4/10/2013 Creve Coeur Airport to City of Moberly Airport to Creve Coeur Airport | Moberly, MO | | | | 204.00 | 686.00 | | | $686.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.    NOTES: No flight recorded for this day for aircraft N926CB and N952WB. According to the weekly schedule Chuck was ground school for Rick at office and IWP safety meeting.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hours x $490 per hour = $686.00.  Fuel charge of $204.00 paid by the company will not be taken into consideration in amount owed by Chuck.   Have Aircraft Fuel Receipt with handwriting note mentioning: "Fuel to Moberly for Rick ...Chuck Marzonette handwritten name appear on the ticket." |
| 44 | AT&T | Audit review Report 12/24/15 Item | 4/2/2013 AT&T*Text2Pay | St. Louis, MO | Expense Report | 277.66 | 277.66 | 277.66 | 0 | | 160.00 | 277.66 | 1D | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detailed Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | N9522V6 - Aircraft Lease | Audit review Report 3/25/16 item | 3/30/2013 | Washington Airport | Washington, MO | | | | 647.50 | 343.00 | | | $343.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. NOTES: A flight logged for this day on aircraft N9522V6, no mentioned of aircraft landing at Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. Washington Airport, MO. However, based on Nick finding using Flightaware data, he determined that a flight on 3/30/13 landed at Washington Airport, MO. 3/30/13 was a Saturday. According to Chuck excel weekly schedule he was suppose as fly Rick to Lake and return. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.7 hour x $490 per hour = $343.00. Fuel Receipt Handwritten Note: (1) Fuel to and from Lake for Rick. Wayne Marsonete handwritten on the receipt. Fuel put on at 5:29 pm. (2) Found another receipt for 3/30/13 for N9522V6 on the same day with Rick name on it from Creve Coeur at 2:56pm. (3) Found a receipt for 3/29/13 from Creve Coeur for $213.35 for N9522V6 with Chuck name handwritten on the ticket and it said: "Top off for bob's Trip to Lake" |
| 46 | N92KCB - Aircraft Lease | Audit review Report 12/28/15 item | 3/29/2013 | Creve Coeur Airport | | Safety Meeting @ Milan | | | | 101.50 | | | $101.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting that day at the location the airplane flew to. There was an automobile fuel expense for this day in Wentzville for $36.47. NOTES: According to Chuck weekly schedule, he noted: "Milan safety meeting" as well as "Flight scheduling for weekend Hangar fighting project start". Per flightaware this flight was discover and accordingly a lease will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to = $101.50. |
| 47 | N92KC9 - Aircraft Lease | Audit review Report 3/25/16 item | 3/26/2013 | University of Mississippi Oxford to Creve Coeur Airport | Oxford, MS | | | | 180.00 | 391.50 | | | $391.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight recorded for aircraft N92KC9 on this day. The log book for this aircraft shows that Chuck lease the aircraft on 3/24/13. On 3/28/13 the aircraft was lease again. According to the weekly schedule Chuck was doing a St. Louis safety meeting. According to Chuck weekly schedule, he noted: "Safety Meeting scheduling - accident assessment - weather" as well as "Hangar shovelling - flight scheduling for Rick to Hannibal". We believe this was a trip heading back to Stennis to pick up Macy since he is 10 days after Chuck dropped her off in the Bayou. Gabe confirms that Chuck told him he was using the 172 to pickup Macy in Stennis after her trip. He mentioned that the flight took much longer since the airplane is so much slower. Per flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.7 hours x $145 per hour = $391.50. |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | N62GCB - Aircraft Lease | Audit review Report 3/25/16 Item | 3/25/2013 | Stennis Airport to University of Mississippi Oxford Airport | Oxford, MS | | | | 391.50 | 391.50 | | | $391.50 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule, he noted: "Safety Meeting scheduling – accident assessment – weather" as well as "Hanger shoveling - flight scheduling for Ric-to Hannibal" We believe this was a trip. ~~heading back to Stennis to pick up Macy since it is 10 days after Chuck dropped her off in the Baron.~~ Gabe confirms that Chuck told him he was using the 172 to pickup Macy in Stennis after her trip. He mentioned that the flight took much longer since the airplane is so much slower. Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unathorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.7 hours x $145 per hour = $391.50. |
| 49 | N62GCB - Aircraft Lease | Audit review Report 3/25/16 Item | 3/24/2013 | Miracle Strip Aviation Airport to Stennis Airport | Destin, Florida | | | | 231.07 | 290.00 | | | $290.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. **NOTES:** According to Chuck weekly schedule, he noted: "Weekly paperwork", flight recorded for aircraft N62GCB on this day. According to the weekly schedule Chuck was doing a Big Blessing Meeting, Hanger supplies, weekly logistics and safety meeting confirmation for the week. 3/25/13 was a Monda. The log book for this aircraft shows that Chuck lease the aircraft the prior day (Sunday). ~~Gabe confirms that Chuck told him he was using the 172 to pickup Macy in Stennis after her trip. He mentioned that the flight took much longer since the airplane is so much slower.~~ We have a receipt for fuel in Destin, FL at Miracle Strip Aviation on 3/24/13 for fuel in N62GCB charged to Wayne Marsonette. We believe this was a trip heading back to Stennis to pick up Macy since it is 10 days after Chuck dropped her off in the Baron. Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unathorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.0 hours x $145 per hour = $290.00. **Two Aircraft Fuel Receipts Found for this trip** on the receipts there were handwritting notes on them: First receipt for $110.39 had written on it "Lease fuel 62Gcb" the second receipt is the amount of $171.68 mentioned: "Rental Fuel" |
| 50 | N62GCB - Aircraft Lease | Audit review Report 12/28/15 Item | 3/22/2013 | Creve Coeur Airport to BAMA AIR INC Airport to Destin Executive Airport | Tuscaloosa, AL | Safety Meeting @ Bridgewood | | | 185.37 | 681.50 | | | $681.50 | 1 | **SUMMARY:** Gabe Foss confirms Chuck told him that this trip was to pick up Macy from her trip. Chuck complained that the trip was very long in the 172 as opposed to the Baron trip taking her down with Gabe on 3/15/13. Do not know why Chuck was in Florida but the entire trip was a round trip. **NOTES:** No flight recorded for aircraft N62GCB on this day. There was a flight recorded the prior day but no mention of fueling in Tuscaloosa, AL. According to the weekly schedule Chuck was doing a safety meeting in Bridgewood. Friday date. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 4.7 hours x $145 per hour = $681.50. No safety meeting per expense report. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 3/15/2013 | Stennis International Airport | Bay St. Louis, MS | | | | | 2,695.00 | | | $2,695.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant Jets, the flight was not recorded in the Reliant Jets, the flight showed up in the Flightaware report. NOTES: No flight logged for this day on aircraft N952WB, no mentioned of aircraft being at Stennis International Airport, Mississippi. However, based on Nick finding using Flightaware data, he determined that a flight on 3/15/13 landed at Stennis International Airport. According the Chuck submitted hardcopy weekly Schedule to Steve, he was suppose to be doing a safety meeting at St. Elizabeth. Per Chuck excel weekly schedule he noted "TIS work comp paperwork" – no mention of flying anyone on this day. Nick and Dan conference call with Gabe Ewos. Gabe went on the trip with Chuck. Chuck flew Misor, his wife, and maybe her son to meet Misor's mom in Stennis for a trip she was going on. They dropped her and returned her to St. Louis.   As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 5.6 hours x $490 per hour = $2,695.00. |
| 52 | N626CS - Aircraft Lease | Audit review Report 3/25/16 Item | 3/8/2013 | Creve Coeur Airport to Sikeston Memorial Airport to Creve Coeur Airport | Sikeston, MO | | | | | 290.00 | | | $290.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant Jets, the flight was not recorded in the Reliant Jets, the flight showed up in the Flightaware report. NOTES: According to Chuck weekly schedule, he noted: "Safety Presentations, FB watch policy, Partitions" as well as "Flight schedule change for Flights, Scheduling maintenace, pilot payroll". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using this aircraft unauthorized.   As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.0 hours $145 per hour = $290.00. |
| 53 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 2/24/2013 | City of Lee's Summit Airport | Lee's Summit, MO | | | | | 882.00 | | | $882.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant Jets, the flight was not recorded in the Reliant Jets, the flight showed up in the Flightaware report. NOTES: No flight logged for this day on aircraft N952WB, no mentioned of aircraft being at Lee's Summit Muni. However, based on Nick finding using Flightaware data, he determined that a flight on 2/24/13 landed at Lee's Summit Airport. No weekly schedule as 2/24/13 was a Saturday.   As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.8 hours x $490 per hour = $882.00. |
| 54 | AT&T | Audit review Report 12/24/15 Item | 2/23/2013 | AT&T*Text2Pay | St. Louis, MO | Expense Report | 153.83 | 153.83 | 153.83 | 0 | | 160.00 | $153.83 | 1D | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | N952VB - Aircraft Lease | Audit review Report 12/28/15 item | 7/29/2013 | City of Lee's Summit Airport | Lee's Summit, MO | Safety Meeting @ Bridgewood | | | | 980.00 | | | $980.00 | 2 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report and there was a safety meeting this day at the location the airplane flew to. There was an automobile fuel expense for this day in Lake St. Louis for $57.87. NOTES:  A flight logged for this day on aircraft N952VB, no mention of aircraft being at Lee's Summit Muni.  However, based on Nick finding using Flightaware data, he determined that a flight on 1/22/13 landed at Lee's Summit Airport.  According to Chuck hardcopy weekly schedule he submitted to Steve, he was doing a safety meeting at Bridgewood.  This could explain Chuck using the aircraft to fly to his safety meeting at Bridgewood which is located in Kansas City, MO.  I would note that Chuck excel weekly schedule doesn't reference a safety meeting. It noted "Tier 2 prize notifications, WC meeting scheduling" as well as "Clear Snow for Ricks flight, database updates in both aircraft".  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2 hours x $490 per hour = $980.00.  Bridgewood is located in Kansas City, MO it is fair to say that Chuck used the aircraft for safety meeting which he is not allowed.  No Expense Report Submitted for Bridgewood safety meeting. |
| 16 | N626CB - Aircraft Lease | Audit review Report 12/28/15 item | 7/20/2013 | Creve Coeur Airport to Omar N. Bradley Airport to Creve Coeur Airport | Moberly, MO | Safety Meetings @ North Village & Charlton Park | | | | 246.50 | | | $246.50 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was automobile fuel purchased this day in Perry for $45.05. NOTES:  According to Chuck weekly schedule, he noted, "North Village and Charlton Park safety meeting" as well as "Baron Heater maintenance, Flight Scheduling".  Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.7 hours x $145 per hour = $246.50. According to the Chuck submitted Expense Report he held two safety meetings at North Village and Charlton Park based on fuel and snacks receipts turn in for reimbursement.  Fuel receipt from Salisbury, MO @ 12:14 P.M. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 2/19/2013 | Viburnum Airport | Viburnum, MO | Safety Meeting @ Stonecrest | | | | 1,078.00 | | | $1,078.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was not automobile fuel purchased this day. NOTES: A flight logged for this day on aircraft N952WB. However, based on Nick finding using Flightaware data, he determined that a flight to Viburnum Airports was not logged in the flight book for aircraft N952WB. According to Chuck weekly schedule he was doing a safety meeting at Stonecrest. He also noted on his weekly schedule "door maintenance, 322 maintenance scheduling, security camera at hanger". As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.2 hours x $490 per hour = $1,078.00. Stonecrest is located in Viburnum, MO it is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. According to the Chuck submitted Expense Report he held a safety meeting at Stonecrest based on a snacks receipt turn in for reimbursement. No Car fuel receipt on this day based on the credit card statement or submitted receipts – last fuel day prior to this day was 2/15/13 and 2/20/13. |
| 58 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 1/31/2013 | Creve Coeur Airport to Lake in the Hills Airport in Chicago to Hannibal Airport to Creve Coeur Airport | Saint Louis, MO | Safety Meeting @ Levering | | | 347.40 | 1,240.00 | | | $1,240.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was not Automobile fuel purchased this day. Gabe Foss confirms Chuck came up to Midway and Gabe returned to Creve Coeur with Chuck. This flight was on Flightaware and Chuck was flying Gabe Foss to Lake in the Hills. Gabe has given us his flight log book showing this flights. NOTES: No flight was recorded for the day on aircraft N952WB. After review of Flightaware data by Nick, he determined that this flight was not logged properly for aircraft N952WB. Plane left Creve Coeur and landed in Chicago Lake in the Hills, then Hannibal with final destination at Creve Coeur. According to Chuck weekly schedule he noted "a safety meeting at Levering" as well as "Placing aircraft down for maintenance for 4 days at hanger". As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.1 hours x $400 per = $1,240.00. Possibility that Chuck used the plane for the safety meeting @ Levering since the facility is in Hannibal. According to the Chuck submitted Expense Report he held a safety meeting at Levering based on snacks receipts turn in for reimbursement. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck | Category (1+2) | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | N952WB - Aircraft Lease | Audit review Report 12/28/15 item | 1/27/2013 | Chicago Midway Airport to Creve Coeur Airport | Chicago, IL | | | | 714.74 | 800.00 | | | 800.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant legs, the flight was not recorded in the Reliant legs, the flight showed up in the Flightaware report. NOTES: A flight logged for this day on aircraft N952WB, no mentioned of aircraft being at Quincy Airport then at Chicago Midway Airport with final destination Creve Coeur, MO. However, based on Nick finding using Flightaware data, he determined that a flight on 1/27/13 had landed at Chicago Midway Airport as well as Quincy Airport. This flight is during the winter so it is likely Quincy was used rather than Hannibal due to field conditions. Gabe came on for flights 1/28-1/30 so it is possible Chuck flew up to Chicago to pick him up. After speaking with Gabe Foss, he confirmed that Chuck picked him up at Midway on 1/27 and flew him to Quincy then Creve Coeur. He also confirmed that on 1/31, Chuck flew him back to Lake in the Hills where Gabe is from. We have copies of Gabe's pilot logbook with Chuck's signatures with the logged entries. According to Chuck, weekly schedule he had noted "Tire repair, Aircraft returned to service". As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.0 hours x $400 per = $800.00. Ask Nick about this given the note about the repair. Have Aircraft Fuel Receipt with handwriting note mentioning: "Nothing Written on the Receipt for 1/27/13 for amount $714.74. Receipt for 1/28/13 for Quincy Airport in the amount of $354.13 had a handwritten note: Flew Rick for Meeting Quincy" |
| 60 | N952WB - Aircraft Lease | Audit review Report 12/28/15 item | 1/26/2013 | Creve Coeur Airport | Saint Louis, MO | | | | 50.36 | 200.00 | | | 200.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of Reliant legs, the flight was not recorded in the Reliant legs, the flight showed up in the Flightaware report. NOTES: No flight was recorded for the day on aircraft N952WB. After review of Flightaware data by Nick, he determined that this flight was not logged properly for aircraft N952WB. Plane left Creve Coeur and landed in Quincy with final destination in Chicago Midway International Airport, IL. No weekly schedule provided as this day fell on a Saturday. I would note that per Chuck weekly schedule he noted on 1/25/13 "Aircraft maintenance scheduling/Tire Repair". He didn't have anything for 1/26/13 as that day was not written down on the weekly schedule. The weekly schedule reference 1/27/13 and noted "Tire repair, Aircraft returned to service. After speaking with Gabe Foss, he confirmed that Chuck picked him up at Midway on 1/27 and flew him to Quincy then Creve Coeur. He also confirmed that on 1/31, Chuck flew him back to Lake in the Hills where Gabe is from. We have copies of Gabe's pilot logbook with Chuck's signatures with the logged entries. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.5 hour x $400 per = $200.00. Ask Nick about this given the note about tire repair. Have Aircraft Fuel Receipt with handwriting note mentioning: "Refund for 153135 Moses." |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 1/26/2013 | Creve Coeur Airport | Saint Louis, MO | | | | | 440.00 | | | $440.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight was recorded for the day on aircraft N952WB. After review of Flightaware data by Nick, he determined that this flight was not logged properly for aircraft N952WB. Panel left Creve Coeur and landed in Quincy with final destination in Chicago Midway International Airport, IL. No weekly schedule provided as this day fell on a Saturday. I would note that per Chuck weekly schedule he noted on 1/25/13 "Aircraft maintenance scheduling/Tire Repair". He didn't have anything for 1/26/13 as that day was not written down on the weekly schedule. The weekly schedule reference 1/27/13 and noted "Tire repair, Aircraft returned to service. After speaking with Gabe Foss, he confirmed that Chuck picked him up at Midway on 1/27 and flew him to Quincy then Creve Coeur. He also confirmed that on 1/31, Chuck Flew him back to Lake in the Hills where Gabe is from. We have copies of Gabe's pilot logbook with Chuck's signatures with the logged entries. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hour x $400 per = $440.00. Ask Nick about this given the note about tire repair. |
| 62 | Miscellaneous | Audit review Report 12/24/15 Item | 1/24/2013 | Ultimate Defense Gun Range | St. Peters, MO | Gun Range Trip | 212.29 | 0 | 212.29 | 212.29 | | 0 | $212.29 | 1 | Non-Business related charge. 1/25/16 After reviewing the receipt file for January 2013, I was able to locate the receipt for the purchase @ Ultimate Defense. It was very hard to read the receipt given the time period, however, I was able to pick up several of the items purchase: (1) Peltron Tactical 6S Hearing Protector for $79.97 and (2) Gunvault Microvault Pistol Gun Safe for $112.97. I also notice 4 items on the receipt, however, it was hard to read what was purchase but the amount appear to be very small $0.93. Receipt Verify and Found. I would note that on the receipt a handwriting comment was put on the receipt refering "Pilot Supplies". |
| 63 | AT&T | Audit review Report 12/28/15 Item | 1/23/2013 | AT&T*Text2Pay | St. Louis, MO | Expense Report | 128.95 | 128.95 | 128.95 | 0 | | 150.00 | $128.95 | 10 | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| 64 | Continue Education | Audit review Report 12/28/15 Item | 1/23/2013 | U of MO Exten-Continue | Columbia, MO | | 180.00 | 0 | 180.00 | 180.00 | | 0 | $180.00 | 1 | After reaching out to the university at 573.882.7145, I was told the charge was in relation to a Winter Fire Rescue Training class. I email Steve to see if this expense would be approved under his job description while working for Reliant Care Management or The Big Blessing. Based on my conversation with Steve this training was way beyond the scope necessary for Chuck job while employee at Reliant Care Management, LLC. Non-Cover Business Expense. 1/25/16 After reviewing the January 2013 receipt file I discover and email from Chuck to Yvonne explaining to her that "The University of Missouri" charge was for continuing education for his instructor license. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Dobible Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | Miscellaneous | Audit review Report 12/28/15 Item | 1/22/2013 | Ultimate Defense Gun Range | St. Peters, MO | Gun Range Trip | 71.24 | 0 | 71.24 | 71.24 | | 0 | $71.24 | 1 | Non-Business related charge.  1/25/16 After reviewing the receipt file for January 2013, I was able to locate the receipt for the purchase @ Ultimate Defense . It was very hard to read the receipt given the timeperiod, however I was able to pick up several of the items purchased: (1) Glock Shooting Bag for $39.97 and (2) Hopper's Bore Snake Cleaning Tool for $14.97. I also notice two more items related to gun cleaning from Hoppe's but couldn't make out what it was. Receipt Verify and Found. I would note that on the receipt a handwriting comment was put on the receipt refering: "Pilot Supplies". |
| 66 | N552WB - Aircraft Lease | Audit review Report 3/25/16 Item | 1/5/2013 | Crewe Coeur to Springfield Airport | Springfield, MO | | | | | 800.00 | | | $800.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.  NOTES: A flight logged for this day on aircraft N552WB, no mentioned of aircraft being at Springfield, MO. However, based on Nick finding using Flightaware data, he determined that a flight on 1/5/13 landed in Springfield Airport. According to Chuck weekly schedule he was suppote fly Joe Sheppard to the Lake Ozark - lease time - this flight was already logged on the book. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.0 hours x $400 per = $800.00 |
| 67 | Miscellaneous | Audit review Report 12/26/15 Item | 1/2/2013 | Bell Trans Service | Las Vegas, NV | Las Vegas Trip | 177.00 | 0 | 177.00 | 177.00 | | 0 | $177.00 | 1 | According to Chuck excel weekly schedule he was on PTO time on 12/31/12 and 1/1/13 was a Reliant Holiday. 12/30/12 was a Sunday.  Rick was in Hannibal, Mo this day. |
| 68 | Miscellaneous | Audit review Report 12/28/15 Item | 1/1/2013 | Bell Trans Service | Las Vegas, NV | Las Vegas Trip | 57.00 | 0 | 57.00 | 57.00 | | 0 | $57.00 | 1 | 1/20/16  According to Chuck excel weekly schedule he was on PTO time on 12/31/12 and 1/1/13 was a Reliant Holiday. 12/30/12 was a Sunday.  Rick was in Hannibal, Mo this day. |
| OTAL | | | | | | | $24,930.97 | $9,823.04 | $39,183.79 | $60,650.45 | ($5,613.73) | $3,305.87 | $63,913.90 | | |

## 2012 Wayne Marsonette Unauthorized Owed Charges

| | Airfare Ticket | Audit review Report 12/28/15 Item | 12/30/2012 | American Airline Dalas TX One Way For "Wayne M." Flight Date: 12/30/12 | Las Vegas, NV | Las Vegas Trip | 375.00 | 0 | 375.00 | 375.00 | | 0 | $975.00 | 1 | According to Chuck excel weekly schedule he was on PTO time on 12/31/12 and 1/1/13 was a Reliant Holiday. 12/30/12 was a Sunday.  Rick was in Hannibal, Mo this day. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N552WB - Aircraft Lease | Audit review Report 12/28/15 Item | 12/21/2012 | City of Lee's Summit | Lee's Summit, MO | Safety Meeting @ Bridgewood | | | 396.00 | 800.00 | | | $800.00 | 1 | SUMMARY:  This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was not automobile fuel purchased this day.  NOTES:  No flight recorded for aircraft N552WB on this day.  A flight was recorded the next day.  According to the weekly schedule Chuck did a safety meeting at Bridgewood, Kansas City, MO.  After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N552WB.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2 hours x $400 per hour = $800.00.  Fuel charge of $396.00 paid by the company will not be taken into consideration in amount owed by Chuck. According to Chuck submitted Expese Report he had a safety meeting at Bridgewood on 12/21/12 based on a snacks receipt the turn in for reimbursement. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AT&T | Audit review Report 12/24/15 Item | 12/14/2012 | AT&T TextZPay | St. Louis, MO | Expense Report | 262.90 | 262.90 | 262.90 | 0 | | 160.00 | $262.90 | 1D | This charge was approved and paid by the company credit card, however, Chuck submitted the expense for reimbursement. Reliant Care Management made double payment for this charge. |
| | N626C9 - Aircraft Lease | Audit review Report 3/25/16 Item | 12/9/2012 | Creve Coeur Airport to Univ of Illinois Willard Airport to Creve Coeur Airport | Champaign, Illinois | | | | | 464.00 | | | $464.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: According to Chuck weekly schedule, he noted: "Fly Rick to Hannibal and return". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.2 hours x $145 per hour = 464.00. |
| | Car Rental | Audit review Report 12/28/15 Item | 12/9/2012 | National Car Rental **check out Date 12/01/12 – Turn in Date: 12/8/12 | Orlando, FL | | 249.92 | | 249.92 | 249.92 | | 0 | $249.92 | 1 | After looking into this charge and I could not find anything related to any event being held in Orlando, FL. According to the flight log for aircraft N952WG chuck was flying that day to Indianapolis. Couples days before he rented the Motorcycle on 12/6/12. This leads me to believe it was a personal trip and not business related. I would highlight that 12/1/12 was a Saturday. Furthermore, according to Chuck excel weekly schedule he was on PTO time from 12/3/12 through 12/7/12 (Monday through Friday). He return the car on Saturday, 12/8/12 for a 7 day rental. It is fare to assume that this charge was non-business related. Receipt Verify and Found. |
| | Miscellaneous | Audit review Report 12/28/15 Item | 12/5/2012 | Brandon Harvey Davidson Motorcycle Rental | Tampa, FL | Motorcycle Trip | 264.78 | 0 | 264.78 | 264.78 | (264.78) | 0 | $0 | 4 | Chuck refunded the company out of check #3403/check amount $471.52. |
| | Miscellaneous | Audit review Report 12/28/15 Item | 12/4/2012 | Eagle Rider Los Angeles Hawthorne Motorcycle Rental | Los Angeles, CA | Motorcycle Trip | 206.74 | 0 | 206.74 | 206.74 | (206.74) | 0 | $0 | 4 | Chuck refunded the company out of check #3403/check amount $471.52. |
| | N626C9 - Aircraft Lease | Audit review Report 3/25/16 Item | 12/1/2012 | Creve Coeur | Creve Coeur, MO | | | | | 174.00 | | | $174.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: This day was a Saturday, No weekly schedule provided. Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $145 per hour = $174.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed for Chuck Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 11/23/2012 | Creve Coeur Airport to Bowling Green Airport to Sikeston Memorial Muni Airport to Creve Coeur Airport | Bowling Green, MO |  |  |  |  | 760.00 |  |  | $760.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. **NOTES:** A flight I logged for this day on aircraft N952WB, no mentioned of aircraft being at Bowling Green and Sikeston, MO. However, based on Nick finding using Flightaware data, he determined that a flight on 11/23/12 landed in Bowling Green and Sikeston Memorial Muni Airport. According to Chuck weekly schedule, 11/23/12 was a Reliant Holiday. Although the weekly schedule had a flight down for flying Rick to Hannibal and return, it was already accounted for on the aircraft logged book. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.9 hours x $400 per = $760.00. *Per Nick Comments "You ride to sikeston after picking up Holly from Bowling Green? This flight probably does not have anything to do with the Hannibal receipt."* Have Aircraft Fuel Receipt with handwriting note mentioning: "Receipt Found for 11/23/12 from Hannibal Airport. The handwriting on the receipt said: "Ride to Hannibal & Return"  Receipt Found for 11/24/12 from Creve Coeur Airport. The handwriting on the receipt said: "Ride to Hannibal & Return"." |
|  | N952WB - Aircraft Lease | Audit Review Report 12/28/16 item | 11/21/2012 | Creve Coeur to Hannibal Airport | Hannibal, MO | Safety Meeting @ North Village & Charlton Park |  |  | 174.38 | 480.00 |  | 0 | $480.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. As such Chuck will be responsible for the lease of this aircraft at the location the airplane flew to, and Chuck submitted expense receipt for reimbursement showing that he went to the safety meeting. There was automobile fuel purchased this day in Perry, Mo at 8:40pm for $54.68. NOTES: No flight was recorded for the day on aircraft N952WB. After review of Flightaware data by Nick, he determined that this flight was not logged properly for aircraft N952WB. According to Chuck weekly schedule he was doing a safety meeting at North Village and Charlton Park. He also noted on his weekly schedule "Invoicing for BBB Uniforms, equipment. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $400 per = $480.00. After reviewing the 2012 November credit card statement, an aircraft fuel charge in the amount of $174.38 appeared on the statement on 11/21/12 from Creve Coeur Airport, MO corresponding to aircraft N952WB.    According to Chuck submitted Expense Report he had two safety meeting at North Village and Charlton Park on 11/21/12 based on three receipts submitted for fuel (2) and snacks (1) for reimbursement. |
|  | Miscellaneous | Audit review Report 1/22/16 item | 11/19/2012 | Leon Uniform Company | Saint Louis, MO |  | 203.70 | 116.97 | 203.70 | 86.73 |  | 0 | $86.73 | 1 | After reviewing credit card statement and receipt one of the charges was questionable as it related to a charge for $86.73 for ATAC flashlight. After sharing with Nick a picture of the purchase item he said he has never seen it. Receipt Verify and Found. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | N62ECG - Aircraft Lease | Audit review Report 3/25/16 item | 11/18/2013 | Creve Coeur Airport to Wheeler Downtown Airport to Creve Coeur Airport | Kansas City, MO | | | | | 522.00 | | | $522.00 | 2 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "Scheduling for week" as well as "Flight Scheduling, maintenance, payroll". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.6 hours x $145 per hour = $522.00. **NOTES:** |
| 3 | N952WB - Aircraft Lease | Audit review Report 12/28/15 item | 11/16/2012 | City of Lee's Summit Airport | Lee's Summit, MO | Safety Meeting @ Bridgewood | | | 315.29 | 720.00 | | | $720.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There was not automobile fuel purchased this day. **NOTES:** A flight logged for this day on aircraft N952WB, no mentioned of aircraft being at Lee's Summit Muni. However, based on Nick finding using Flightaware data, he determined that a flight on 11/16/12 landed at Lee's Summit Airport. According to Chuck weekly schedule he was doing a safety meeting at Bridgewood as well as flying Joe Sheppard to take and safety meeting. This could explain Chuck using the aircraft to fly to his safety invoicing. This could explain Chuck using the aircraft to fly to his safety meeting at Bridgewood which is located in Kansas City, MO. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.8 hours x $400 per = $720.00. Bridgewood is located in Kansas City, MO. It is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. After reviewing the 2012 November credit card statement, an aircraft fuel charge in the amount of $315.29 appeared on the statement on 11/16/12 from City of Lee's Summit Airport, MO corresponding to aircraft N952WB. According to Chuck submitted Expense Report he had a safety meeting at Bridgewood on 11/16/12 based on a snacks receipt he submitted for reimbursement. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 11/15/2012 | City of Sedalia Airport & Clinton Airport | Sedalia, MO & Clinton, MO | Safety Meeting @ Four Seasons MO | | | $49.15 | 680.00 | | | $580.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursements showing that he went to the safety meeting. There WAS automobile fuel purchased in Wentzville for $55.55 on this day but Chuck signed in for the meeting. NOTES: No flight logged for this day on aircraft N952WB. However, based on Nick finding using Flightaware data, he determined that a flight to Sedalia and Clinton Regional Airports were not logged in the flight book for aircraft N952WB. According to Chuck weekly schedule he was doing a safety meeting at Four seasons and Living Center. He also noted that he would "begin BBB flight division manual revision". As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 17 hours x $400 per = $680.00. Four Seasons is located in Sedalia, MO It is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. After reviewing the 2012 November credit card statement, an aircraft fuel charge in the amount of $210.00 appeared on the statement on 11/15/12 from City of Sedalia Airport, MO corresponding to aircraft N952WB in addition to this charge another charge in the amount of $338.15 also appeared on the credit card statement for the same day from Clinton Airport, Clinton, MO.   NAIVE SIGN IN SHEET!   According to Chuck submitted Expense Report he had a safety meeting at Stonecrest & Living Center on 11/15/12 based on fuel and snacks receipts he submitted for reimbursement. |
| 5 | Car Gasoline | Audit review Report 1/22/16 Item | 11/14/2012 | Exxon-Mobil | Wentzville, MO | | $53.29 | | $53.29 | $53.29 | | 0 | $53.29 | 3 | After reviewing the Expense Report for November: 2012 and credit card statement for November 2012 the audit showed that within a 3 day period Chuck fuel three times for a total amount of $145.64 which comes to 47.1 gallons or 943 miles (20 miles per gallon). The review process showed that two days out of the three Chuck was in town with one of those day doing a safety meeting at Bernard and Crestwood. For example Chuck flet the vehicle @ 9am on 11/13/12 at Lake St. Louis to travel to Bernard and Crestwood -- he had a full tank of gas which would give him a traveling disance of approximately 310 miles (20 miles per gallon x 15.51 gallons). The next day (11/14/12) he fills up the vehicle again per the company credit card and statement in Wentzville, MO for a charge of $53.29 in 5:40 pm which would allow him to travel 334 miles (20 miles per gallon x 16.70 gallons @ $3.59 a gallon). Per his weekly schedule no safety meeting that day. The next day (3 day) or 11/15/12 he fills up again based on his Expense Report that he submitted for the month of November. No receipt provided to verify submitted expense report charge. My assumption is that the fuel charge for 11/14/12 of $53.29 was an overpayment by the company for vehicle fuel given the analysis. 1/25/16 After reviewing the 2012 November receipt file, I located the receipt for this charge of $53.29. On the receipt Chuck had written "Hagar Supplies". Receipt Verify and Found. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Miscellaneous | Audit review Report 1/22/16 Item | 11/13/2012 | Leon Uniform Company | Saint Louis, MO | | 215.55 | 0 | 215.15 | 215.15 | | 0 | $215.15 | 1 | After reviewing credit card statement and receipt all items on the receipt appear to be non business related purchases. After sharing with Nick a picture of one of the purchase items (ATAC flashlight for $149.99) he said he has never seen it. Receipt Verify and Found. |
| 7 | N052WB - Aircraft Lease | Audit review Report 3/25/16 Item | 11/4/2012 | Wheeler Downtown to Creve Coeur | Kansas City, MO | | | | 241.31 | 400.00 | | | $400.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight logged for this day on aircraft N052WB. However, based on Nick finding using Flightaware data, he determined that a flight took off from Wheeler Downtown Airports to Creve Coeur Airport that was not logged in the flight book for aircraft N052WB. No weekly schedule for this day as it falls on a Sunday. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.0 hours x $400 per $400.00. After reviewing the credit card statement a fuel charge of $241.31 from Executive Beechcraft Kansas City, MO was charge to the credit card on 11/8/12. Fuel charge will not be charge given that a lease rental fee will be apply which cover the fuel cost.   Have Aircraft Fuel Receipt with handwriting note mentioning: "Rick From KC" |
| 8 | N052WB - Aircraft Lease | Audit review Report 3/25/16 Item | 11/3/2012 | Creve Coeur to Wheeler Downtown | Kansas City, MO | | | | 513.31 | 440.00 | | | $440.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.  A flight logged for this day on aircraft N052WB. However, based on Nick finding using Flightaware data, he determined that a flight to Wheeler Downtown Airports was not logged in the flight book for aircraft N052WB. No weekly schedule for this day as it falls on a Saturday. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $400 per = $440.00. Stonecrest is located in Viburnum, MO is fair to pay that Chuck used the aircraft for safety meeting which he is not allowed.   Have Aircraft Fuel Receipt with handwriting note mentioning: "Rick to ???? & Return" |
| 9 | Miscellaneous | Audit review Report 1/22/16 Item | 10/24/2012 | Leon Uniform Company | Saint Louis, MO | | 241.63 | 116.98 | 241.63 | 124.65 | | 0 | $124.65 | 1 | After reviewing credit card statement and receipt three of the charges were questionable as it related to pants and belt being purchase for a total charge amount of $124.65. Receipt Verify and Found. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | N9S2WB - Aircraft Lease | Audit review Report 12/26/15 Item | 10/27/2012 | Viburnum Airport | Viburnum, MO | Safety Meeting @ Stonecrest | | | | $60.00 | | | $350.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant legs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There is not any automobile fuel receipts associated with this day. NOTES: A flight logged for this day on aircraft N9S2WB. However, based on Nick finding using Flightaware data, he determined that a flight to Viburnum Airports was not logged in the flight book for aircraft N9S2WB. According to Chuck weekly schedule he was doing a safety meeting at Stonecrest and then meeting with Steve. He also noted that he would be doing Pilot scheduling, Flight scheduling, BBB paperwork turn in at office. Pilot training proposal for RJD. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to .9 hours x $400 per = $360.00. Stonecrest is located in Viburnum, MO it is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. According to Chuck submitted Expese Report he had a safety meeting at Stonecrest on 10/22/12 based on a snacks receipt he submitted for reimbursement. |
| 1 | N9S2WB - Aircraft Lease | Audit review Report 12/26/15 Item | 10/19/2012 | City of Lee's Summit | Lee's Summit, MO | Safety Meeting @ Bridgewood | | | 609.96 | $00.00 | | | $800.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant legs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There is not any automobile fuel receipts associated with this day. NOTES: No flight recorded for aircraft N9S2WB on this day. According to the weekly schedule Chuck did a safety meeting at Bridgewood, Kansas City, MO. He also replaced air pump with mechanics as well as aircraft logs update databases. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N9S2WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2 hours x $400 per hour = $800.00. After reviewing the credit card statement a fuel charge on 10/19/12 in the amount of $609.96 from City of Lee's Summit, MO was charge to the company business credit card. Fuel charge will not be charge given that a lease rental fee will be apply which cover the fuel cost. According to Chuck submitted Expense Report, the Bridgewood safety meeting was held on 10/18/12 are not 10/19/12 based on a snack receipt he turned in for reimbursement. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Appoved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck | (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 10/18/2012 | City of Sedalia Airport | Sedalia, MO | Safety Meeting @ Four Seasons | | | 579.73 | 560.00 | | | $560.00 | | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There is an automobile fuel charge for this day in Chesterfield this evening for 36.95.  NOTES:  A flight logged for this day on aircraft N952WB.  However, based on Nick finding using Flightaware data, he determined that a flight to Sedalia Airports was not logged in the flight book for aircraft N952WB.  According to Chuck weekly schedule he was doing a safety meeting at Fourseasons and Living Center.  He also noted that he would be flying Rick to Pisosi, MO and return.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hours x $400 per = $560.00. Four Seasons is located in Sedalia, MO it is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. After reviewing the credit card statement a fuel charge on 10/18/12 in the amount of $529.73 from City of Sedalia Airport, MO was charge to the company business credit card.  Fuel charge will not be charge given that a lease rental fee will be applied which cover the fuel cost.  According to Chuck submitted Expese Report he held two safety meetings on 10/18/12, Four Seasons and Bridgewood based on fuel and snacks receipts he submitted for reimbursement. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Car Gasoline | Audit review Report 1/22/16 Item | 10/8/2012 10/6/12 | 7-Eleven Gas Station & ExxonMobil | Chesterfield, MO | | 126.17 | 77.35 | 126.17 | 48.82 | | 0 | $48.82 | 3 | After reviewing the Expense Report for October 2012 and credit card statement for October 2012 the audit showed that within a 3 day period Chuck fuel three times for a total amount of $174.78 which comes to 45.7 gallons or 920 miles (20 miles per gallon). The review process showed that all 3 days Chuck was in town with no safety meeting event or flight out taken place. For example Chuck fuel the vehicle on 10/6/12 in Chesterfield, MO on a Saturday after flying back from Atlanta – Based on the charge amount of $77.35 ($3.45 x 20 = $69.00), the vehicle had a full tank of gas which would give him a travelling distance of approximately 400 miles (20 miles per gallon x 20 gallons). The next day was a Sunday and no event took place. On Monday, 10/8/12 a fuel charge of $48.82 was charged to the company credit card from the 7-Eleven gas station in Chesterfield, based on the October statement – per his weekly schedule no safety meeting or flight take place, the only travelling was to the office to drop off receipts. The fuel charge of 10/8/12 for $48.82 would provide a traveling distance of 240 miles based on 14 gallons ($48.82 / $3.45). The next day (day 3) or 10/9/12 he fills up again based on his Expense Report that he submitted for the month of October, in the amount of $48.51 @ 8:39pm providing him with 11.7 gallons of fuel or 235 miles of traveling distance (20 miles per gallon x 11.7 gallons). Day 3 (10/9/12) based on Chuck weekly schedule he was doing a safety meeting in St. Louis @ 7am. The weekly schedule didn't mention which facility was the safety meeting. My assumption is that the fuel charge for 11/14/12 of $48.82 was an overpayment by the company for vehicle fuel given the analysis. 1/25/16 After reviewing the 2012 October receipt file, I was able to find the fuel receipt for $77.35 as well as the $48.82. With regards to the $77.35 receipt, Chuck handwrote that the fuel was for "prepay for rental car" or "fuel for rental car". The $48.82 receipt had noted "Pilot and Hagar Supplies Fuel". Receipt Verify and Found. |
| 4 | Restaurant | Audit review Report 12/28/15 Item | 9/19/2012 | China Garden (Safety Meeting @ (WP) – Lunch | Moberly, MO | Safety Meeting | 34.50 | 34.50 | 34.50 | 0.00 | | 34.50 | $34.50 | 10 | According to Chuck weekly schedule he was doing a safety meeting at North Village and Charlton Park on 9/19/12. Chuck submitted on his September 2012 Expense Report reimbursement for lunch bought for safety meeting @ (WP, however, Chuck had already paid this charge with the company credit card. As such the company double pay for this expense. |
| 5 | N952W9 - Aircraft Lease | Audit review Report 12/28/15 Item | 9/14/2012 | Denton Enterprise to Creve Coeur | Creve Coeur, MO | 2nd Trip To Denton, TX | 335.40 | 335.40 | 335.40 | 1,080.00 | | | $1,080.00 | 2 | This is the 2nd trip to Denton Tx, Denton is where Jim Flew Chuck in June to pick up his Tahoe. There is a receipt from Creve Coeur airport with "Rick" to and from Hannibal x2 written on it in what appears as Chuck's handwriting about 15 minutes before the Flightaware log shows the plane leaving Creve Coeur. Jim Hunt flew Rick from Hannibal to Creve Coeur leaving Creve Coeur. Jim Hunt flew Rick from Hannibal to Creve Coeur landing at about 6:35 pm according to the Flightaware report and logged in the Ashent logs. The airplane left Denton on 9/14 at 9:16am landing at Creve Coeur at about 11:55am. A1:142pm Flightaware shows the plane leaving Creve Coeur to Hannibal. This was an unauthorized flight, Chuck is responsible for the flight costs. Total flight time is 2.7 hours x $400 per hour =$1,080.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck | Category (1+2) | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 9/12/2012 | Creve Coeur to Denton Enterprise | Denton, TX | 2nd Trip To Denton, TX | | | 597.36 | 1,040.00 | | | $1,040.00 | 2 | This is the 2nd trip to Denton Tx. Denton is where Jim Flew Chuck in June to pick up his Tahoe. There is a receipt from Creve Coeur airport with Rick to and from Hannibal x2 written on it in what appears as Chuck's handwriting about 15 minutes before the Flightaware log shows the plane leaving Creve Coeur. Jim Hunt flew Rick from Hannibal to Creve Coeur landing at about 6:33 am according to the flightaware report and logged in the Reliant Logs The airplane left Denton on 9/14 at 9:16am landing at Creve Coeur at about 11:56am. At 1:42pm flightaware shows the plane leaving Creve Coeur to Hannibal. This was an unauthorized flight, Chuck is responsible for the flight costs. **Total flight time is 2.6 hours x $400 per hour =$1,040.00.** |
| 7 | Miscellaneous | Audit review Report 12/28/15 Item | 9/11/2012 | Leon Uniform Company | Saint Louis, MO | | 353.21 | 233.94 | 353.21 | 119.27 | | 0 | $119.27 | 1 | After reviewing the invoice for the purchase items, one item was not work related purchase (see receipt for details). One of the items was a half JKT Jet black W/FiR for $110.00 + tax. |
| 3 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 9/7/2012 | Creve Coeur Airport to Mount Vernon Airport to Creve Coeur Airport | Mount Vernon, MO | | | | 377.06 | 400.00 | | | $400.00 | 2 | **SUMMARY:** This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs. the flight showed up in the Flightaware report. **NOTES:** A flight logged for this day on aircraft N952WB, however, no mention of aircraft landing at Mount Vernon Airport. Based on Rick finding using Flightaware data, he determined that a flight to Mount Vernon, MO was not logged in the flight book for aircraft N952WB. According to Chuck weekly schedule, he was doing scheduling a September PowerPoint safety meeting. He also noted that he was investigating an oil seal as well as flight scheduling. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.0 hour x $400 per = $400.00. After reviewing the credit card statement two fuel charges were charge to the company business credit card on the same day (9/7/12) as follows: (1) a charge in the amount of $315.55 from Barton Aviation Hannibal Airport, MO and (2) a charge in the amount of $377.06 from Flightlate Aero, Mount Vernon, MO. Fuel charges will not be charge given that a lease rental fee will be apply which cover the fuel cost.  Have Aircraft Fuel Receipt with handwriting note mentioning: **"Found 1 receipt of two for amount $315.55 Hannibal Airport on the receipt it had handwritten "Rick to HAE & Back.    Found second receipt for $377.06.  It had a handwritten note that said "Rick to Tupala, MS. Chuck handwritten name appear on the receipt."** |

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed for Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | N952WB - Aircraft Lease | Audit review Report 12/28/15 item | 8/29/2012 | Barron Aviation Private Airport | Hannibal, MO | Safety Meeting @ Levering | | | 448.42 | 320.00 | | | $320.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There an automobile fuel charge for this day in Hannibal for $19.03. NOTES: No flight logged for this day on aircraft N952WB. However, based on Nick finding using Flightaware data, he determined that a flight to Hannibal was not logged in the flight book for aircraft N952WB. According to Chuck weekly schedule he was doing a safety meeting at Westview and Levering. He also noted that he would doing "Aircraft pilot invoicing and payroll, $99 payables, Icrart flight scheduling for holiday weekend. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.8 hours x $400 per = $320.00. Levering is located in Hannibal, MO it is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. After reviewing the credit card statement a fuel charge on 8/29/12 in the amount of $448.42 from Barron Aviation Hannibal Airport. MO was charge to the company business credit card. Fuel charge will not be charge given that a lease rental fee will be apply which cover the fuel cost. According to Chuck submitted Expense Report he turn in a snacks receipt on 8/29/12 in relations to Westview safety meeting for reimbursement. |
| D | N625CB - Aircraft Lease | Audit review Report 12/28/15 item | 8/21/2012 | Creve Coeur Airport to Viburnum to Creve Coeur | | Safety Meeting @ Stonecrest | | | | 188.50 | | | $188.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There no fuel charge for this day. NOTES: According to Chuck weekly schedule he had noted: "Stonecrest safety meeting" as well as "Fly to Hannibal to pick up Rick and return, Air pump Install". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $145 per hour = $188.50. According to Chuck submitted Expense Report he turn in a snack receipt on 8/21/12 in relations to Stonecrest safety meeting for reimbursement. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck | [1+2] Category | Detailed Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N9S2WB - Aircraft Lease | Audit review Report 12/28/15 Item | 8/15/2012 | City of Sedalia Airport | Sedalia, MO | Safety Meeting Four Seasons | | | 760.00 | 760.00 | | | 5760.00 | 1 | **SUMMARY:** This should be charged to Chuck since he was in charge of the flight. According to the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There is an automobile gas receipt for the next day in Wentzville, mo for $27.00 **NOTES:** A flight logged for this day on aircraft N9S2WB. However, based on Nick finding using Flightaware data, he determined that a flight to Sedalia and Clinton Regional Airports were not logged in the flight books for aircraft N9S2WB. According to Chuck weekly schedule he was doing a safety meeting at Foursseasons and Living Center. He also noted that he would be flying Rick home from Hannibal. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 13 hours x $400 per = $760.00. Four Seasons is located in Sedalia, MO it is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. According to Chuck submitted Expense Report he turn in a fuel receipt on 8/17/73 in relations to Four Seasons safety meeting for reimbursement. |
| 2 | N9S2WB - Aircraft Lease | Audit review Report 12/28/15 Item | 8/15/2012 | City of Moberly Airport | Moberly, MO | Safety Meeting @ North Village | | | 606.59 | 360.00 | | 0 | $360.00 | 2 | **SUMMARY:** This should be charged to Chuck since he was in charge of the flight. According to the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There is an automobile gas receipt for this day in Winfield, Mo for $65.60. **NOTES:** A flight was recorded for the day on aircraft N9S2WB, however no mention of landing at City of Moberly Airport on the original log. After review of Flightaware data by Nick, he determined that this flight was not logged properly for aircraft N9S2WB. According to Chuck weekly schedule he was doing a safety meeting at North Village and Chariton Park. He also noted on his weekly schedule Wentric Pick up in Kansas city fly to Hannibal. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.9 hour x $400 per = $360.00. North Village is located in Moberly, MO it is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. According to Chuck submitted Expense Report he held a safety meeting at North Village and Chariton Park on this day based on a fuel receipt for submitted for reimbursement. |
| 3 | Miscellaneous | Audit review Report 12/28/15 Item | 8/14/2012 | Leon Uniform Company | Saint Louis, MO | | 206.74 | 24.23 | 206.74 | 182.51 | | 0 | $182.51 | 1 | After reviewing the invoice for the purchase items, two items were not work related purchases (see receipt for details). One of the items was a pair of boots for $99.99 plus a holster shirt which also is not a work related item for $69.99. |
| 4 | Car Rental | Audit review Report 12/28/15 Item | 8/2/2012 | Enterprise Rent-A-Car *check out Date 8/3/12* | Hollister, MO | | 135.34 | 0 | 135.34 | 135.34 | | 0 | $135.34 | 3 | No flight recorded for this area on 8/2/12. According to Chuck weekly schedule he was suppose to be taken PTO from 8/1/12 through 8/3/12. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | N62&C6 - Aircraft - Lease | Audit review Report 3/25/16 Item | 8/2/2012 | Branson Jet Center LLC Airport to Creve Coeur Airport | Hollister, MO | PTO Time | | | 111.77 | 379.50 | | | $379.50 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "PTO time". NOTES: Per flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.3 hours x $115 per hour = $379.50. This was for N62&C3. It shows up on the flightaware log. Also, Departure date was 7/29 so there may need to be compensation for PTO days. |
| 6 | N62KC6 - Aircraft - Lease | Audit review Report 3/25/16 Item | 7/31/2012 | Creve Coeur Airport to Branson Airport | Hollister, MO | | | | | 261.00 | | | $261.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "Americare culture survey meetings" as well as "Fly Rick home and Barron maintenance, hangar supplies". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unauthorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.8 hours x $145 per hour = $261.00. |
| 7 | N952W8 - Aircraft - Lease | Audit review Report 3/25/16 Item | 7/31/2012 | Creve Coeur Airport to Bowling Green Airport to Creve Coeur Airport | Bowling Green, MO | | | | 240.00 | 240.00 | | | 240.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: Flight Logged for aircraft N952W8, however, no mention of landing in Bowling Green airport on this day. According to Chuck weekly schedule for this day, he had "Americare culture survey meetings" as well as "Fly Rick home and Barron Maintenance, Hangar supplies". After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N952W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to  0.6 hour x $400 per hour = $240.00 . 3 hannibal to Bowling Green. And .3 Bowling Green to Creve Coeur need to be charged to Chuck as neither flights were authorized. .6x400=$240 |
| 8 | N952W8 - Aircraft - Lease | Audit review Report 3/25/16 Item | 7/30/2012 | Barron Aviation Private Airport | Hannibal, MO | | | | 496.68 | 240.00 | | | 240.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: A flight was recorded for the day on aircraft N952W8, however, no mention of landing at Bowling Green Airport on the original log. After review of Flightaware data by Nick, he determined that this flight was not logged properly for aircraft N952W8. According to Chuck weekly schedule he was flying Rick to STL and Hannibal. .3 hannibal to Bowling Green. And .3 Bowling Green to Creve Coeur need to be charged to Chuck as neither flights were authorized. .6x400=$240 |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Paid by Company Credit Card | Amount Approved | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed for Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| э | Miscellaneous | Audit review Report 12/28/15 Item | 7/29/2012 | Boat Shows Optics | Manahawkin, NJ | Oshkosh Aviation Trip | 262.70 | 262.70 | 0 | 262.70 | | 0 | $262.70 | 3 | According to Chuck weekly schedule he was attending the Oshkosh Aviation Conference on this day. Possibility this company was presenting at the conference and Chuck bought something. 1/25/16. After reviewing the receipt file for July 2012, I was able to find an email from Chuck to Yvonne on 9/10/12 letting her know that the Optics charge was for pilot supplies at the Osh Kosh Aviation Conference. No receipt was provided for this charge or explanation what items were purchase and for what. No Receipt Submitted only an Email Found. |
| о | N626C3 - Aircraft Lease | Audit review Report 3/25/16 Item | 7/28/2012 | Southern Wisconsin Airport to Creve Coeur Airport | Janesville, WI | Oshkosh Aviation Trip | | | | 275.50 | | | $275.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "Aviation Conference Osh Kosh, WI". Per Flightaware this flight was discover and accordingly a lease rate will be apply to Chuck for using the aircraft unathorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.9 hours x $145 per hour = $275.50. |
| l | N626C3 - Aircraft Lease | Audit review Report 3/25/16 Item | 7/25/2012 | Creve Coeur Airport to Janesville Jet Center Airport to Creve Coeur Airport | Janesville, WI | Oshkosh Aviation Trip | | 150.30 | | 434.00 | | | $434.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. According to Chuck weekly schedule he had noted: "Aviation Conference Osh Kosh, WI". Per Flightaware this flight was discover and accordingly lease rate will be apply to Chuck for using the aircraft unathorized. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.6 hours x $115 per hour = $414.00. Flightaware log for N626C8 shows that the airplane went to Janesville, Since we also have a receipt there it is probably tied together. This is before the reliant logs for N626C8 were created. The flight time for N626C3 to and from Janesville is 1.6 there 2.0 back. 3.6=$115+$416 to Marsonette. Have Aircraft Fuel Receipt with handwritten note: "Fuel to OSH" NOTES: |
| э | N592WB - Aircraft Lease | Audit review Report 3/25/16 Item | 7/25/2012 | Jefferson City Airport | Jefferson City, MO | | | 622.20 | | 640.00 | | | $640.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: A flight was recorded for the day on aircraft N592WB, however, no mention of landing in Jefferson City, MO on the original log. After review of Flightaware data by Nick, he noted that this flight was not logged properly for aircraft N592WB. According to Chuck weekly schedule he was attending the Aviation Conference at Osh Kosh, WI. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight. time which comes to 1.6 hours x $400 per = $640.00.   Have Aircraft Fuel Receipt with handwritten note: "Nick to HAE/ JEF   — Shannon Training" |

| Iem # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment [2] | Total Amount Owed by Chuck | Category [1-2] | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 7/23/2012 | Creve Coeur Airport to Sikeston Airport to Creve Coeur Airport | Sikeston, MO | | | | 566.21 | 560.00 | | | $560.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.    NOTES: A flight logged for this day on aircraft N952WB.  However, based on Nick finding using Flightaware data, he determined that a flight from Creve Coeur to Sikeston Memorial Muni Airport was not logged in the flight book for aircraft N952WB. According to Chuck weekly schedule he was doing a safety meeting prep, database update and prep for flights later in week. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.1 hours x $400 per = $560.00. Pattern of flights to Sikeston Mo. The restaurant Lamberts runs a shuttle to and from the airport. Many pilots like to fly there for this reason. Have Aircraft Fuel Receipt with handwritten note: "Rick to and from Hannibal ---Marconette handwritten on the receipt. |
| 4 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 7/20/2012 | City of Lee's Summit Airport | Lee's Summit, MO | Safety Meeting @ Bridgewood | | | 195.60 | 840.00 | | | $840.00 | 1 | NOTES: A flight logged for this day on aircraft N952WB, no mentioned of aircraft being at Lee's Summit Muni.  However, based on Nick finding using Flightaware data, he determined that a flight on 7/20/12 landed at Lee's Summit Airport. According to Chuck weekly schedule he was doing a safety meeting at Bridgewood as well as flying Rick to take and return. This could explain Chuck using the aircraft to fly to his safety meeting at Bridgewood which is located in Kansas City, MO. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.1 hours x $400 per = $840.00. Bridgewood is located Kansas City, MO It is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. |
| 5 | N952WB - Aircraft Lease | Audit review Report 12/28/15 Item | 7/19/2012 | City of Sedalia Airport | Sedalia, MO | Safety Meeting @ Four Sessions) | | | 356.90 | 960.00 | | | $960.00 | 1 | SUMMARY:   This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting.    NOTES:  A flight logged for this day on aircraft N952WB.  However, based on Nick finding using Flightaware data, he determined that a flight to Sedalia and Clinton Regional Airports were not logged in the flight book for aircraft N952WB. According to Chuck's work weekly schedule he was doing a safety meeting at Foursseasons then fly Rick home from Hannibal. The next day Chuck had in his weekly schedule a safety meeting at Bridgewood as well as fly Rick to take and return. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.4 hours x $400 per = $960.00. Four Seasons is located in Sedalia, MO It is fair to say that Chuck used the aircraft for safety meeting which he is not allowed.  According to Chuck submitted Expense Report he held a safety meeting at Four Seasons  on this day based on Chuck receipt he submitted for reimbursement.   No fuel receipt submitted for this trip on the Expense Report. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N952VB - Aircraft Lease | Audit review Report 12/28/15 item | 7/18/2012 | Creve Coeur to Omar N Bradley | Moberly, MO | Safety Meeting @ North Village & Chariton Park | | | | 480.00 | | | $480.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant Logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. NOTES: No flight logged for this day on aircraft N952WB. According to Chuck weekly schedule he had note "North Village and CP safety meeting" as well as "Payroll processing, flight prep, scheduling for weekend". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $400 per hour = $480.00. North Village is in Moberly, MO it is fair to say that Chuck used the aircraft for safety meeting which he is not allowed. According to Chuck submitted Expense Report he held a safety meeting at Chariton Park on this day based on snacks receipt he submitted for reimbursement. No fuel receipt submitted for this trip on the Expense Report, however, the business credit card statement had a charge on 7/18/12 from Wal-Mart, Moberly MO in the amount of $35.29 that could be for fuel. |
| | Employee Pay Time | Audit review Report 12/28/15 item | 6/28/2012 | Chuck's 1 Day of Pay for Personal Flight (Refer to comments) | Denton, TX | 2nd Trip To Denton, TX | | | | | | | $157.37 | 1 | RCM is requesting reimbursement for one day wages ($157.37) at Chuck was on company time, however, Chuck was engage in personal activity. |
| | N952VB - Aircraft Lease | Audit review Report 12/28/15 item | 6/26/2012 | Spirit of St. Louis Airport to Denton Enterprise Airport to Creve Coeur Airport | Denton, TX | 1st Trip To Denton, TX | | | | 2,120.00 | | | $2,120.00 | 1 | On 6/30/12 Chuck logged that he was doing a post maintenance flight on N952WB. Instead he did a personal flight to Denton, Tx. Jim hunt a contract pilot has confirmed that he flew Chuck to Denton to pickup his police Tahoe. The flight took place on a Thursday night into Friday morning. This was an unauthorized flight. Chuck is responsible for the flight costs. Total flight time is 5.3 hours x $400 per hour = $2,120.00. Flightaware data shows that this flight took off from Spirit of St. Louis at 11:12 pm CDT on 6/28/12 and landed at Denton Enterprise Airport at 2:00 am CDT on 6/29/12. It then departed from Denton Enterprise Airport at 10:17 am CDT on 6/29/12 landing at Creve Coeur at 12:49 pm CDT. |
| | Car Rental | Audit review Report 12/28/15 item | 6/27/2012 | Enterprise Rent-A-Car "Check out Date 6/28/12" | Lawrence, KS | | 744.06 | 0 | 744.06 | 744.06 | | 0 | $744.06 | 3 | No flight found on this day, however, per Nick finding using Flightaware he found a flight on this day that was not logged for aircraft N952WB. I would mention that this flight was from Spirit of St. Louis to Denton Enterprise. Per Chuck event weekly schedule he reference on that day that he had to reschedule safety meetings and schedule a Wentric flight to Sedalia and Kansas City on July 2, 2012. Then fly him on July 3, 2012 to Stonecrest and back to Hannibal from KC. It's a possibility that his rental car was for Wentric. |
| | N952C3 - Aircraft Lease | Audit review Report 3/25/16 item | 6/27/2012 | Creve Coeur Airport to Midway Airport to Creve Coeur Airport. | Chicago, IL | | | | | 609.00 | | | $609.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: A flight logged for this day on aircraft N952C3L. However, based on Nick finding using Flightaware data, he determined that a flight from Creve Coeur with final destination Creve Coeur Airport. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 4.2 hours x $145 per = $609.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 5/8/2012 | Creve Coeur Airport to Bowling Green, to Creve Coeur Airport | Bowling Green, MO | Pattern of Flying to Bowling Green, MO | | | | 240.00 | | | $240.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight recorded for aircraft N952WB for this day. According to Chuck's weekly schedule he noted "Work Comp and Safety Investigation Chiltan Park" as well as "Annual Prep, Chart Database research, Programming new sd cards". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the duration of the flight time which comes to 0.6 hour x $400 per hour = $240.00. Chuck had a girlfriend named Holly in BG. |
| 2 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 5/22/2012 | Barron Aviation Private | Hannibal, MO | | | | 484.23 | 200.00 | | | $200.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight recorded for aircraft N952WB or N626CB for this day. According to Chuck excel weekly schedule he created, he stated that he was getting presentations ready. He also mentioned that he was doing a thorough preflight and fly Rick to Hannibal and Return solo. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the duration of the flight time which comes to hours x $400 per hour = $200.00. Fuel charge of $484.23 paid by the company will not be taken into consideration in amount owed by Chuck. Have Aircraft Fuel Receipt with handwritten note: "Rick to and from Hannibal". |
| 3 | N952WB - Aircraft Lease | Audit review Report 3/25/16 Item | 5/22/2012 | Creve Coeur | Creve Coeur, MO | | | | 157.94 | 160.00 | | | $160.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight recorded for aircraft N952WB or N626CB for this day. According to Chuck excel weekly schedule he created, he stated that he was getting presentations ready. He also mentioned that he was doing a thorough preflight and fly Rick to Hannibal and Return solo. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.4 hours x $400 per hour = $160.00. Fuel charge of $157.94 paid by the company will not be taken into consideration in amount owed by Chuck. Have Aircraft Fuel Receipt. |
| 4 | N626CB - Aircraft Lease | Audit review Report 3/25/16 Item | 5/20/2012 | Memphis Airport to Creve Coeur Airport | Memphis, TN | | | | | 304.50 | | | $304.50 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight recorded for aircraft N626CB for this day. After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N626CB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.1 hours x $145 per hour = $304.50. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | N62GC8 - Aircraft Lease | Audit review Report 3/25/16 item | 5/19/2012 | Creve Coeur Airport to Memphis Airport | Memphis, TN | | | | | 319.00 | | | $319.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightware report. NOTES: No flight recorded for aircraft N62GC8 for this day. After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N62GC8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 2.2 hours x $145 per hour = $319.00. |
| 6 | N9S2W8 - Aircraft Lease | Audit review Report 12/28/15 item | 5/17/2012 | City of Sedalia | Sedalia, MO | Safety Meeting @ Four Seasons Living Center. | | | 191.36 | 768.00 | | | $768.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightware report, there was a safety meeting this day at the location this airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There is a automobile fuel receipt in Eliisville, Mo that Chuck submitted for reimbursement the previous day. NOTES: No flight recorded for aircraft N9S2W8 and N62GC8 for this day. According to Chuck excel weekly schedule he noted: "Four Seasons Living Center and in home safety meetings" as well as "landing gear repair". After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N9S2W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.6 hours x $400 per hour = $640.00. Fuel charge of $128.36 paid by the company will not be taken into consideration in amount owed by Chuck. According to Chuck submitted Expense Report he held a safety meeting at Four Seasons Living Center on the same day based on a receipt he submitted for reimbursement. |
| 7 | N9S2W8 - Aircraft Lease | Audit review Report 12/28/15 item | 5/16/2012 | City of Moberly | Moberly, MO | Safety Meetings @ North Village, Chariton, NVP and CP. | | | 298.86 | 480.00 | | | $480.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightware report, there was a safety meeting this day at the location the airplane flew to, and Chuck submitted expense receipts for reimbursement showing that he went to the safety meeting. There is a automobile fuel receipt in Eliisville, Mo that Chuck submitted for reimbursement this day. NOTES: No flight recorded for aircraft N9S2W8 or N62GC8 for this day. According to Chuck excel weekly schedule he noted: "North Village and Chariton Park safety meetings" as well as "Flight scheduling, Maintenance scheduling". After review of Flightware data, Nick determined that this flight was not logged properly in aircraft log sheet N9S2W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.2 hours x $400 per hour = $480.00. Fuel charge of $298.86 paid by the company will not be taken into consideration in amount owed by Chuck. According to Chuck submitted Expense Report he held several safety meetings that day at North Village, and Chariton based on receipts he submitted for reimbursement. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | N552W8 - Aircraft Lease | Audit review Report 3/25/16 item | 5/5/2012 | Creve Coeur Airport to Bowling Green Airport to Creve Coeur Airport | Bowling Green, MO | Pattern of Flying to Bowling Green, MO | | | | 240.00 | | | $240.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs. NOTES: Flight showed up in the Flightaware report. NOTES: no mention of landing in Bowling Green airport on this day. According to Chuck weekly schedule for this day, he had written down "Talk to Steve and Tony at Mack Hills about partition sch." as well as "Fly Rick and kids home from Hannibal and set up for new plane arrival". After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N552W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.6 hour x $400 per hour = $240.00. Chuck had a girlfriend named Holly in BG. |
| | N552W8 - Aircraft Lease | Audit review Report 3/25/16 item | 5/3/2012 | Creve Coeur Airport to Hannibal Airport to Creve Coeur Airport | Hannibal, MO | Safety Meeting @ St. Elizabeth | | | | 400.00 | | | $400.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs. NOTES: A flight Logged for aircraft N552W8, however; no mention of going from Creve Coeur Airport to Hannibal Airport back to Creve Coeur Airport. According to Chuck weekly schedule for this day, he had written down "St. Elizabeth Safety meeting, as well as, "Fly Rick to Jefferson City for meetings and return". After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N552W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.0 hour x $400 per hour = $400.00. |
| | Airfare Ticket | Audit review Report 12/29/15 item | 5/2/2012 | USAIRWAYS Nashville TN for "Wobbe/William "Round Trip Airfare" | Nashville, TN | | 374.20 | | 374.20 | 374.20 | | 0 | $374.20 | 3 | Airfare was bought for Wobbe/Williams. Not sure why this was the case. According to Chuck excel weekly schedule he was meeting with 8 Cradco at the office. Chuck also wrote down on the weekly schedule "Plane sale" and closing. Pickup Scheduling. Hangar config for New Plane. Nothing noted in N552W8 aircraft logged book about any trip to this area. |
| | N552W8 - Aircraft Lease | Audit review Report 3/25/16 item | 4/30/2012 | Creve Coeur Airport to Rolla National Airport to Creve Coeur Airport | Rolla, MO | | | | | 320.00 | | | $320.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight recorded for aircraft N952W8 for this day. According to Chuck weekly schedule he created, he had noted "Van Partitions, Drivers Training presentation" as well as "Flight scheduling for the week - Maintenance". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.8 hour x $400 per hour = $320.00. |
| | N552W8 - Aircraft Lease | Audit review Report 3/25/16 item | 4/26/2012 | Creve Coeur Airport to Hannibal Airport to Creve Coeur Airport | Hannibal, MO | | | | | 320.00 | | | $320.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No flight recorded for aircraft N952W8 for this day. According to Chuck weekly schedule he created, he had noted "Drug testing, Time records, and Injury Investigation" as well as "Flight scheduling". After review of Flightaware data, Nick determined that this flight was not logged properly in aircraft log sheet N952W8. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.8 hour x $400 per hour = $320.00. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck | Category (1+2) | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 4/24/2012 | Creve Coeur Airport to Mount Vernon to Creve Coeur | Mount Vernon, MO | | | | 984.12 | 760.00 | | | $760.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: A flight Logged for aircraft N952WB, however, no mention of landing at Mount Vernon Muni Airport on this day. According to Chuck weekly schedule for this day, he had written down "Fly multiple destination, for Missouri healthcare lease trip delays due to weather enroute home from Charlotte as well as "Needia sick ST.L. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to .7 hours x $400 per hour = $280.00. A fuel charge of $984.12 paid by the company will not be taken into consideration in amount owed by Chuck.  According to the submitted Expense Report he held a safety meeting at Heritage on the same day based on a receipt he submitted for reimbursement. Have Aircraft Fuel Receipt. |
| 4 | N952WB - Aircraft lease | Audit review Report 3/25/16 item | 4/14/2012 | Erie International/Tom Ridge Field Airport to Creve Coeur Airport | Erie, Pennsylvania | | | | | 1,360.00 | | | $1,360.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No Flight Logged for aircraft N952WB at Erie International/Tom Ridge Field airport, Pennsylvania on 4/14/12. No weekend weekly schedule available. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 3.4 hours x $400 per hour = $1,360.00. No Fuel charge on the company credit card. No overnight hotel or car rental charges were found in the company credit card. I would note that 4/14/12 was a Saturday. |
| 5 | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 4/12/2012 | Creve Coeur Airport to Erie International/Tom Ridge Field Airport | Erie, Pennsylvania | | | | 251.40 | 1,120.00 | | | $1,120.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: Flight Logged for aircraft N952WB, however, no mention of landing in the International/Tom Ridge Field airport on this day. According to Chuck weekly schedule for this day, he had written down "Amerisure inspection visit scheduling as well as aircraft maintenance scheduling. last assessment. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to  2.8 hours x $400 per hour = $1,120.00. Fuel charge of $251.40 paid by the company will not be taken into consideration in amount owed by Chuck.  No overnight hotel or car rental charges were found in the company credit card.  Have Aircraft Fuel Receipt with handwritten note. Trail to Atlanta for Lisa Shepard   Chuck handwritten name appears on the receipt. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 3/22/2012 | Creve Coeur Airport to Bowling Green Airport to Creve Coeur Airport | Bowling Green, MO | Pattern of Flying to Bowling Green, MO | | | | 240.00 | | | $240.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: Flight logged for aircraft N952WB, however, no mention of landing in Bowling Green airport on this day. No fuel put on the aircraft on this day. The aircraft was fuel the prior day 3/21/12 per the charge on the credit card statement in the amount of $515.74 at Creve Coeur Airport. According to Chuck weekly schedule on 3/22/12 he noted "Code Silver, Partition assignment" as well as "Pilot Interview, Flight Schedule for week Maintenance Invoices". After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N952WB. As such Chuck will be responsible for this aircraft for the duration of the flight time which comes to 0.6 hour x $400 per hour = $240.00.   Chuck had a girlfriend named Holly in Bd. |
| | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 2/15/2012 | Creve Coeur Airport to Bowling Green Airport to Mosley Airport to Hannibal Airport | Bowling Green, MO | Pattern of Flying to Bowling Green, MO | | | | 520.00 | | | $520.00 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the flight Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: No flight logged for aircraft N952WB on the original logged book. After review of Flightaware data, Nick determined that this flight was not logged properly. No fuel put on the aircraft on this day. The aircraft was fuel the prior day 2/14/12 per the charge on the credit card statement in the amount of $591.48. According to Chuck weekly schedule on 2/15/12 he noted "safety incentive raffle Osha check sheet review" as well as "Rick home from Hannibal and Aircraft Maintenance". As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.4 hour x $400 per hour = $520.00. This charge should be for 3 Creve Coeur to Bowling green. .7 bowling green to Omar N Bradley, .4 Bradley to Hannibal as the entirety of the flight is unauthorized. Tom Charged to Chuck 1.6 x $400.00=$520. According to Chuck excel weekly schedule he was doing a safety incentive raffle Osha check sheet review and fly Rick home from Hannibal and Aircraft maintenance. |
| | N952WB - Aircraft Lease | Audit review Report 3/25/16 item | 2/15/2012 | Creve Coeur Airport to Hannibal Airport to Creve Coeur Airport | Hannibal, MO | | | | | 320.00 | | | $320.00 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the flight Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: No flight logged for aircraft N952WB on the original logged book. After review of Flightaware data, Nick determined that this flight was not logged properly. No fuel put on the aircraft on this day. The aircraft was fuel the prior day 2/14/12 per the charge on the credit card statement in the amount of $591.48.   As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.8 hour x $400 per hour = $320.00. According to Chuck excel weekly schedule he was doing a safety incentive raffle Osha check sheet review and fly Rick home from Hannibal and Aircraft maintenance. According to Chuck submitted Expense Report he held a safety meeting at Barnard and Crestwood the prior day based on receipts submitted for reimbursement. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck [1] | Refund by Chuck | Expense Report Amount Owed by Double Payment [2] | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N5520VB - Aircraft Lease | Audit review Report 3/25/16 Item | 2/6/2012 | Creve Coeur Airport to Landmark Aviation Airport to Creve Coeur Airport | Less Leesburg, VA | | | | 756.26 | 2,800.00 | | | $2,800.00 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: Flight Logged for aircraft N5520VB, however, no mention of landing in Leesburg, VA on this day. According to Chuck and his weekly schedule for this day, he had written down a code Uber PowerPoint drug testing.   He also noted a Old registration or N952WB. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N952WB. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time (around trip) which comes to  7.0 hours x $400 per hour = $2,800.00. Fuel charge of $716.26 paid by the company will not be taken into consideration in amount owed by Chuck. |
| | N324P - Aircraft Lease | Audit review Report 3/25/16 Item | 1/25/2012 | Creve Coeur Airport to Quincy Rgnl-Baldwin Field Airport to Creve Coeur Airport | Quincy, IL | | | | | 292.69 | | | $292.69 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the flight logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: Based on the Credit Card statement Chuck was in Fairfield NJ for the purchase of the N952WB as a hotel charge on that day and the next day he got aircraft fuel in NJ. Review Credit Card statement with Nick to make sure. I would note that on his weekly schedule he had put down for that day "Drug testing and Site security power point" and "CFI prep and review of pre flight inspection. The next day 1/26/12 he was suppose to hold a safety meeting at West view and Lovering. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P such Chuck will be responsible for the lease of this aircraft for the duration of the flight time (around trip) which comes to  1.2 hours x $243.91 per hour = $292.69. |
| | N324P - Aircraft Lease | Audit review Report 3/25/16 Item | 1/20/2012 | Creve Coeur Airport to Bowling Green Airport to Creve Coeur | Bowling Green, MO | Pattern of Flying to Bowling Green, MO | | | 182.70 | 170.74 | | | $170.74 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.   NOTES: A flight was Logged for aircraft N324P on 1/20/12, however, no mention of landing in Bowling Green Municipal Airport, MO on this day in the aircraft log book. According to Chuck and his weekly schedule for this day, he had written down drug use on safety meetings - medication disposal etc.  He also was suppose to fly Rick to Hannibal and return. Facilitate deposit and prebuy with broker.  Per the Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P.  No fuel gotten at Bowling Green Airport, plane fuel in Creve Coeur. According to Chuck submitted Expense Report he held a safety meeting at Four Seasons the prior day based on receipts submitted for reimbursement.  After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P.  As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time (around trip) which comes to 0.7 hour x $243.91 per hour = $170.74. |
| | Retail Store | Audit review Report 12/28/15 Item | 1/16/2012 | Lowes #00731 | Chesterfield, MO | | 965.47 | | 965.47 | 965.47 | (965.47) | 0 | $0 | 4 | Non company related purchase. After reviewing the January 2012 company credit card statement, a charge in the amount of $965.47 to Lowes was identify as non-business related item. However, on March 30, 2012 Chuck reimbursed the company back for this charge. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 Item | 1/14/2012 | Memphis International Airport to Spirit of St. Louis Airport | Memphis, TN |  |  |  |  | 390.26 |  |  | $390.26 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No Hotel charges put on the business credit card on 1/13/12 or 1/14/12. Also fund no commercial one way airfare to TN. According to his weekly schedule Chuck was doing a Tier 2 safety meeting at Bridgewood as well as pick up aircraft from maintenance and fly Joe Sheppard to the lake and return on 1/13/12. On 1/14/12 Chuck weekly schedule had written down "Convey maintenance logs to Mvoc, and fly Rick to Hannibal. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.6 hours x $243.91 per hour = $390.26. |
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 Item | 1/13/2012 | Spirit of St. Louis Airport to Memphis International Airport | Memphis, TN |  |  |  |  | 317.08 |  |  | $317.08 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: No Hotel charges put on the business credit card on 1/13/12 or 1/14/12. Also fund no commercial one way airfare to TN. According to his weekly schedule Chuck was doing a Tier 2 safety meeting at Bridgewood as well as pick up aircraft from maintenance and fly Joe Sheppard to the lake and return on 1/13/12. On 1/14/12 Chuck weekly schedule had written down "Convey maintenance logs to Mvoc, and fly Rick to Hannibal. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.3 hours x $243.91 per hour = $317.08. |
| TOTAL |  |  |  |  |  |  | $5,275.50 | $866.87 | $17,445.79 | $21,027.46 | -$1,436.99 | $194.50 | $34,796.18 |  |  |

2011 Wayne Marsonette Unauthorized Owed Charges

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 Item | 12/7/2011 | Creve Coeur Airport to Nashville International Airport to Creve Coeur Airport | Nashville, TN |  |  |  |  | 853.69 |  |  | $853.69 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: After reviewing the credit card statement for 12/7/11 no charges were found on this date. There was an apple iTune charge on 12/6/11 for $8.14. Per Chuck weekly schedule on 12/7/11 he was doing a ameritisave web portal as well as aircraft and hangar supplies. The following day 12/8/11 he was doing end of year number by facility and 100 hour prep, squawks, details scheduling. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 3.5 hours x $243.91 per hour = $853.69. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # / Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payments (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N324P - Aircraft Lease | Audit review Report 3/25/16 item | 11/16/2011 | Creve Coeur Airport to Sikeston Memorial Muni Airport to Creve Coeur Airport | Sikeston, MO | Pattern of flying to Sikeston, MO | | | | 390.26 | | | $390.26 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: After reviewing the credit card statement a fuel charge for $169.68 appear on the statement for 11/16/11 from Creve Coeur Airport. Per Chuck weekly schedule on 11/16/11 he was doing a safety meeting in Moberly and Salisbury. It appears that he used the aircraft for safety meeting. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.6 hours x $243.91 per hour = $390.26. |
| N324P - Aircraft Lease | Audit review Report 3/25/16 Item | 11/16/2011 | Creve Coeur Airport Omar N Bradley Airport to Creve Coeur Airport | Moberly, MO | | | | | 341.47 | | | $341.47 | 1 | SUMMARY: This should be charged to Chuck since he was in charge of the flight Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: After reviewing the credit card statement a fuel charge for $169.49 appear on the statement for 11/16/11 from Creve Coeur Airport. Per Chuck weekly schedule on 11/16/11 he was doing a safety meeting in Moberly and Salisbury. It appears that he used the aircraft for safety meeting. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.4 hours x $243.91 per hour = $341.47. |
| N324P - Aircraft Lease | Audit review Report 3/25/16 item | 10/3/2011 | Hannibal Airport to General Downing - Peoria International Airport to Creve Coeur Airport | Peoria, IL | | | | | 365.87 | | | $365.87 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the flight Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: After reviewing the credit card statement no charge appear on the statement for 10/3/11, however, charges did appear for 10/4/11 from City of Hannibal Airport, TAC Air Chesterfield Airport and Spirit Pilot Shop. Per Chuck weekly schedule on 10/03/11 he was doing a star/cycle scheduling and fly Nick to Hannibal and return, Aircraft maintenance. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.5 hours x $243.91 per hour = $365.87. |
| N324P - Aircraft Lease | Audit review Report 3/25/16 item | 8/21/2011 | Branson Airport to Bowling Green Municipal Airport to Creve Coeur Airport | Bowling Green MO | | | | | 414.65 | | | $414.65 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: After reviewing the credit card statement a fuel charge in the amount of $185.45 appeared on the statement from Branson Jet Center Hollister, MO on 8/21/11. Per Chuck weekly schedule on 8/20/11 he was flying Rick to Branson and return solo. No weekly schedule for 8/21/11 since it falls on a Saturday. I believe this could be a non authorize flight and will have to be put on the Fuel Expense Report. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.7 hours x $243.91 per hour = $414.65. Reliant log showed aircraft going from Branson to create coeur instead flightaware shows this plane going from Branson to bowling green then from bowling green to create coeur later that day. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # Category | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck [1+2] | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Car Rental | Audit review Report 1/22/16 Item | 7/5/2011 | Enterprise Rent-A-Car (check out date 7/6/11) | Lawrence, KS | | 309.51 | 0 | 309.51 | 309.51 | | 0 | $309.51 | 3 | After reviewing the credit card statement I notice a charge for a car rental from Enterprise Lawrence KS that was check out on 7/6/11 in the amount of $309.51. 7/6/11 was a Wednesday. According to Chuck executively schedule, he noted: "Emergency Operations Manual" as well as "Aircraft maintenance and logbook entries". A flight that day between Creve Coeur and Hannibal, MO from aircraft tail number N324P. |
| | N324P-Aircraft Lease | Audit review Report 3/25/16 Item | 6/27/2011 | Wheeler Downtown Airport to Creve Coeur Airport | Kansas City, MO | | | | 317.08 | | | | $317.08 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.  NOTES:  We have verified this flight against the credit card statement and found the following charges: (1) fuel charge on 6/26/11 from TAC Air Chesterfield Airport for $248.68, (2) fuel charge on 6/26/11 from Executive Beechcraft Kansas City for $329.28, (3) Crowne Plaza Hotel Kansas City stay for $187.81 and (4) Crowne Plaza Hotel Kansas City stay for $115.81. Per Chuck weekly schedule on 6/26/11 the lease flight with Joe Sheppard. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.3 hours x $243.91 per hour = $317.08. The flight for Sheppard was on 6/25 to Wheeler. The return flight for Sheppard is on 6/26 from Wheeler to Spirit. The FA log shows an additional flight on 6/27 back to Wheeler with an overnight returning to Creve Coeur on 6/27. This flight should be Charged to Chuck. |
| | N324P-Aircraft Lease | Audit review Report 3/25/16 Item | 6/26/2011 | Spirit of St Louis Airport to Wheeler Downtown Airport | Kansas City, MO | | | | 577.96 | 292.69 | | | $292.69 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the flight. Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.  NOTES:  We have verified this flight against the credit card statement and found the following charges: (1) fuel charge on 6/26/11 from TAC Air Chesterfield Airport for $248.68, (2) fuel charge on 6/26/11 from Executive Beechcraft Kansas City for $329.28, (3) Crowne Plaza Hotel Kansas City stay for $187.81 and (4) Crowne Plaza Hotel Kansas City stay for $115.81. Per Chuck weekly schedule on 6/26/11 the lease flight with Joe Sheppard. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.2 hours x $243.91 per hour = $292.69. The flight for Sheppard was on 6/25 to Wheeler. The return flight for Sheppard is on 6/26 from Wheeler to Spirit. The FA log shows an additional flight on 6/26 back to Wheeler with an overnight returning to Creve Coeur on 6/27. This flight should be Charged to Chuck. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 item | 6/24/2011 | Creve Coeur Airport to Bowling Green Airport to Ottawa Muni Airport to Creve Coeur Airport | Bowling Green MO |  |  |  | 116.48 | 341.47 |  |  | $341.47 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: Per Chuck weekly schedule on 6/24/11 he noted safety emails, manual. He also reference flying to Ottawa kansas to pick up Rick and return. I believe this flight is okay, however, Nick needs to confirm. A fuel charge on 6/24/11 from Lamaster Aviation Ottawa, KS for $116.48 was charge to the credit card. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.4 hours x $243.91 per hour = $341.47. Per Nick include flight from creve coeur to bowling green, not authorized 0.4 the night before the authorized flight; from creve coeur to Ottawa. The plane when to creve coeur to bowling green but was not picked up by flightaware. Flightaware picked up the flight from bowling green to ottawa which was logged in the reliant log as creve coeur to ottawa. |
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 item | 6/19/2011 | Lawrence Kansas City Airport to Grand Glaize Airport to Creve Coeur Airport | Lake of Ozark, MO | Pattern of Flying to Lake of Ozark,MO |  |  | 452.45 | 360.26 |  |  | $390.26 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: After reviewing the credit card statement a fuel charge appear on the statement on 6/19/11 from Hertick Air Lawrence, KS for $293.78 as well a fuel charge from Creve Coeur on 6/19/11 for $158.67. 6/19/11 fall on Sunday. Per Chuck weekly schedule on 6/17/11 he noted "aviation maintenance with West County aero and Duncan aviation, Pilot Coordination for weekend/able flights. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.6 hours x $243.91 per hour = $390.26. |
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 item | 5/28/2011 | Bowling Green Airport to Creve Coeur Airport | Bowling Green, MO |  |  |  |  | 205.65 |  |  | $205.65 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report. NOTES: 5/28/11 fall on a Saturday. No weekly schedule since this day falls on a weekend day. However, per Chuck weekly schedule dated 5/30/11 he flew Rick and kids home from the lake. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 0.4 hours x $243.91 per hour = $205.65. |

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorize Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck (1+2) | Category | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 item | 5/27/2011 | Lee C Fine Memorial Lake of Ozark Airport to Bowling Green Airport | Bowling Green, MO |  |  |  | 179.80 | 117.51 |  |  | $117.51 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.    NOTES: This flight has been verified against the credit card statement and on 5/27/11 there was a fuel charge from Lee C Fine - Osage Beach, MO for $379.80. Per Chuck weekly schedule on 5/27/11 he noted "Osha visit to North Village and Westview coordination". He also reference database update, ipad chart download and aircraft prep for weekend flights. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 0.4 hours x $243.91 per hour = $117.51. |
|  | Miscellaneous | Audit review Report 1/22/16 item | 4/14/2011 | H & R Block | Kirkwood, MO |  | 617.25 | 0 | 617.25 | 617.25 | (617.25) |  | $0.00 | 4 | After reviewing the credit card statement a charge from H&R Block on 4/14/11 appear on the company business credit card in the amount of $617.25. The company uses Robin Brown and Gornstein. Chuck paid back the company on 5/16/11 for this charge. |
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 item | 4/2/2011 | Creve Coeur Airport to Sikeston Memorial Muni Airport to Creve Coeur Airport | Sikeston, MO | Pattern of Plying to Sikeston, MO |  |  | 241.80 | 489.43 |  |  | $499.43 | 2 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.    NOTES: After reviewing the credit card statement 3 charges appeared on the credit card for date 4/2/11 as well as 1 charge on 4/4/11. The charges include: (1) Kankakee fuel charge for $120.55 on 4/2/11, (2) Creve Coeur fuel charge for $321.45 on 4/2/11, (3) The Chicago Dough Bourbonnais, IL for $23.00 on 4/2/11 and (4) Enterprise Rent-A-Car Bourbonnais, IL for $148.70 on 4/4/11.  Per Chuck weekly schedule on 4/2/11 he noted "flight to Kankakee with Rick - Bonanza Family for Wobbe". H.  After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.7 hours x $243.91 per hour = $499.43. |
|  | N324P - Aircraft Lease | Audit review Report 3/25/16 item | 3/4/2011 | Creve Coeur Airport to Hannibal Airport to Creve Coeur Airport | Hannibal, MO |  |  |  | 239.16 | 243.91 |  |  | $243.91 | 3 | SUMMARY: This should be charged to Chuck since he was in charge of the Reliant logs, the flight was not recorded in the Reliant logs, the flight showed up in the Flightaware report.    NOTES: After reviewing the credit card statement a fuel charge appear on the statement from Creve Coeur Airport on 3/4/11 for $239.16. Per Chuck weekly schedule on 3/4/11 he noted "Admin, Facility Power Point". Nothing on his weekly schedule calendar for a safety meeting that day or all week. After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration of the flight time which comes to 1.0 hour x $243.91 per hour = $243.91. |
| TTAL |  |  |  |  |  |  | $926.76 | $0 | $3,051.49 | $5,383.60 | -$617.25 | $0 | $5,083.44 |  |  |

2010 Wayne Marsonette Unauthorized Owed Charges

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

| Item # | Category | Reference | Credit Card Transaction Date | Place | Location | Event Link | Amount to Verify | Amount Approved | Amount Paid by Company Credit Card | Unauthorized Amount Owed by Chuck (1) | Refund by Chuck | Expense Report Amount Owed by Chuck for Double Payment (2) | Total Amount Owed by Chuck | Category (1-2) | Detail Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N324P - Aircraft Lease | Audit review Report 3/25/16 Item | 8/24/2010 | Hannibal Airport to Creve Coeur Airport | Hannibal, MO | | | | | 365.87 | | | $365.87 | 3 | **SUMMARY:** This should be charged to Chuck since he was in charge of the flight logs, the flight showed up in the Reliant logs, the flight was not recorded in the Reliant logs. **NOTES:** Per Chuck weekly schedule on 8/24/10 he noted "Arrived a hanger to fly 9 legs of flight". He also noted on his weekly schedule on 8/24/10 "fly from Branson to Hannibal\n, to Jeff to Creve Coeur 2". After review of Flightaware data, Nick determined that this flight was not logged in aircraft log sheet N324P. As such Chuck will be responsible for the lease of this aircraft for the duration (round trip) of the flight time which comes to 1.5 hours x $243.91 per hour = $365.87. |
| | | | | | | Total | $50,509.76 | $15,437.61 | $93,223.88 | $143,423.86 | ($7,667.97) | $6,636.76 | $166,702.11 | | |
| 15 | **GRAND TOTAL** | | | | | | | | | | | | $166,702.11 | | |

Prepared by: JGR Management, LLC.
For: Reliant Care Management Company, LLC.
Date: 3/28/16

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## TWENTY-FIRST JUDICIAL CIRCUIT
## STATE OF MISSOURI

| | | |
|---|---|---|
| RELIANT CARE MANAGEMENT COMPANY, L.L.C., | ) ) ) | |
| and | ) ) | Cause No.:    16SL-CC02854 |
| THE BIG BLESSING, LLC, | ) ) | Division:    4 |
|      Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| WAYNE CHARLES MARSONETTE, | ) ) | |
|      Defendant. | ) | |

## ORDER FOR DEFAULT JUDGMENT

Upon hearing of Plaintiffs' Motion for Default Judgment the Court finds as follows:

1.     Plaintiffs filed their Petition on or about August 4, 2016.  A copy of the Petition is in the Court file.

2.     Service of Summons on Defendant was obtained on August 24, 2016.  A copy of the return of service is in the Court file.

3.     An answer was due in this case on September 23, 2016.

4.     No counsel has entered an appearance on Defendant's behalf to answer or otherwise plead in this action.

5.     Defendant has also personally not appeared in the case to answer or otherwise plead in this action.

6.     Defendant is in default under Missouri law.

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

WHEREFORE, for good cause shown, Plaintiffs' Motion for Default Judgment is granted and Judgment is hereby entered against Defendant Wayne Charles Marsonette.  Hearing on damages is set for _____.

*SO ORDERED:*

_____
The Honorable Joseph S. Dueker

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

**THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| RELIANT CARE MANAGEMENT COMPANY, L.L.C., | ) | |
| and | ) | Cause No.:    16SL-CC02854 |
| THE BIG BLESSING, LLC, | ) | Division:    4 |
| Plaintiffs, | ) | |
| v. | ) | |
| WAYNE CHARLES MARSONETTE, | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs Reliant Care Management Company, L.L.C. and The Big Blessing, LLC by and through their attorneys will call for hearing their Motion for Default Judgment in Division 4 of the St. Louis County Circuit Court on November 17, 2016 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

**HESSE MARTONE, P.C.**

By:    */s/ Markus P. Cicka*
Andrew J. Martone, #37382
Markus P. Cicka, #42192
13354 Manchester Road, Suite 100
St. Louis, MO  63131
(314) 862-0300 – Telephone
(314) 862-7010 – Facsimile
andymartone@hessemartone.com
markuscicka@hessemartone.com

*Attorneys for Plaintiffs Reliant Care Management Company, L.L.C. and The Big Blessing, LLC*

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed electronically with the Clerk of Court and sent via regular First Class U.S. Mail, postage prepaid on this 19th day of October, 2016, to:

Wayne Charles Marsonette
2614 Whitetail Lane
O'Fallon, MO  63384

*Defendant Pro Se*

*/s/ Markus P. Cicka*

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| RELIANT CARE MANAGEMENT | ) | |
| COMPANY, L.L.C., | ) | |
| | ) | |
| and | ) | Cause No.:   16SL-CC02854 |
| | ) | |
| THE BIG BLESSING, LLC, | ) | Division:   4 |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE CHARLES MARSONETTE, | ) | |
| | ) | |
|      Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the *Memorandum of Amount Claimed and Affidavit of Jose Ramon* and a copy of this *Certificate of Service* were filed electronically with the Clerk of the Court and sent via regular First Class U.S. Mail, postage pre-paid, on this 19th day of October, 2016 to:

Wayne Charles Marsonette
2614 Whitetail Lane
O'Fallon, MO  63384

*Defendant Pro Se*

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

Respectfully submitted,

**HESSE MARTONE, P.C.**

By:  */s/ Markus P. Cicka*
  Andrew J. Martone, #37382
  Markus P. Cicka, #42192
  13354 Manchester Road, Suite 100
  St. Louis, MO  63131
  (314) 862-0300 – Telephone
  (314) 862-7010 – Facsimile
  andymartone@hessemartone.com
  markuscicka@hessemartone.com

*Attorneys for Plaintiffs Reliant Care
Management Company, L.L.C. and The Big
Blessing, LLC*

2

Electronically Filed - St Louis County - October 24, 2016 - 11:23 AM

**IN THE  21ST JUDICIAL CIRCUIT  COURT,  ST. LOUIS COUNTY , MISSOURI**

| |
|---|
| Reliant Care Management Company, L.l.c Et Al, <br><br> Plaintiff, <br><br> vs. <br><br> Wayne Marsonette, <br><br> Defendant. |
| Case Number:  16SL-CC02854 |

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Wayne Charles Marsonette, Defendant, in the above-styled cause.

/s/ Travis L. Noble, Jr.
Travis Lavern Noble
Mo Bar Number: 50389
Attorney for Defendant
8000 Maryland Avenue,suite 350
Saint Louis, MO 63105-3910
Phone Number: (314) 721-6040
tnoble@travisnoble.com

### Certificate of Service

I hereby certify that on _____ October 24th, 2016 _____, a copy of the foregoing was sent through the

Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery,

electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Travis L. Noble, Jr.
Travis Lavern Noble

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

**THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

RELIANT CARE MANAGEMENT )
COMPANY, L.L.C., )
  )
and )
  )     Cause No.:   16SL-CC02854
  )
THE BIG BLESSING, LLC, )     Division:     4
  )
      Plaintiffs, )
  )
v. )
  )
WAYNE CHARLES MARSONETTE, )
  )
      Defendant. )

**FILED**

OCT 2 4 2016

JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs Reliant Care Management Company, L.L.C. and

The Big Blessing, LLC by and through their attorneys will call for hearing their Motion for

Default Judgment in Division 4 of the St. Louis County Circuit Court on November 17, 2016 at

9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

**HESSE MARTONE, P.C.**

By:    */s/ Markus P. Cicka*
       Andrew J. Martone, #37382
       Markus P. Cicka, #42192
       13354 Manchester Road, Suite 100
       St. Louis, MO 63131
       (314) 862-0300 – Telephone
       (314) 862-7010 – Facsimile
       andymartone@hessemartone.com
       markuscicka@hessemartone.com

       *Attorneys for Plaintiffs Reliant Care*
       *Management Company, L.L.C. and The Big*
       *Blessing, LLC*

Electronically Filed - St Louis County - October 19, 2016 - 01:44 PM

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed electronically with the Clerk of Court and sent via regular First Class U.S. Mail, postage prepaid on this 19th day of October, 2016, to:

Wayne Charles Marsonette
2614 Whitetail Lane
O'Fallon, MO  63384

*Defendant Pro Se*

*/s/ Markus P. Cicka*

2

**In the**

# CIRCUIT COURT

**of St. Louis County, Missouri**

Reliant Care Management Co, et al

Plaintiff(s)

vs.

Wayne Charles Massonette

Defendant(s)

Date 11/17/16

Case Number 16SL-CC02854

Division 4

**FILED**

NOV 17 2016

JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

For File Stamp Only

---

## Withdrawal of Notice of Hearing

Plaintiffs Reliant Care Management Co. and The Big Blessing LLC hereby withdraw, without prejudice, their Notice of Hearing on Plaintiffs' Motion for Default Judgment only due to Defendant's filing for Bankruptcy protection under Chapter 13 of the Bankruptcy Code. Plaintiffs are hereby _Not_ withdrawing Plaintiffs' Motion for Default Judgment.

Cause set for case management conference on 1-18-17 @ 8:30 a.m.

**SO ORDERED**

Judge

ENTERED: 11/17/16
                (Date)

CCOPR47  Rev. 5/95

Markus Cicka          42192
Attorney              Bar No.

13354 Manchester Road, Ste. 100
Address

ℓ 314-862-0300
Phone No.              Fax No.

Paula Ogg            67339
Attorney              Bar No.

8000 Maryland Ave. Clayton 63105
Address

In the
# CIRCUIT COURT
of St. Louis County, Missouri

Reliant Care Management Co., et al
**Plaintiff(s)**

Date 11/17/16

# FILED

vs.

Case Number 16SL-CC03854

**NOV 17 2016**

Wayne Charles Massonette
**Defendant(s)**

Division 4

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

For File Stamp Only

Withdrawal of Notice of Hearing

Plaintiffs Reliant Care Management Co. and The Big Blessing LLC hereby withdraw, without prejudice, their Notice of Hearing on Plaintiffs' Motion for Default Judgment only due to Defendant's filing for Bankruptcy protection under Chapter 13 of the Bankruptcy Code. Plaintiffs are hereby _Not_ withdrawing Plaintiffs' Motion for Default Judgment.

Cause set for case management conference on 1-12-17 @ 8:30 a.m.

**SO ORDERED**

Markus Cicka          42192
**Attorney**                **Bar No.**

13354 Manchester Road, Ste. 100
**Address**

℡ 314-862-0300
**Phone No.**                **Fax No.**

Paula Cox          67339
**Attorney**                **Bar No.**

8000 Maryland Av. Clayton 6310
**Address**

**Judge**

**ENTERED:** 11/17/16
(Date)

CCOPR47  Rev. 5/95

**In the**

# CIRCUIT COURT
## of St. Louis County, Missouri

Plaintiff(s) _Reliant Care Management_

vs.

Defendant(s) _Marsonette_

Date _# 1/12/17_

Case Number _16SL-CC02854_

Division _4_

┌                                                        ┐
File Stamp Only

# FILED
## JAN 1 2 2017

**JOAN M. GILMER**
CIRCUIT CLERK, ST LOUIS COUNTY

└                                                        ┘

## CIVIL/CRIMINAL DOCKET MEMO

_____ Pre-trial Conference not held

_____ Pre-trial Conference held

_____ State/Plaintiff appears by: _____

_____ Defendant(s) appear by: _____

_____ Cause determined to be a definite trial

_____ Caused passed for settlement

_____ Track Number

_____ Length of time of trial

_____ Offer/Demand/Recommendation: _____

_____ Comments: _SMC_ _____

___X___ Settlement Conference Date: _2/13/17 @ 8:30 am_

_____ Trial Date: _____

_____ Defendant fails to appear, warrant and bond forfeiture ordered.

## A COPY OF THIS ORDER WILL SERVE AS YOUR ONLY NOTICE; NO FURTHER NOTICE WILL BE MAILED.

Attorney _Markus Cicka_       Bar No. _42192_

Address _13354 Manchester_

Phone No. _862-0444_

Attorney _____       Bar No. _____

Phone No. _____

## SO ORDERED

Judge/Division

CCCDT178   Rev. 11/10        WHITE – File        YELLOW – Plaintiff/Attorney        PINK – Defendant/Attorney        GOLDENROD – Plaintiff/Defendant

**In the**
# CIRCUIT COURT
## of St. Louis County, Missouri

Reliant Care Management
Plaintiff(s)

vs.

Marsonette
Defendant(s)

Date _____ 1/12/17

Case Number 16SL-CC02854

Division _____

File Stamp Only

# FILED
JAN 1 2 2017

**JOAN M. GILMER**
CIRCUIT CLERK, ST. LOUIS COUNTY

## CIVIL/CRIMINAL DOCKET MEMO

_____ Pre-trial Conference not held

_____ Pre-trial Conference held

_____ State/Plaintiff appears by: _____

_____ Defendant(s) appear by: _____

_____ Cause determined to be a definite trial

_____ Caused passed for settlement

_____ Track Number

_____ Length of time of trial

_____ Offer/Demand/Recommendation: _____

_____ Comments: CMC

   X   ~~Settlement Conference~~ Date: 2/14/17 @ 8:30

_____ Trial Date: _____

_____ Defendant fails to appear, warrant and bond forfeiture ordered.

# A COPY OF THIS ORDER WILL SERVE AS YOUR ONLY NOTICE;
# NO FURTHER NOTICE WILL BE MAILED.

Markus Cicka   42192
Attorney                    Bar No.

13354 Manchester
Address

862-0444
Phone No.

_____
Attorney                    Bar No.

_____
Phone No.

**SO ORDERED**

_____
Judge/Division

OCCDT178   Rev. 11/10       WHITE – File       YELLOW – Plaintiff/Attorney       PINK – Defendant/Attorney       GOLDENROD – Plaintiff/Defendant

**CIRCUIT COURT OF SAINT LOUIS COUNTY,**

Reliant Care Management      )
         )
         )
         )
       vs         )     16SL-CC02854
         )
Wayne Charles Marsonette     )
         )
         )

**SUGGESTION OF BANKRUPTCY IN CIVIL MATTER**

I. PENDING BANKRUPTCY

**Suggestion of Bankruptcy Filed and Pending**
**Of Defendants (and Debtor) Wayne Charles Marsonette**

Counsel for Debtors, suggests the filing of a Chapter 13 bankruptcy, bearing case number: 16-47995, filed on November 4, 2016, in the United States Bankruptcy Court for the Eastern District of Missouri.


  /s/ Douglas M. Heagler
Douglas M. Heagler
901 Boones Lick
St. Charles, MO  63301
636 278 2778
dheagler@freshstartbk.com